UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                              :
STONINGTON PARTNERS, INC., a Delaware         :
Corporation, STONINGTON CAPITAL               :    Civil Action No. 04-10411 (PBS)
APPRECIATION 1994 FUND L.P., a Delaware       :
Partnership and STONINGTON HOLDINGS,          :
L.L.C., a Delaware limited liability company, :
                                              :
       Plaintiffs,                             :
                                              :
       v.                                     :
                                              :
DEXIA, S.A. and DEXIA BANK BELGIUM            :
(formerly known as ARTESIA BANKING CORP.,     :
 S.A.),                                       :
                                              :
       Defendants.                            :
_____:

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Stonington Partners, Inc., Stonington Capital Appreciation 1994 Fund, L.P., and Stonington Holdings L.L.C. (collectively, "Stonington"), by and through its attorneys, hereby voluntarily dismisses its claims against Dexia, S.A. in the above-captioned action without prejudice.

**Dated:** June 18, 2004

| | |
|---|---|
| Steven B. Singer | **/s/Charles Kindregan** |
| Erik Sandstedt | Richard J. Grahn (BBO # 206620) |
| Javier Bleichmar | Charles P. Kindregan (BBO # 554947) |
| Avi Josefson | **LOONEY & GROSSMAN LLP** |
| **BERNSTEIN LITOWITZ BERGER** | 101 Arch Street |
| **& GROSSMANN LLP** | Boston, Massachusetts 02110 |
| 1285 Avenue of the Americas | (617) 951-2800 |
| New York, New York 10019 | |
| (212) 554-1400 | |

Counsel to Stonington Partners, Inc., Stonington Capital Appreciation
1994 Fund, L.P., and Stonington Holdings L.L.C.