## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., a Delaware limited liability company, | Civil Action No. 04-10411 (PBS) |
| Plaintiffs, | **STIPULATION ENLARGING TIME TO RESPOND TO COMPLAINT** |
| v. | |
| DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., S.A.), | |
| Defendants. | |

The undersigned hereby STIPULATE AND AGREE that the deadline for Dexia Bank Belgium ("Dexia") to move, answer, or otherwise respond to the complaint in the above-captioned action be, and hereby is, enlarged until thirty (30) days after entry of a decision and order determining the motion of Dexia to dismiss the First Amended Class Action Complaint in the related action *Quaak et al. v. Dexia, S.A., et al.,* CA No. 03-11566-PBS. In the event that Dexia's motion to dismiss in the related *Quaak* action is denied and discovery commences in that case, Dexia agrees that discovery may then commence in the above-captioned action.

Dated: July 14, 2004

   /s/ Breton Leone-Quick
Peter M. Saparoff (BBO#441740)
Breton Leone-Quick (BBO#655571)
MINTZ LEVIN COHN FERRIS
GLOVSKY & POPEO, PC
One Financial Center
Boston, MA 02111
Tel: (617) 542-6000
Fax: (617) 542-2241

CLIFFORD CHANCE US, LLP
James B. Weidner
Sean M. Murphy
31 West 52nd Street
New York, NY 10019-6131
Tel: (212) 878-8000
Fax: (212) 878-8375

Counsel for Dexia Bank Belgium


   /s/  J. Erik Sandstedt (per assent)
J. Erik Sandstedt
BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
1285 Avenue of the Americas
33rd Floor
New York, New York 10019
Tel: (212) 554-1400
Fax: (212) 554-1444

Counsel for Stonington