## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., S.A.)<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.:  04-10411 (PBS) |

## NOTICE OF APPEARANCE

Breton Leone-Quick of Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo, P.C.

respectfully enters his appearance as co-counsel for defendant Dexia Bank Belgium in the above-

captioned matter.


Dated: March 25, 2005

/s/  Breton Leone-Quick
Breton Leone-Quick, BBO # 655571
MINTZ LEVIN COHN FERRIS GLOVSKY
AND POPEO, P.C
One Financial Center
Boston, MA  02111
Tel: (617) 542-6000
Fax: (617) 542-2241