UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., a Delaware limited liability company,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., S.A.)<br><br>    Defendants. | Civil Action No.:  04-10411 (PBS) |

## MOTION TO ADMIT JAMES B. WEIDNER, *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(b), Breton Leone-Quick, Esq, a member of the bar of this Court who has previously filed a notice of appearance in this matter on behalf of defendant Dexia Bank Belgium, respectfully requests that this Court admit James B. Weidner, *pro hac vice*, to practice before this Court in this case as co-counsel for Dexia Bank Belgium.

Mr. Weidner is a member of the bar in good standing in every jurisdiction where he is admitted, there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction, and he is familiar with the Local Rules of this District.  See Certificate.

- 2 -

Payment of the $50 admission fee has been made to the Clerk of the Court.

|  |  |
|---|---|
| Dated: April 11, 2005 | /s/  Breton Leone-Quick<br>Breton Leone-Quick (BBO#655571)<br>MINTZ LEVIN COHN FERRIS<br>GLOVSKY & POPEO<br>One Financial Center<br>Boston, MA 02111<br>Tel:  (617) 542-6000<br>Fax:  (617) 542-2241<br><br>*Counsel for Dexia Bank Belgium* |

- 2 -

LIT 1514798v1