# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., a Delaware limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., S.A.) <br><br> Defendants. | Civil Action No.: 04-10411 (PBS) |

## CERTIFICATE OF JAMES B. WEIDNER

In accordance with Local Rule 83.5.3(b), I, James B. Weidner, certify as follows:

1.    I am admitted to practice in the State of New York, and in the United States District Courts for the Eastern District of New York and Southern District of New York.

2.    I am a member of the bar in good standing in all of the jurisdictions listed in paragraph 1, above.

3.    No disciplinary proceedings are pending against me as a member of the bar in any jurisdiction.

4.    I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Respectfully submitted,

James B. Weidner
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, NY 10019-6131
Tel:    (212) 878-8000
Fax:    (212) 878-8375

*Counsel for Dexia Bank Belgium, S.A.*

Date: 25 March, 2005