UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STONINGTON PARTNERS, INC., a )
Delaware Corporation, STONINGTON )
CAPITAL APPRECIATION 1994 FUND )
L.P., a Delaware Partnership and )
STONINGTON HOLDINGS, L.L.C., a )
Delaware limited liability company, )
)
Plaintiffs, )    Civil Action No.: 04-10411 (PBS)
)
v. )
)
DEXIA, S.A. and DEXIA BANK BELGIUM )
(formerly known as ARTESIA BANKING )
CORP., S.A.) )
)
Defendants. )

### CERTIFICATE OF JEFF E. BUTLER

In accordance with Local Rule 83.5.3(b), I, Jeff E. Butler, certify as follows:

1. I am admitted to practice in the State of New York, and in the Southern District of New York.

2. I am a member of the bar in good standing in all of the jurisdictions listed in paragraph 1, above.

3. No disciplinary proceedings are pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Respectfully submitted

Jeff E. Butler
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, NY 10019-6131
Tel:   (212) 878-8000
Fax:   (212) 878-8375

Date: April 4, 2005

*Counsel for Dexia Bank Belgium, S.A.*

NYB 1497324.1