## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., a Delaware limited liability company,<br><br>            Plaintiffs,<br><br>      v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., S.A.)<br><br>            Defendants. | Civil Action No.:  04-10411 (PBS) |

### MOTION TO ADMIT AMBER C. WESSELS, *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(b), Breton Leone-Quick, Esq, a member of the bar of this Court who has previously filed a notice of appearance in this matter on behalf of defendant Dexia Bank Belgium, respectfully requests that this Court admit Amber C. Wessels, *pro hac vice*, to practice before this Court in this case as co-counsel for Dexia Bank Belgium.

Ms. Wessels is a member of the bar in good standing in every jurisdiction where she is admitted, there are no disciplinary proceedings pending against her as a member of the bar in any jurisdiction, and she is familiar with the Local Rules of this District.  See Certificate.

- 2 -

Payment of the $50 admission fee has been made to the Clerk of the Court.

Dated: April 11, 2005

/s/ Breton Leone-Quick
Breton Leone-Quick (BBO#655571)
MINTZ LEVIN COHN FERRIS
GLOVSKY & POPEO
One Financial Center
Boston, MA 02111
Tel: (617) 542-6000
Fax: (617) 542-2241

*Counsel for Dexia Bank Belgium*

- 2 -

LIT 1514805v1