UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., a Delaware limited liability company, | ) ) ) ) ) ) ) | C.A. NO. 04-10411 (PBS) |
| Plaintiffs, | ) ) |  |
| v. | ) ) |  |
| DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., S.A.), | ) ) ) ) |  |
| Defendants. | ) ) |  |

**MOTION FOR *PRO HAC VICE* ADMISSION OF
STEVEN B. SINGER, J. ERIK SANDSTEDT,
JAVIER BLEICHMAR, AND AVI JOSEFSON**

Pursuant to Local Rule 83.5.3(b), the plaintiffs, Stonington Partners Inc, Stonington Capital Appreciation 1994 Fund LP, and Stonington Holdings LLC (collectively "Stonington") hereby move to admit the following attorneys *pro hac vice* for the purpose of representing Stonington in this action: Steven B. Singer, J. Eric Sandstedt, Javier Bleichmar, and Avi Josefson. As grounds for this motion, Stonington states:

1)   This motion is presented to the Court by a member of the bar of this Court who has filed an appearance in this action;

2)   Steven B. Singer is a member of the New York bar and of the bar of the United States District Court for the Southern and Eastern Districts of New York. J. Erik Sandstedt is a member of the New York and New Jersey bar, of the bar of the United

States District Court for the Southern and Eastern Districts of New York, and of the bar the District of New Jersey. Javier Bleichmar is a member of the New York bar and of the bar of the United States District Court for the Southern and Eastern Districts of New York. Avi Josefson is a member of the Illinois bar, the New York bar, the United States District Court for the Northern District of Illinois and the Southern District of New York. Each of the attorneys have prepared an affidavit identifying the jurisdictions where each is admitted to practice, certifying that they are in good standing in those jurisdictions, and certifying that there are no disciplinary proceedings pending against them (See Exhibits 1- 4 attached hereto). All attorneys are familiar with the Local Rules of this Court.

3)      Stonington desires to have Steven B. Singer, J. Eric Sandstedt, Javier Bleichmar, and Avi Josefson admitted to represent Stonington in this action.

4)      A check in the amount of $200.00 is being submitted to the Clerk's office to satisfy the admission fee of $50.00 per attorney.

Wherefore, Stonington asks that this Honorable Court admit attorneys Steven B. Singer, J. Eric Sandstedt, Javier Bleichmar, and Avi Josefson *pro hac vice* for the purpose of representing Stonington in this action.

STONINGTON PARTNERS, INC., et al
By their attorney

/S/Charles P. Kindregan
Charles P. Kindregan (BBO#554947)
Looney & Grossman, LLP
101 Arch Street
Boston, MA  02110
Dated: May 11, 2005                617-951-2800