## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL (PBS) APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., a Delaware limited liability company, | : : : : : : | Civil Action No. 04-10411 |
| Plaintiffs, | : : | |
| v. | : : | |
| DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., S.A.), | : : : | |
| Defendants. | : : | |

AFFIDAVIT OF STEVEN B. SINGER IN SUPPORT OF
MOTION FOR ADMISSION PRO HAC VICE

Upon oath, Steven B. Singer deposes and states as follows:

1)    I am an attorney admitted to practice in the State of New York and the
United States District Courts for the Southern and Eastern Districts of
New York.  I am a partner of the law firm of Bernstein Litowitz Berger &
Grossmann LLP.  Our offices are located at 1285 Avenue of the Americas,
38th floor, New York, New York.  Our office telephone number is (212)
554-1400.

2)    I am filing this affidavit in support of a motion seeking my admission pro
hac vice for the purpose of representing the plaintiffs in the above cap-
tioned action.

3)    I was admitted to the bar of the State of New York in 1992 and to the bars

of the United States District Courts for the Eastern and Southern Districts

of New York in 1992.  I am in good standing in all courts to which I have

been admitted.  There are no disciplinary proceedings pending against me

in any jurisdiction.

4)    I am familiar with the local rules for the United States District Court for

the District of Massachusetts.


Signed under the pains and penalties of perjury this 30th day of April 2005.

Steven B. Singer