UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., a Delaware limited liability company,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., S.A.),<br><br>　　　Defendants. | Civil Action No. 04-10411 (PBS) |

AFFIDAVIT OF J. ERIK SANDSTEDT IN SUPPORT OF
MOTION TO BE ADMITTED PRO HAC VICE

Upon oath, J. Erik Sandstedt deposes and states as follows:

1)   I am an attorney admitted to practice in the states of New York (1996) and New Jersey (1995) and in the United States District Courts for the Southern and Eastern Districts of New York (1996) and the United States District Court for the District of New Jersey (1995). I am also admitted to practice before the United States Court of Appeals for the First Circuit (2004) and Third Circuit (1998). I am a partner of Bernstein Litowitz Berger & Grossmann LLP. Our offices are located at 1285 Avenue of the Americas, New York, New York 10019. Our office telephone number is (212) 554-1400.

2)   I am filing this affidavit in support of a motion seeking my admission pro hac vice for the purpose of representing the plaintiffs in the above captioned action.

3)   I am in good standing in all courts to which I have been admitted. There are no disciplinary proceedings pending against me in any jurisdiction.

4)   I am familiar with the local rules for the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 26 day of April 2005.

J. Erik Sandstedt