UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., a Delaware limited liability company,<br><br>    Plaintiffs,<br><br>v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., S.A.),<br><br>    Defendants. | Civil Action No. 04-10411 (PBS) |

AFFIDAVIT OF JAVIER BLEICHMAR IN SUPPORT OF
MOTION TO BE ADMITTED PRO HAC VICE

Upon oath, Javier Bleichmar deposes and states as follows:

1) I am an attorney admitted to practice in the state of New York (1999) and in the United States District Courts for the Southern and Eastern Districts of New York (1999). I am associated with the law firm of Bernstein Litowitz Berger & Grossmann LLP. Our offices are located at 1285 Avenue of the Americas, New York, New York 10019. Our office telephone number is (212) 554-1400.

2) I am filing this affidavit in support of a motion seeking my admission pro hac vice for the purpose of representing the plaintiffs in the above captioned action.

3) I am in good standing in all courts to which I have been admitted. There are no disciplinary proceedings pending against me in any jurisdiction.

4)  I am familiar with the local rules for the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 25 day of April 2005.

_____
Javier Bleichmar