## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., a Delaware limited liability company, | : : : : : : : | Civil Action No. 04-10411 (PBS) |
| Plaintiffs, | : : | |
| v. | : : | |
| DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., S.A.), | : : : | |
| Defendants. | : : | |

### AFFIDAVIT OF AVI JOSEFSON IN SUPPORT OF
### MOTION TO BE ADMITTED PRO HAC VICE

I, Avi Josefson, hereby depose and state as follows:

1)    I am an attorney admitted to practice in the State of Illinois, the State of New York and in the United States District Courts for the Northern District of Illinois and the Southern District of New York. I am associated with the law firm of Bernstein Litowitz Berger & Grossmann LLP. Our offices are located at 1285 Avenue of the Americas, 38th floor, New York, New York 10019. Our office telephone number is (212) 554-1400.

2)    I am filing this affidavit in support of a motion seeking my admission pro hac vice for the purpose of representing the plaintiffs in the above-captioned action.

3)    I am in good standing in all courts to which I have been admitted. There are no disciplinary proceedings pending against me in any jurisdiction.

4)      I am familiar with the local rules for the United States District Court for the

District of Massachusetts.


Signed under the pains and penalties of perjury this 5 day of May 2005.

_____
Avi Josefson