UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# **ORDER OF REFERENCE**

Check if previously referred

Stonington Partners, Inc., et al

       V.                        CA No. 04-10411-PBS

Dexia Bank Belgium

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge <u>Collings</u> for the following proceedings:

(A)           Referred for full pretrial case management, including all dispositive motions.

(B)    **X**     Referred for full pretrial case management, <u>not</u> including dispositive motions:

(C)           Referred for discovery purposes only.

(D)          Referred for Report and Recommendation on:

        ( ) Motion(s) for injunctive relief
        ( ) Motion(s) for judgment on the pleadings
        ( ) Motion(s) for summary judgment
        ( ) Motion(s) to permit maintenance of a class action
        ( ) Motion(s) to suppress evidence
        ( ) Motion(s) to dismiss
        ( ) Post Conviction Proceedings[1]
      See Documents Numbered: _____

(E)          Case referred for events only. See Doc. No(s). _____

(F)          Case referred for settlement.

(G)         Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
        ( ) In accordance with Rule 53, F.R.Civ.P.
        ( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H)         Special Instructions: _____

May 27, 2005                                By:    /s/ Robert C. Alba
Date                                                       Deputy Clerk

**(Order of Reference - 05/2003)**

---

[1] See reverse side of order for instructions