# United States District Court
# District of Massachusetts

STONINGTON PARTNERS, INC., a Delaware
    Corporation,
STONINGTON CAPITAL
    APPRECIATION 1994 FUND L.P., a Delaware
    Partnership,
STONINGTON HOLDINGS,
    L.L.C., a Delaware limited liability company,
        Plaintiffs,


v.                                                                Civil Action No.: 04-10411-PBS


DEXIA, S.A.,
DEXIA BANK BELGIUM
    (formerly known as ARTESIA BANKING
    CORP., SA),
        Defendants.


## SCHEDULING ORDER


COLLINGS, U.S.M.J.

1. Merits Discovery

    Merits discovery shall be completed by February 28, 2006. Subject to the

entry of an appropriate protective order, Plaintiffs shall produce to Defendant

no later than June 3, 2005, copies of the following documents from In re Lernout & Hauspie Sec. Litig., No. 00-CV-11589-PBS: (1) All documents produced by any party; (2) all deposition transcripts and exhibits; and (3) all written discovery requests and written responses.

Discovery taken in one of the coordinated actions will be treated as having been taken in all of the coordinated actions.

2. Deposition Discovery

Deposition discovery shall not begin until September 1, 2005, with the following exceptions: (1) the parties may seek discovery through Hague Convention requests or letters rogatory at any time; (2) the parties may take depositions pursuant to Fed. R. Civ. P. 30(b)(6) concerning document retention and production in this case; (3) the parties may agree to depositions at an earlier date. Dexia shall inform plaintiffs as soon as an employee provides notice that he/she is leaving the employment of Dexia. Plaintiffs may notice and take a departing employee's deposition at any time.

3. Expert Discovery

Pursuant to Fed. R. Civ. P. 26(a)(2), the parties shall serve expert reports concerning any matters for which they bear the burden of proof on or before March 31, 2006. The parties shall serve rebuttal expert reports on or beforeMay

5, 2006. All expert depositions shall be completed on or before June 30, 2006.

4. Joinder of Additional Parties and Amendment of Pleadings

Any motion to join additional parties or to amend the pleadings in this action shall be filed on or before August 1, 2005.

5. Dispositive Motions/Class Certification

A motion for class certification shall be filed on or before March 28, 2006. Any motion for summary judgment shall be filed by August 3, 2006.

6. Settlement/Settlement Conference

Plaintiffs will present Defendants with a settlement demand within the next thirty days.

7. Final Pretrial Conference

The hearing on any dispositive motions and/or the final pretrial conference shall take place on November 8, 2006 before Judge Saris.

8. Obligations of Counsel

With counsel's assent, the Court has entered the within Order which is identical to the Order entered by Judge Saris in Janet Baker et al. v. Dexia, S.A., et al., 04cv10501-PBS on April 27, 2005. If counsel (either individually or jointly) wish to alter the within Order, they shall file a motion seeking the desired alteration.

/s/ *Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

June 2, 2005.