# United States District Court
# District of Massachusetts

HANS A. QUAAK,
ATTILIO PO,
KARL LEIBINGER, on behalf of
    themselves and those similarly situated,
        Plaintiffs,

v.                                              Civil Action No.: 03-11566-PBS

DEXIA, S.A.,
DEXIA BANK BELGIUM
    (formerly known as ARTESIA BANKING
    CORP., SA),
        Defendants.

---

STONINGTON PARTNERS, INC., a Delaware
    Corporation,
STONINGTON CAPITAL
    APPRECIATION 1994 FUND L.P., a Delaware
    Partnership,
STONINGTON HOLDINGS,
    L.L.C., a Delaware limited liability company,
        Plaintiffs,

v.                                              Civil Action No.: 04-10411-PBS

DEXIA, S.A.,
DEXIA BANK BELGIUM
    (formerly known as ARTESIA BANKING
    CORP., SA),
        Defendants.

GARY B. FILLER,
LAWRENCE PERLMAN, Trustees of the
    TRA Rights Trust,
        Plaintiffs,

v.                                                                  Civil Action No.: 04-10477-PBS

DEXIA, S.A.,
DEXIA BANK BELGIUM
    (formerly known as ARTESIA BANKING
    CORP., SA),
        Defendants.

---

JANET BAKER,
JAMES BAKER,
JKBAKER LLC,
JMBAKER LLC,
        Plaintiffs,

v.                                                                  Civil Action No.: 04-10501-PBS

DEXIA, S.A.,
DEXIA BANK BELGIUM

# NOTICE OF HEARING AND ORDER

COLLINGS, U.S.M.J.

    Please take notice that a **Hearing** in the above-entitled cases on Dexia Bank Belgium's Motion to Compel Documents and Interrogatory Responses from Class Plaintiffs **(#80)** has been scheduled for **_Thursday, October 20, 2005 at_**

2

**_10:30 A.M._** (the same date and time as the previously scheduled Status Conference) in Courtroom #23, 7th Floor, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts 02210 before the undersigned United States Magistrate Judge.

Prior to the Hearing, the Class Plaintiffs are ORDERED to produce to Dexia Bank Belgium copies of the following documents concerning Class Plaintiffs' counsel's investigation: (a) all non-opinion work product created before August 19, 2001 on which Plaintiffs intend to rely in establishing the extent and timeliness of their investigation; and (b) all non-opinion work product created before August 19, 2001 that refers to Artesia or Dexia. The Class Plaintiffs previously have agreed to produce such documents (*See* #84 at 8).

/s/ *Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

October 6, 2005.