UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

STONINGTON PARTNERS, INC., a
Delaware Corporation, STONINGTON
CAPITAL APPRECIATION 1994 FUND
L.P., a Delaware Partnership and
STONINGTON HOLDINGS L.L.C., a
Delaware limited liability company,

    Plaintiffs,

    v.

DEXIA, S.A., DEXIA BANK BELGIUM
(formerly known as ARTESIA
BANKING CORP., S.A.)

    Defendants,

04-cv-10411-(PBS)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF WITHDRAWAL OF ATTORNEY**

PLEASE TAKE NOTICE, that Clifford Chance US LLP, 31 West 52nd Street, New York, New York, hereby requests that Amber C. Wessels be withdrawn from the docket and any service lists as this attorney is no longer employed by Clifford Chance US LLP and is no longer involved in this matter.

Dated: November 1, 2005
      New York, New York

                                   CLIFFORD CHANCE US LLP

                                   By: /s/ Jeff E. Butler
                                        James B. Weidner
                                        Jeff E. Butler
                                        31 West 52nd Street
                                        New York, New York 10019
                                        (212) 878-8000 (Tel:)
                                        (212) 878 8375 (Fax:)

NYB 1514141.1

-2-

Peter M. Saparoff (BBO#441740
Breton Leone-Quick (BBO# 65571)
MINTZ LEVIN COHN FERRIS
GLOVSKY & POPEO
One Financial Center
Boston, MA 02111
(617) 542-6000 (Tel:)
(617) 542-2241 (Fax)

Counsel for Defendants Dexia, S.A. and
Dexia Bank Belgium