UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

STONINGTON PARTNERS, INC., a
Delaware Corporation, STONINGTON
CAPITAL APPRECIATION 1994 FUND
L.P., a Delaware Partnership and
STONINGTON HOLDINGS L.L.C., a
Delaware limited liability company,

     Plaintiffs,

     v.

DEXIA, S.A., DEXIA BANK BELGIUM
(formerly known as ARTESIA
BANKING CORP., S.A.)

     Defendants,

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

04-cv-10411-(PBS)

## NOTICE OF WITHDRAWAL OF ATTORNEY

PLEASE TAKE NOTICE, that Clifford Chance US LLP, 31 West 52nd Street, New York, New York, hereby requests that Amber C. Wessels be withdrawn from the docket and any service lists as this attorney is no longer employed by Clifford Chance US LLP and is no longer involved in this matter.

Dated: November 1, 2005
       New York, New York

                                  CLIFFORD CHANCE US LLP

                                  By: /s/ Jeff E. Butler_____
                                       James B. Weidner
                                       Jeff E. Butler
                                       31 West 52nd Street
                                       New York, New York 10019
                                       (212) 878-8000 (Tel:)
                                       (212) 878 8375 (Fax:)

-2-

        Peter M. Saparoff (BBO#441740  
        Breton Leone-Quick (BBO# 65571)  
        MINTZ LEVIN COHN FERRIS  
        GLOVSKY & POPEO  
        One Financial Center  
        Boston, MA 02111  
        (617) 542-6000 (Tel:)  
        (617) 542-2241 (Fax)

        Counsel for Defendants Dexia, S.A. and  
        Dexia Bank Belgium

Case 1:04-cv-10411-PBS    Document 23    Filed 11/02/2005    Page 2 of 2