# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HANS A. QUAAK, ATTILIO PO and KARL LEIBINGER, on behalf of themselves and those similarly situated, <br><br>    Plaintiffs, <br><br>    v. <br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA), <br><br>    Defendants. | No.: 03-CV-11566 (PBS) |
| STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., a Delaware limited liability company, <br><br>    Plaintiffs, <br><br>    v. <br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA), <br><br>    Defendants. | No.: 04-CV-10411 (PBS) |
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust, <br><br>    Plaintiffs, <br><br>    v. <br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA), <br><br>    Defendants. | No.: 04-CV-10477 (PBS) |

| | |
|---|---|
| JANET BAKER and JAMES BAKER, JKBAKER LLC and JMBAKER LLC,<br><br>Plaintiffs,<br><br>v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>Defendants. | No.: 04-CV-10501 (PBS) |

## CERTIFICATE OF SERVICE OF
## PAPERS IN SUPPORT OF PLAINTIFFS' JOINT MOTION
## TO COMPEL DEPOSITIONS OF DEXIA BANK BELGIUM THROUGH
## <u>PIET CORDONNIER, BART FERRAND, AND PETER RABAEY</u>

SUSAN M. DAVIES, certifies pursuant to 28 U.S.C. § 1746 as follows:

On November 4, 2005, I caused true and correct copies of the following papers in support of *Plaintiffs' Joint Motion to Compel Depositions of Dexia Bank Belgium Through Piet Cordonnier, Bart Ferrand, and Peter Rabaey* dated November 4, 2005 to be served by electronic mail and First Class Mail, postage prepaid, upon the following counsel of record at the electronic and postal addresses indicated below:

Jeff E. Butler, Esq. (Jeff.Butler@CliffordChance.com)
Clifford Chance US LLP
31 West 52nd Street
New York, NY 10019

Peter M. Saparoff, Esq. (PSaparoff@mintz.com)
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo P.C.
One Financial Center
Boston, Massachusetts 02111

**Counsel for Dexia Bank Belgium in** *Filler v. Dexia, S.A.*, **C.A. No. 04-10477-PBS;** *Quaak v. Dexia, S.A.*, **C.A. No. 03-11566-PBS;** *Baker v. Dexia, S.A.*, **C.A. No. 04-10501-PBS,** *Stonington Partners, Inc v. Dexia, S.A.*, **C.A. No. 04-10111-PBS**

Jeffrey C. Block, Esq. (jblock@bermanesq.com)
Berman DeValerio Pease Tabacco Burt & Pucillo
One Liberty Square
Boston, MA 02109

**Co-Lead Counsel for Class Plaintiffs in *Quaak v. Dexia, S.A.*, C.A. No. 03-11566-PBS**

Karen C. Dyer, Esq. (kdyer@bsfllp.com)
Boies Schiller & Flexner
255 South Orange Avenue, Suite 905
Orlando, Florida 32801

**Counsel for Plaintiffs Janet Baker, James Baker, JKBaker LLC, and JMBaker LLC in *Baker v. Dexia, S.A.*, C.A. No. 04-10501-PBS**

Steven B. Singer, Esq. (steven@blbglaw.com)
Bernstein Litowitz Berger & Grossman LLP
1285 Avenue of the Americas
New York, New York 10019

**Counsel for Plaintiffs Stonington Partners, Inc., Stonington Capital Appreciation 1994 Fund L.P., and Stonington Holdings, L.L.C. in *Stonington Partners, Inc v. Dexia, S.A.*, C.A. No. 04-10111-PBS**

**Papers Served**

- Declaration of Susan M. Davies in Support of Plaintiffs' Joint Motion to Compel Depositions of Dexia Bank Belgium Through Piet Cordonnier, Bart Ferrand, and Peter Rabaey, executed on November 4, 2005, together with exhibits thereto; and

- Memorandum of Law in Support of Plaintiffs' Joint Motion to Compel Depositions of Dexia Bank Belgium Through Piet Cordonnier, Bart Ferrand, and Peter Rabaey, dated November 4, 2005

I declare under penalty of perjury that the foregoing is true and correct. Executed in New York, New York this 4th day of November 2005.

                                                      /s/ Susan M. Davies
                                                      SUSAN M. DAVIES
                                                      N.Y. Attorney Registration # 2413508