# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HANS A. QUAAK, ATTILIO PO and KARL LEIBINGER, on behalf of themselves and those similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>    Defendants. | No.: 03-CV-11566 (PBS) |
| STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., a Delaware limited liability company,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>    Defendants. | No.: 04-CV-10411 (PBS) |
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>    Defendants. | No.: 04-CV-10477 (PBS) |

| |   |
|---|---|
| JANET BAKER and JAMES BAKER, JKBAKER LLC and JMBAKER LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>    Defendants. | No.: 04-CV-10501 (PBS) |

**PLAINTIFFS' UNOPPOSED MOTION
FOR LEAVE TO FILE MOTION PAPERS UNDER SEAL**

Class plaintiffs together with plaintiffs Stonington Partners, Inc., Stonington Capital Appreciation 1994 Fund L.P. and Stonington Holdings, L.L.C., Gary B. Filler and Lawrence Perlman, Trustees of the TRA Rights Trust, and Janet Baker, James Baker, JKBaker LLC and JMBaker LLC (collectively the "Plaintiffs") hereby jointly move, pursuant to Massachusetts Local Rule 7.2, for orders authorizing the filing under seal, in each of the above-captioned actions, of: (1) Memorandum of Law in Support of Plaintiffs' Joint Motion to Compel Depositions of Dexia Bank Belgium Through Piet Cordonnier, Bart Ferrand, and Peter Rabaey dated November 4, 2005 (the "Memorandum of Law"); and (2) Declaration of Susan M. Davies in Support of Plaintiffs' Joint Motion to Compel Depositions of Dexia Bank Belgium Through Piet Cordonnier, Bart Ferrand, and Peter Rabaey executed on November 4, 2005, together with the exhibits thereto (the "Davies Declaration").

In support of this unopposed motion, Plaintiffs state as follows.

1.  On May 31, 2005, the Court entered an Order Governing the Treatment of Confidential Information in each of the above-captioned actions (the "Confidentiality Order"). A true and correct copy of the Confidentiality Order is annexed as **Exhibit A** to the accompanying Declaration of Patrick T. Egan executed November 4, 2005. Under the terms of the Confidentiality Order, memoranda and declarations containing or disclosing discovery materials that the producing party has designated as "Confidential Information" must be filed with the Court under seal. *See* Egan Dec. **Ex. E** at ¶10.

2.  On November 4, 2005, Plaintiffs filed Plaintiffs' Joint Motion to Compel Depositions of Dexia Bank Belgium Through Piet Cordonnier, Bart Ferrand, and Peter Rabaey (the "Motion to Compel") (*see* Egan Dec. **Ex. C**), in response to the refusal by defendant Dexia Bank Belgium to make these three individuals available for deposition in Brussels, Belgium pursuant to a Plaintiffs' First Omnibus Notice of Depositions of Defendant Dexia Bank Belgium served on September 15, 2005. *See* Egan Dec. **Exs. A, B**.

3.  On November 4, 2005, Plaintiffs also served by hand upon counsel for defendant Dexia Bank Belgium, Jeff E. Butler, Esq. of Clifford Chance US LLP, New York, New York, copies of the Memorandum of Law and the Davies Declaration, both in support of the Motion to Compel. *See* Egan Dec. at ¶ 6 and **Ex. D**.

4.  Neither the Memorandum of Law nor the Davies Declaration has been filed with the Court because both documents contain information designated by Dexia Bank Belgium to be confidential under the terms of the Confidentiality Order. *See* Egan Dec. ¶ 7.

5.      Dexia Bank Belgium's stated reason for refusing to produce Messrs. Cordonnier, Ferrand, and Rabaey for deposition is that these individuals are not officers, directors, or managing agents of Dexia Bank Belgium, and are not willing to appear voluntarily for deposition.  *See* Egan Dec. at ¶ 4 and **Ex. B**.

6.      Under the applicable case law, "the question of whether a particular person is a 'managing agent' is to be answered pragmatically on an ad hoc basis." CHARLES A. WRIGHT, ARTHUR R. MILLER & RICHARD L. MARCUS, 8A FEDERAL PRACTICE AND PROCEDURE: CIVIL 2D §2103 at 39 (1994).  Accordingly, in support of the Motion to Compel, Plaintiffs seek to present evidence concerning, among other things, the functions, powers and duties of each of the potential deponents with respect to the subject-matter of the litigation.  *See, e.g., United States v. The Dorothy McAllister,* 24 F.R.D. 316, 317 (S.D.N.Y. 1959).

7.      Much of the information upon which Plaintiffs must rely to establish these facts is information that Dexia Bank Belgium has produced in discovery subject to a "Confidential Information" designation.  *See* Egan Dec. ¶ 7.  As a result, in order to discharge their burden of establishing the status of Messrs. Cordonnier, Ferrand, and Rabaey as managing agents of Dexia Bank Belgium, Plaintiffs must present Dexia Bank Belgium's designated "Confidential Information" to the Court.  Under the terms of the Confidentiality Order, the Memorandum of Law and Davies Declaration, which present that information, must be filed under seal.  *See* Egan Dec. **Ex. E** at ¶10.

**Certification Under Fed. R. Civ. P. 37(a)(2)(b),
and Local Rules 7.1(a)(2) and 37.1(b)**

1.    Pursuant to Local Rules 7.1(a)(2), undersigned counsel hereby certify that on October 14, 2005 Susan M. Davies, Esq. of the Gregory P. Joseph Law Offices LLC, acting on behalf of all Plaintiffs, conferred by telephone with James B. Weidner, Esq. of Clifford Chance US LLP, counsel for Dexia Bank Belgium, concerning the filing of the instant motion and the Motion to Compel. Mr. Weidner advised Ms. Davies that Dexia Bank Belgium would not oppose the instant motion seeking to file papers in support of the Motion to Compel under seal.

WHEREFORE, Plaintiffs respectfully request that this Court enter orders:

(A)    authorizing the filing under seal, in each of the above-captioned actions, of:

(1) the Memorandum of Law in Support of Plaintiffs' Joint Motion to Compel Depositions of Dexia Bank Belgium Through Piet Cordonnier, Bart Ferrand, and Peter Rabaey dated November 4, 2005; and (2) the Declaration of Susan M. Davies in Support of Plaintiffs' Joint Motion to Compel Depositions of Dexia Bank Belgium Through Piet Cordonnier, Bart Ferrand, and Peter Rabaey executed on November 4, 2005; and

(B)    for such other and further relief as the Court deems just and proper.

Dated:   November 4, 2005

                           Respectfully submitted,

BERMAN DEVALERIO PEASE
  TABACCO BURT & PUCILLO
      /s/ Glen DeValerio
Glen DeValerio, BBO # 122010
(gdevalerio@bermanesq.com)
Jeffrey C. Block, BBO #600747
Patrick T. Egan, BBO # 637477
Nicole R. Starr, BBO #654848
One Liberty Square
Boston, MA 02109
Telephone:  (617) 542-8300

SHALOV STONE & BONNER LLP
Lee S. Shalov
James P. Bonner
Patrick L. Rocco
485 Seventh Avenue, Suite 10000
New York, New York 10018
Telephone:  (212) 239-4340

CAULEY BOWMAN CARNEY & WILLIAMS PLLC
Allen Carney
11001 Executive Center Drive, Suite 200
P.O. Box 25438
Little Rock, Arkansas 722125438
Telephone:  (501) 312-8500

**CO-LEAD COUNSEL TO LEAD CLASS
PLAINTIFFS HANS A. QUAAK, ATTILIO PO
and KARL LEIBINGER**

LOONEY & GROSSMAN LLP
      /s/ Richard J. Grahn
Richard J. Grahn, BBO #206620
(rgrahn@lgllp.com)
Charles P. Kindregan, BBO #554947
101 Arch Street
Boston, MA 02110
Telephone: (617) 951-2800

BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP
Max W. Berger
Steven B. Singer
Javier Bleichmar
Victoria Wilheim
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 554-1400

**COUNSEL TO PLAINTIFFS STONINGTON PARTNERS, INC., STONINGTON CAPITAL APPRECIATION 1994 FUND L.P. AND STONINGTON HOLDINGS L.L.C.**


GREGORY P. JOSEPH LAW OFFICES LLC
      /s/ Susan M. Davies
Gregory P. Joseph, N.Y. Atty Reg. #1645852
Susan M. Davies, N.Y. Atty Reg. #2413508
(sdavies@josephnyc.com)
Third Avenue, 31st Floor
New York, NY 10022
Telephone: (212) 407-1200

KOTIN, CRABTREE & STRONG
Amy C. Mainelli, BBO #657201
One Bowdoin Square
Boston, MA 02114
Telephone: (617) 227-7031

**COUNSEL TO PLAINTIFFS GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust**

7

        PARTRIDGE, ANKNER & HORSTMAN LLP
            /s/ Terrence K. Ankner
        Terrence K. Ankner, BBO #552469
        (tka@anknerlaw.com)
        200 Berkeley Street, 16th Floor
        Boston, MA 02116
        Telephone: (617) 859-9999
        BOIES SCHILLER & FLEXNER
        Karen C. Dyer
        George R. Coe
        225 South Orange Avenue, Suite 905
        Orlando, Florida 32801
        Telephone: (407) 425-7118

        REED SMITH LLP
        Alan K. Cotler
        Joan A. Yue
        2500 One Liberty Place 1650 Market Street
        Philadelphia, PA 10103
        Telephone: (215) 851-8100

        **COUNSEL TO PLAINTIFFS JANET BAKER, JAMES BAKER, JKBAKER LLC and JMBAKER LLC,**