# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HANS A. QUAAK, ATTILIO PO and KARL LEIBINGER, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>Defendants. | Civil Action No.: 03-11566 (PBS) |
| STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>Defendants. | Civil Action No.: 04-10411 (PBS) |
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust,<br><br>Plaintiffs,<br><br>v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>Defendants. | Civil Action No.: 04-10477 (PBS) |

| | |
|---|---|
| JANET BAKER and JAMES BAKER, JKBAKER LLC and JMBAKER LLC, <br><br>    Plaintiffs, <br><br>    v. <br><br> DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA), <br><br>    Defendants. | Civil Action No.:  04-10501 (PBS) <br><br> **REQUEST FOR SPECIAL ACTION PURSUANT TO LOCAL RULE 5.1(C)** |

**EMERGENCY MOTION OF DEXIA BANK BELGIUM
FOR A PROTECTIVE ORDER**

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, and Local Rule 5.1(c), Defendant Dexia Bank Belgium hereby moves for a Protective Order preventing Plaintiffs from obtaining discovery sought in Plaintiffs' Notice of Rule 30(b)(6) Deposition Of, And Request For Production Of Documents By, Defendant Dexia Bank Belgium.

In support of this Emergency Motion, Dexia Bank Belgium submits the accompanying Memorandum of Law and the Declaration of Joel M. Cohen.

**CERTIFICATION**

The undersigned counsel for Defendant Dexia Bank Belgium in the above-captioned actions hereby certifies that Dexia Bank Belgium has complied with the requirements of Federal Rule of Civil Procedure 26(c), and Local Rules 7.1(A)(2) and 37.1(B), by conferring with counsel for Plaintiffs in an attempt to resolve or narrow the issues raised in this motion, and that the parties were unable to resolve or narrow such issues.

## REQUEST FOR ORAL ARGUMENT

Dexia Bank Belgium respectfully requests to be heard at oral argument on this motion.

                          Respectfully submitted,

                          MINTZ LEVIN COHN FERRIS
                          GLOVSKY & POPEO

                          By:  /s/  Breton Leone-Quick
                               Peter M. Saparoff (BBO#441740)
                               Breton Leone-Quick (BBO#655571)

                          One Financial Center
                          Boston, MA 02111
                          Tel:   (617) 542-6000
Dated:  November 21, 2005        Fax:   (617) 542-2241


                          James B. Weidner
                          Jeff E. Butler
                          CLIFFORD CHANCE US LLP
                          31 West 52nd Street
                          New York, NY 10019-6131
                          Tel:   (212) 878-8000
                          Fax:   (212) 878-8375

                          *Counsel for Dexia Bank Belgium*