**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| HANS A. QUAAK, ATTILIO PO and KARL LEIBINGER, on behalf of themselves and those similarly situated,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>　　Defendants. | Civil Action No.:  03-11566 (PBS) |
| STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., a Delaware limited liability company,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>　　Defendants. | Civil Action No.:  04-10411 (PBS) |
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>　　Defendants. | Civil Action No.:  04-10477 (PBS) |

| | |
|---|---|
| JANET BAKER and JAMES BAKER, JKBAKER LLC and JMBAKER LLC,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>　　　　Defendants. | Civil Action No.: 04-10501 (PBS) |

### DEXIA BANK BELGIUM'S MOTION TO STAY PROCEEDINGS PENDING INTERLOCUTORY APPEAL

Defendant Dexia Bank Belgium, by and through its counsel, hereby moves to stay proceedings pending interlocutory appeal in all of the above-captioned cases.

In support of this motion, Dexia Bank Belgium submits the accompanying Memorandum of Law and the Declaration of Jeff E. Butler.

WHEREFORE, Dexia Bank Belgium requests that this motion to stay proceedings pending interlocutory appeal be granted in full.

### CERTIFICATION

The undersigned counsel hereby certifies, pursuant to Local Rule 7.1(A)(2), that counsel for Dexia Bank Belgium has conferred in good faith with counsel for all Plaintiffs regarding the possibility of staying proceedings during the pendency of the interlocutory appeal, as described in the accompanying Declaration of Jeff E. Butler.

## REQUEST FOR ORAL ARGUMENT

In accordance with Local Rule 7.1(D), Dexia Bank Belgium requests oral argument on this motion.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO |
|  | By:  /s/  Breton Leone-Quick<br>         Peter M. Saparoff (BBO#441740)<br>         Breton Leone-Quick (BBO#655571) |
|  | One Financial Center<br>Boston, MA 02111<br>Tel:    (617) 542-6000 |
| Dated:  November 21, 2005 | Fax:   (617) 542-2241 |
|  | James B. Weidner<br>Jeff E. Butler<br>CLIFFORD CHANCE US LLP<br>31 West 52nd Street<br>New York, NY 10019-6131<br>Tel:    (212) 878-8000<br>Fax:   (212) 878-8375 |
|  | *Counsel for Dexia Bank Belgium* |