# United States District Court
# District of Massachusetts

HANS A. QUAAK,
ATTILIO PO,
KARL LEIBINGER, on behalf of
    themselves and those similarly situated,
        Plaintiffs,

v.                                                                  Civil Action No.: 03-11566-PBS

DEXIA, S.A.,
DEXIA BANK BELGIUM
    (formerly known as ARTESIA BANKING
    CORP., SA),
        Defendants.

---

STONINGTON PARTNERS, INC., a Delaware
    Corporation,
STONINGTON CAPITAL
    APPRECIATION 1994 FUND L.P., a Delaware
    Partnership,
STONINGTON HOLDINGS,
    L.L.C., a Delaware limited liability company,
        Plaintiffs,

v.                                                                  Civil Action No.: 04-10411-PBS

DEXIA, S.A.,
DEXIA BANK BELGIUM
    (formerly known as ARTESIA BANKING
    CORP., SA),
        Defendants.

GARY B. FILLER,
LAWRENCE PERLMAN, Trustees of the
    TRA Rights Trust,
        Plaintiffs,

v.                                                                        Civil Action No.: 04-10477-PBS

DEXIA, S.A.,
DEXIA BANK BELGIUM
    (formerly known as ARTESIA BANKING
    CORP., SA),
        Defendants.

---

JANET BAKER,
JAMES BAKER,
JKBAKER LLC,
JMBAKER LLC,
        Plaintiffs,

v.                                                                        Civil Action No.: 04-10501-PBS

DEXIA, S.A.,
DEXIA BANK BELGIUM

# NOTICE OF MOTIONS HEARING

COLLINGS, U.S.M.J.

    Please take notice that a **Hearing on the following motions** in the above-entitled cases has been scheduled for *Friday, December 23, 2005 at 11:00 A.M.* in Courtroom #23, 7th Floor, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts 02210 before the

undersigned United States Magistrate Judge.

**CA03-11566-PBS:**

| | |
|---|---|
| #99 | Joint Motion to Compel Depositions and Interrogatory Responses from Class Plaintiffs; |
| #106 | Emergency Motion to Expedite Discovery ; |
| #108 | Emergency Motion for Protective Order. |

**CA04-10411-PBS:**

| | |
|---|---|
| #24 | Joint Motion to Compel Depositions of Dexia Bank Belgium through Piet Cordonnier, Bart Ferrand and Peter Rabaey; |
| #30 | Emergency Motion to Expedite Discovery from Defendant Dexia Bank Belgium; |
| #33 | Emergency Motion for Protective Order. |

**CA04-10477-PBS:**

| | |
|---|---|
| #38 | Joint Motion to Compel Depositions of Dexia Bank Belgium through Piet Cordonnier, Bart Ferrand and Peter Rabaey; |
| #44 | Emergency Motion to Expedite Discovery from Defendant Dexia Bank Belgium; |
| #47 | Emergency Motion for Protective Order. |

**CA04-10501-PBS:**

| | |
|---|---|
| #28 | Joint Motion to Compel Depositions of Dexia Bank Belgium through Piet Cordonnier, Bart Ferrand and Peter Rabaey; |
| #34 | Emergency Motion to Expedite Discovery from Defendant Dexia Bank Belgium; |
| #37 | Emergency Motion for Protective Order. |

*/s/ Robert B. Collings*

ROBERT B. COLLINGS
United States Magistrate Judge

November 22, 2005