# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HANS A. QUAAK, ATTILIO PO and KARL LEIBINGER, on behalf of themselves and those similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>    Defendants. | No.: 03-CV-11566 (PBS) |
| STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., a Delaware limited liability company,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>    Defendants. | No.: 04-CV-10411 (PBS) |
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>    Defendants. | No.: 04-CV-10477 (PBS) |

| |
|---|
| JANET BAKER and JAMES BAKER, JKBAKER LLC and JMBAKER LLC, |
| Plaintiffs, |
| v. |
| DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA), |
| Defendants. |

No.: 04-CV-10501 (PBS)

**NOTICE OF WITHDRAWAL OF MOTION**

PLEASE TAKE NOTICE THAT Plaintiffs in each of the above-captioned actions hereby withdraw their November 21, 2005, Emergency Motion for Expedited Discovery from Defendant Dexia Bank Belgium ("DBB") ("Plaintiffs' Emergency Motion"), [1] which is scheduled for a hearing on Friday, December 23, 2005.

Plaintiffs filed their Emergency Motion seeking expedited discovery concerning DBB's announcement on November 11, 2005 that it is voluntarily liquidating its New York Branch ("Plaintiffs' Emergency Motion"). Later that day, DBB filed an Emergency Motion for a Protective Order related to the same discovery ("Defendant's Emergency Motion"). On November 22, 2005, the Court set a hearing on the Emergency Motions for December 23, 2005.

Prior to filing Plaintiffs' Emergency Motion, counsel for Plaintiffs requested from Defendant information as to when the liquidation of DBB's New York Branch would be complete, but Defendant declined to respond. Indeed, it was only after Plaintiffs filed their motion, and renewed their request for information from Defendant on the status of the liquidation of DBB's

---

[1] Plaintiffs' Emergency Motion has been filed in each of the above-captioned actions at the following docket numbers: *Quaak* (Docket No. 106); *Stonington* (Docket No. 30); *Filler*, (Docket No. 44) and *Baker* (Docket No. 34).

2

New York Branch, that Defendant, by letter dated December 9, 2005, informed counsel for Plaintiffs that the liquidation was essentially complete, noting that all assets have been sold and the only remaining issue was the surrendering of DBB's license to the New York State Banking Department, the timing of which is "not contol[ed]" by DBB's New York Branch, according to DBB's counsel. *See* December 9, 2005 letter for Joel M. Cohen, attached hereto as Exhibit A.

Given that the liquidation process is now essentially complete, the requested relief in the emergency motion is moot. Accordingly, Plaintiffs hereby withdraw their Emergency Motion. Moreover, Plaintiffs have withdrawn the discovery requests that are subject to their now withdrawn motion, which, Plaintiffs believe, renders Defendants' Emergency Motion for Protective Order moot as well.

Plaintiffs note that their Joint Motion to Compel Depositions of Dexia Bank Belgium Through Piet Cordonnier, Bart Ferrand, and Peter Rabaey remains on the docket and is scheduled to be heard on December 23, 2005.

Dated:  December 15, 2005                                      Respectfully submitted,


                                                               BERMAN DEVALERIO PEASE
                                                                  TABACCO BURT & PUCILLO

                                                               /s/ Patrick T. Egan_____
                                                               Glen DeValerio, BBO # 122010
                                                               Jeffrey C. Block, BBO #600747
                                                               Patrick T. Egan, BBO # 637477
                                                               (pegan@bermanesq.com)
                                                               One Liberty Square
                                                               Boston, MA 02109
                                                               Telephone:  (617) 542-8300

                                                               SHALOV STONE & BONNER LLP

3

James P. Bonner
Patrick L. Rocco
485 Seventh Avenue, Suite 10000
New York, New York 10018
Telephone: (212) 239-4340

CAULEY BOWMAN CARNEY
& WILLIAMS PLLC
Allen Carney
11001 Executive Center Drive, Suite 200
P.O. Box 25438
Little Rock, Arkansas 722125438
Telephone: (501) 312-8500

**CO-LEAD COUNSEL TO CLASS PLAINTIFFS**

BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP

  /s/ Avi Josefson
Max W. Berger
Steven B. Singer
Victoria Wilheim
Avi Josefson
(avi@blbglaw.com)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 554-1400

LOONEY & GROSSMAN LLP
  Richard J. Grahn, BBO #206620
Charles P. Kindregan, BBO #554947
101 Arch Street
Boston, MA 02110
Telephone: (617) 951-2800

**COUNSEL TO PLAINTIFFS STONINGTON PARTNERS, INC., STONINGTON CAPITAL APPRECIATION 1994 FUND L.P. AND STONINGTON HOLDINGS L.L.C.**

4

GREGORY P. JOSEPH LAW OFFICES LLC

    /s/ Susan M. Davies
Gregory P. Joseph, N.Y. Atty Reg. #1645852
Susan M. Davies, N.Y. Atty Reg. #2413508
(sdavies@josephnyc.com)
805 Third Avenue, 31st Floor
New York, NY  10022
Telephone:  (212) 407-1200

KOTIN, CRABTREE & STRONG
Amy C. Mainelli, BBO #657201
One Bowdoin Square
Boston, MA 02114
Telephone:  (617) 227-7031

**COUNSEL TO PLAINTIFFS GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust**

PARTRIDGE, ANKNER & HORSTMAN LLP

      /s/ Terence K. Ankner
Terence K. Ankner, BBO #552469
(tka@anknerlaw.com)
200 Berkeley Street, 16th Floor
Boston, MA 02116
Telephone: (617) 859-9999

BOIES SCHILLER & FLEXNER
Karen C. Dyer
George R. Coe
225 South Orange Avenue, Suite 905
Orlando, Florida 32801
Telephone: (407) 425-7118

REED SMITH LLP
Alan K. Cotler
Joan A. Yue
2500 One Liberty Place 1650 Market Street
Philadelphia, PA 10103
Telephone: (215) 851-8100

**COUNSEL TO PLAINTIFFS JANET BAKER, JAMES BAKER, JKBAKER LLC and JMBAKER LLC,**

6