# United States District Court
# District of Massachusetts

STONINGTON PARTNERS, INC., a Delaware
    Corporation,
STONINGTON CAPITAL
    APPRECIATION 1994 FUND L.P., a Delaware
    Partnership,
STONINGTON HOLDINGS,
    L.L.C., a Delaware limited liability company,
        Plaintiffs,

v.                                                                    Civil Action No.: 04-10411-PBS

DEXIA, S.A.,
DEXIA BANK BELGIUM
    (formerly known as ARTESIA BANKING
    CORP., SA),
        Defendants.

## AMENDED SCHEDULING ORDER

COLLINGS, U.S.M.J.

1. **Merits Discovery**

Merits discovery shall be completed by June 16, 2006. Discovery taken in one of the coordinated actions will be treated as having been taken in all of the coordinated actions.

Case 1:04-cv-10411-PBS    Document 50    Filed 12/27/2005    Page 2 of 4

2. <u>Expert Discovery</u>

On or before the close of business on May 15, 2006, each party shall identify the experts on whom it intends to rely concerning any matter for which that party bears the burden of proof, and shall produce each such expert's *curriculum vitae* and a short statement of the subject matter of the proposed expert testimony.

On or before May 29, 2006, each party shall identify the rebuttal experts on whom it intends to rely and shall produce each such expert's *curriculum vitae* and a short statement of the subject matter of the proposed expert testimony.

Pursuant to Fed. R. Civ. P. 26(a)(2), the parties shall serve expert reports concerning any matters for which they bear the burden of proof on or before July 11, 2006. The parties shall serve rebuttal expert reports on or before August 15, 2006. All expert depositions shall be completed on or before September 22, 2006.

3. <u>Dispositive Motions/Class Certification</u>

A motion for class certification shall be filed on or before June 30, 2006. Any motion for summary judgment shall be filed by October 13, 2006.

4. **Final Pretrial Conference**

A final pretrial conference shall take place on or about January 17, 2007.

*/s/ Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

December 27, 2005.