# Exhibit C

Case 1:04-cv-10411-PBS     Document 53-4     Filed 02/24/2006     Page 1 of 3

# CLIFFORD
# CHANCE

CLIFFORD CHANCE US LLP

31 WEST 52ND STREET
NEW YORK NY 10019 6131

TEL +1 212 878 8000
FAX +1 212 878 8375
www.cliffordchance.com

Jeff E. Butler

DIRECT TEL 212-878-8205
DIRECT FAX 212-878-8375
jeff.butler@cliffordchance.com

December 20, 2005

VIA FACSIMILE

Susan M. Davies, Esq.
Gregory P. Joseph Law Offices LLC
805 Third Avenue, 31st Floor
New York, NY 10022

Re:　*Quaak v. Dexia Bank Belgium*
　　　*Stonington v. Dexia Bank Belgium*
　　　*Filler v. Dexia Bank Belgium*
　　　*Baker v. Dexia Bank Belgium*

Dear Susan:

We propose the following schedule for depositions noticed by Plaintiffs:

| Deponent | Date |
| --- | --- |
| Karel Van Riet | March 6, 2006 |
| Philippe Steverlynck | March 8, 2006 |
| François Saverys | March 10, 2006 |
| Alain Probst | March 14, 2006 |
| Claude Piret | March 16, 2006 |
| Bernard Mommens | April 18, 2006 |
| Jacques Janssens | April 20, 2006 |

Note that we have scheduled one business day between each deposition. If Plaintiffs are unable to complete a given deposition in one day, we have asked each deponent to be available on the following business day for continuation of the deposition.

Sincerely,

*Jeff Butler /mk*

Jeff E. Butler

NYB 1518231.1

**CLIFFORD**
**CHANCE**

CLIFFORD CHANCE US LLP

Susan M. Davies, Esq.                                                              Page 2
December 20, 2005

cc:   Patrick T. Egan, Esq.
      Patrick Rocco, Esq.
      Steven B. Singer, Esq.
      Karen Dyer, Esq.
      Alan Cotler, Esq.
      Peter M. Saparoff, Esq.

NYB 1518231.1