**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| HANS A. QUAAK, ATTILIO PO and KARL LEIBINGER, on behalf of themselves and those similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>    Defendants. | Civil Action No.: 03-11566 (PBS) |
| STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., a Delaware limited liability company,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>    Defendants. | Civil Action No.: 04-10411 (PBS) |
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>    Defendants. | Civil Action No.: 04-10477 (PBS) |

| | |
|---|---|
| JANET BAKER and JAMES BAKER, JKBAKER LLC and JMBAKER LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>    Defendants. | Civil Action No.: 04-10501 (PBS) |

**NOTICE OF WITHDRAWAL OF DEXIA BANK BELGIUM'S EMERGENCY MOTION FOR A PROTECTIVE ORDER POSTPONING CERTAIN DEPOSITIONS**

PLEASE TAKE NOTICE THAT, in light of Plaintiffs' withdrawal of their Emergency Motions to Compel Depositions, dated February 24, 2006 (and dated February 27, 2006 in the Baker action), and given that the parties have agreed to reschedule the depositions previously scheduled for the week of March 6, Dexia Bank Belgium hereby withdraws its Emergency Motion for a Protective Order Postponing Certain Depositions, filed on February 24, 2006, in the above-captioned actions.

Dated:  March 3, 2006                              Respectfully submitted,

                                                   MINTZ LEVIN COHN FERRIS
                                                   GLOVSKY & POPEO

                                                   By:   /s/  Breton Leone-Quick
                                                         Peter M. Saparoff (BBO#441740)
                                                         Breton Leone-Quick (BBO#655571)

                                                   One Financial Center
                                                   Boston, MA 02111
                                                   Tel:   (617) 542-6000
                                                   Fax:   (617) 542-2241

2

>James B. Weidner
>Jeff E. Butler
>CLIFFORD CHANCE US LLP
>31 West 52nd Street
>New York, NY 10019-6131
>Tel:    (212) 878-8000
>Fax:    (212) 878-8375
>
>*Counsel for Dexia Bank Belgium*

### Certificate of Service

I, Breton Leone-Quick, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 3, 2006.

   /s/  Breton Leone-Quick                                              Dated:  March 3, 2006