# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HANS A. QUAAK, ATTILIO PO and KARL LEIBINGER, on behalf of themselves and those similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>      Defendants. | No.: 03-CV-11566 (PBS) |
| STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., a Delaware limited liability company,<br><br>      Plaintiffs,<br><br>      v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>      Defendants. | No.: 04-CV-10411 (PBS) |
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust,<br><br>      Plaintiffs,<br><br>      v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>      Defendants. | No.: 04-CV-10477 (PBS) |

JANET BAKER and JAMES BAKER,
JKBAKER LLC and JMBAKER LLC,

      Plaintiffs,

      v.

DEXIA, S.A. and DEXIA BANK BELGIUM
(formerly known as ARTESIA BANKING
CORP., SA),

      Defendants.

No.: 04-CV-10501 (PBS)

## NOTICE OF WITHDRAWAL OF MOTION

PLEASE TAKE NOTICE THAT Plaintiffs hereby withdraw their February 24, 2006 Emergency Motion To Compel Depositions.

Plaintiffs filed their Emergency Motion seeking to compel the depositions of five witnesses scheduled for the weeks of March 6, 2006 and March 13, 2006. Later that day, Dexia filed an Emergency Motion for a Protective Order related to the same depositions. On February 28, 2006, the Court set a hearing on the Emergency Motions for today, March 3, 2006.

Since filing their motions, the parties have resolved the issues presented in their motions and Dexia has agreed to produce its witnesses the weeks of March 13 and March 20, 2006. Accordingly, Plaintiffs hereby withdraw their motion and submit that the previously scheduled hearing on the Emergency Motions should likewise be cancelled.

Dated:  March 3, 2006                              Respectfully submitted,

                                    BERMAN DEVALERIO PEASE
                                       TABACCO BURT & PUCILLO

                                    /s/ Patrick T. Egan
                                    Glen DeValerio, BBO # 122010
                                    Jeffrey C. Block, BBO #600747
                                    Patrick T. Egan, BBO # 637477
                                    (pegan@bermanesq.com)
                                    One Liberty Square
                                    Boston, MA 02109
                                    Telephone:  (617) 542-8300

                                    SHALOV STONE & BONNER LLP
                                    James P. Bonner
                                    Patrick L. Rocco
                                    485 Seventh Avenue, Suite 10000
                                    New York, New York 10018
                                    Telephone:  (212) 239-4340

                                    CAULEY BOWMAN CARNEY
                                    & WILLIAMS PLLC
                                    Allen Carney
                                    11001 Executive Center Drive, Suite 200
                                    P.O. Box 25438
                                    Little Rock, Arkansas 722125438
                                    Telephone:  (501) 312-8500

                                    **CO-LEAD COUNSEL TO CLASS
                                    PLAINTIFFS**

BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP

  /s/ Avi Josefson
Max W. Berger
Steven B. Singer
Avi Josefson
(avi@blbglaw.com)
1285 Avenue of the Americas
New York, New York 10019
Telephone:  (212) 554-1400

LOONEY & GROSSMAN LLP
  Richard J. Grahn, BBO #206620
Charles P. Kindregan, BBO #554947
101 Arch Street
Boston, MA 02110
Telephone:  (617) 951-2800

**COUNSEL TO PLAINTIFFS
STONINGTON PARTNERS, INC.,
STONINGTON CAPITAL
APPRECIATION 1994 FUND L.P. AND
STONINGTON HOLDINGS L.L.C.**

GREGORY P. JOSEPH LAW OFFICES LLC

       /s/ Susan M. Davies
Gregory P. Joseph, N.Y. Atty Reg. #1645852
Susan M. Davies, N.Y. Atty Reg. #2413508
(sdavies@josephnyc.com)
805 Third Avenue, 31st Floor
New York, NY  10022
Telephone:  (212) 407-1200

KOTIN, CRABTREE & STRONG
Amy C. Mainelli, BBO #657201
One Bowdoin Square
Boston, MA 02114
Telephone:  (617) 227-7031

**COUNSEL TO PLAINTIFFS GARY B.
FILLER and LAWRENCE PERLMAN,
Trustees of the TRA Rights Trust**

PARTRIDGE, ANKNER & HORSTMAN LLP

       /s/ Terence K. Ankner
Terence K. Ankner, BBO #552469
(tka@anknerlaw.com)
200 Berkeley Street, 16th Floor
Boston, MA 02116
Telephone:  (617) 859-9999

BOIES SCHILLER & FLEXNER
Karen C. Dyer
George R. Coe
225 South Orange Avenue, Suite 905
Orlando, Florida  32801
Telephone:  (407) 425-7118

REED SMITH LLP
Alan K. Cotler
Joan A. Yue
2500 One Liberty Place 1650 Market Street
Philadelphia, PA 10103
Telephone:  (215) 851-8100

**COUNSEL TO PLAINTIFFS JANET
BAKER, JAMES BAKER, JKBAKER LLC
and JMBAKER LLC**