UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., a Delaware limited liability company,<br><br>    Plaintiffs,<br><br>v.<br><br>DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., S.A.)<br><br>    Defendants. | Civil Action No.: 04-10411 (PBS) |

## CERTIFICATE OF KARA MORROW

In accordance with Local Rule 83.5.3(b), I, Kara Morrow, certify as follows:

1.  I am admitted to practice in the State of New York, and in the United States District Courts for the Southern District of New York and the Eastern District of New York.

2.  I am a member of the bar in good standing in all of the jurisdictions listed in paragraph 1, above.

3.  No disciplinary proceedings are pending against me as a member of the bar in any jurisdiction.

4.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

                                                     Respectfully submitted,

                                                     /s/ Kara M____
                                                   Kara Morrow
                                                   CLIFFORD CHANCE US LLP
                                                   31 West 52nd Street
                                                   New York, NY 10019-6131

Date: March 29, 2006                   Tel:     (212) 878-8000
                                                   Fax:    (212) 878-8375

                                                   *Counsel for Dexia Bank Belgium*

NYA 777343.1