UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., <br><br> Plaintiffs, <br><br> v. <br><br> DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., S.A.), <br><br> Defendants. | Civil Action No. 04-Civ-10411 (PBS) |

## DEXIA BANK BELGIUM'S MOTION FOR A SUBPOENA PURSUANT TO 28 U.S.C. § 1783

Pursuant to 28 U.S.C. § 1783, Dexia Bank Belgium, by and through its counsel, hereby moves, upon the accompanying Memorandum of Law, the Declaration of Thomas Teige Carroll in Support of Dexia Bank Belgium's Motion for a Subpoena Pursuant to 28 U.S.C. §1783, and the Affidavit of Thomas Teige Carroll in Support of Dexia Bank Belgium's Motion for a Subpoena Pursuant to 28 U.S.C. §1783, for the issuance of a subpoena compelling Mr. John H. Duerden to appear and be deposed at the Law Offices of Clifford Chance, located at 10 Upper Bank Street, London, United Kingdom, on Friday, May 5, 2005, at 9:30 a.m.  (See Carroll Decl. Ex. F.)

WHEREFORE, Dexia Bank Belgium requests the attached subpoena be issued.

## CERTIFICATION

Undersigned counsel hereby certifies, pursuant to Local Rules 7.1(A)(2) and 37.1, that counsel for Dexia Bank Belgium requested, via letter, information regarding Plaintiffs' position and standing with respect to the deposition of Mr. John H. Duerden. (See Carroll Decl. Ex. A.)  The letter sought to determine whether the deposition of Mr. Duerden could be obtained without Court action.  As Plaintiffs do not represent Mr. Duerden, a discovery conference was not held.  Subsequently, Dexia Bank Belgium conferred with counsel for Mr. Duerden, but no agreement could be reached as to Mr. Duerden's availability.  (See Carroll Decl. ¶¶ 3-7.)

Dated: April 11, 2006

Respectfully submitted,

MINTZ LEVIN COHEN FERRIS GLOVSKY & POPEO

By:   /s/  Breton Leone-Quick
      Peter M. Saparoff (BBO#441740)
      Breton Leone-Quick (BBO#655571)

One Financial Center
Boston, MA 02111
Tel:   (617) 542-6000
Fax:   (617) 542-2241

James W. Weidner
Joel M. Cohen
Thomas Teige Carroll
Jeff Butler
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, NY 10019-6131
Tel:   (212) 878-8000
Fax:   (212) 878-8375

*Counsel for Dexia Bank Belgium*

**Certificate of Service**

I, Breton Leone-Quick, hereby certify that this document, and the accompanying Declaration and Affidavit, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 11, 2006.

I also hereby certify that a copy of this document, and the accompanying Declaration and Affidavit, were served by hand, on April 11, 2006, on counsel for Mr. Duerden:

Thomas E. Engel, Esq.
Engel McCarney & Kenney, LLP
720 Fifth Avenue
New York, New York 10019

   /s/  Breton Leone-Quick                                        Dated:  April 11, 2006