**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| HANS A. QUAAK, ATTILIO PO and KARL LEIBINGER, on behalf of themselves and those similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>    Defendants. | No.: 03-CV-11566 (PBS) |
| STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., a Delaware limited liability company,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>    Defendants. | No.: 04-CV-10411 (PBS) |
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>    Defendants. | No.: 04-CV-10477 (PBS) |

| | |
|---|---|
| JANET BAKER and JAMES BAKER, JKBAKER LLC and JMBAKER LLC,<br><br>   Plaintiffs,<br><br>   v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>   Defendants. | No.: 04-CV-10501 (PBS) |

**PLAINTIFFS' UNOPPOSED MOTION**
**FOR LEAVE TO FILE MOTION PAPERS UNDER SEAL**

Class Plaintiffs together with plaintiffs Stonington Partners, Inc., Stonington Capital Appreciation 1994 Fund L.P. and Stonington Holdings, L.L.C., Gary B. Filler and Lawrence Perlman, Trustees of the TRA Rights Trust, and Janet Baker, James Baker, JKBaker LLC and JMBaker LLC (collectively the "Plaintiffs") hereby move, pursuant to Massachusetts Local Rule 7.2, for orders authorizing the filing under seal, in each of the above-captioned actions, of Exhibits G – O of the Declaration of Patrick T. Egan In Support Of Plaintiffs' Counsel's Motion For Protective Order ("Egan Declaration").

In support of this unopposed motion, Plaintiffs state as follows.

1.      On May 31, 2005, the Court entered an Order Governing the Treatment of Confidential Information in each of the above-captioned actions (the "Confidentiality Order"). A true and correct copy of the Confidentiality Order is annexed as **Exhibit A** to this Motion. Under the terms of the Confidentiality Order, discovery materials that the producing party has designated as "Confidential Information" must be filed with the Court under seal. *See id.* at ¶10.

2. On May 19, 2006, Plaintiffs filed Plaintiffs' Counsel's Motion For Protective Order. In support of that motion, Plaintiffs also filed the Egan Declaration, which includes as Exhibits G-O, copies of Plaintiffs' objections and responses to Interrogatories propounded by Dexia. These exhibits have not been filed with the Court because they concern Plaintiffs' counsels' investigations of potential claims against Dexia and have been designated confidential by Plaintiffs under the May 31, 2005 Protective Order.

WHEREFORE, Plaintiffs respectfully request that this Court enter an order authorizing the filing under seal of Exhibits G-O of the Declaration of Patrick T. Egan.

### Certification Under Fed. R. Civ. P. 37(a)(2)(b), and Local Rules 7.1(a)(2) and 37.1(b)

Pursuant to Local Rules 7.1(a)(2), undersigned counsel hereby certify that counsel for Dexia does not oppose the instant motion.

Dated:   May 19, 2006

    Respectfully submitted,

    BERMAN DEVALERIO PEASE
      TABACCO BURT & PUCILLO
        /s/ Patrick T. Egan
    Glen DeValerio, BBO # 122010
    (gdevalerio@bermanesq.com)
    Jeffrey C. Block, BBO #600747
    Patrick T. Egan, BBO # 637477
    Nicole R. Starr, BBO #654848
    One Liberty Square
    Boston, MA 02109
    Telephone:  (617) 542-8300

    SHALOV STONE & BONNER LLP
    Lee S. Shalov
    James P. Bonner
    Patrick L. Rocco
    485 Seventh Avenue, Suite 10000
    New York, New York 10018
    Telephone:  (212) 239-4340

    CAULEY BOWMAN CARNEY & WILLIAMS PLLC
    Allen Carney
    11001 Executive Center Drive, Suite 200
    P.O. Box 25438
    Little Rock, Arkansas 722125438
    Telephone:  (501) 312-8500

    **CO-LEAD COUNSEL TO LEAD CLASS PLAINTIFFS HANS A. QUAAK, ATTILIO PO and KARL LEIBINGER**

BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
      /s/ Avi Josefson
Max W. Berger
Steven B. Singer
Avi Josefson
(avi@blbglaw.com)
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 554-1400


LOONEY & GROSSMAN LLP
Richard J. Grahn, BBO #206620
(rgrahn@lgllp.com)
Charles P. Kindregan, BBO #554947
101 Arch Street
Boston, MA 02110
Telephone: (617) 951-2800

**COUNSEL TO PLAINTIFFS STONINGTON PARTNERS, INC., STONINGTON CAPITAL APPRECIATION 1994 FUND L.P. AND STONINGTON HOLDINGS L.L.C.**


GREGORY P. JOSEPH LAW OFFICES LLC
      /s/ Susan M. Davies
Gregory P. Joseph, N.Y. Atty Reg. #1645852
Susan M. Davies, N.Y. Atty Reg. #2413508
(sdavies@josephnyc.com)
Third Avenue, 31st Floor
New York, NY 10022
Telephone: (212) 407-1200

KOTIN, CRABTREE & STRONG
Amy C. Mainelli, BBO #657201
One Bowdoin Square
Boston, MA 02114
Telephone: (617) 227-7031

**COUNSEL TO PLAINTIFFS GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust**

5

PARTRIDGE, ANKNER & HORSTMAN LLP
     /s/ Terrence K. Ankner
Terrence K. Ankner, BBO #552469
(tka@anknerlaw.com)
200 Berkeley Street, 16th Floor
Boston, MA 02116
Telephone: (617) 859-9999
BOIES SCHILLER & FLEXNER
Karen C. Dyer
George R. Coe
225 South Orange Avenue, Suite 905
Orlando, Florida 32801
Telephone: (407) 425-7118

REED SMITH LLP
Alan K. Cotler
Joan A. Yue
2500 One Liberty Place 1650 Market Street
Philadelphia, PA 10103
Telephone: (215) 851-8100

**COUNSEL TO PLAINTIFFS JANET BAKER, JAMES BAKER, JKBAKER LLC and JMBAKER LLC,**