# EXHIBIT B

# CLIFFORD
# CHANCE

CLIFFORD CHANCE US LLP

31 WEST 52ND STREET
NEW YORK NY 10019 6131

TEL +1 212 878 8000
FAX +1 212 878 8375
www.cliffordchance.com

Jeff E. Butler

DIRECT TEL 212-878-8205
DIRECT FAX 212-878-8375
jeff.butler@cliffordchance.com

April 5, 2006

VIA FACSIMILE

To: Counsel on attached list

Re: *Quaak v. Dexia Bank Belgium*
*Stonington v. Dexia Bank Belgium*
*Filler v. Dexia Bank Belgium*
*Baker v. Dexia Bank Belgium*

Dear Counsel:

We intend to seek deposition testimony from several of the lawyers and other individuals listed in Plaintiffs' interrogatory responses as having been involved in an alleged investigation of Artesia or Dexia, including one or more individuals from each of the following firms:

Berman DeValerio Pease Tabacco Burt & Pucillo
Shalov Stone & Bonner LLP
Cauley Bowman Carney & Williams, PLLC
James Mintz Group
Bernstein Litowitz Berger & Grossmann LLP
Gregory P. Joseph Law Offices LLC
Boies, Schiller & Flexner LLP

Without prejudice to your right to seek a protective order from the Court, please let me know by April 10, 2006, whether compulsory process will be needed to obtain testimony from individuals in these firms.

Sincerely,

Jeff E. Butler

NYB 1526235.1

**C L I F F O R D**
**C H A N C E**

CLIFFORD CHANCE US LLP

Page 2

April 5, 2006

To:  Patrick T. Egan, Esq.
     Berman Devalerio Pease Tabacco Burt & Pucillo
     One Liberty Square
     Boston, MA 02109

     Patrick Rocco, Esq.
     Shalov Stone & Bonner
     485 Seventh Avenue, Suite 1000
     New York, NY 10018

     Alan Carney, Esq.
     Cauley Bowman Carney & Williams PLLC
     11001 Executive Center Drive, Suite 200
     P.O. Box 25438
     Little Rock, AR 72212

     Steven B. Singer, Esq.
     Bernstein Litowitz Berger & Grossman LLP
     1285 Avenue of the Americas
     New York, NY 10019

     Susan Davies, Esq.
     Gregory P. Joseph Law Offices LLC
     805 Third Avenue, 31st Floor
     New York, NY 10022

     Karen Dyer, Esq.
     Boies, Schiller & Flexner LLP
     255 South Orange Avenue, Suite 905
     Orlando, FL 32801

     Alan Cotler, Esq.
     Reed Smith
     2500 One Liberty Place
     1650 Market Street
     Philadelphia, PA 19103

     Peter M. Saparoff, Esq.
     Mintz Levin Cohn Ferris Glovsky & Popeo
     One Financial Center
     Boston, MA 02111

NYB 1526235.1