# EXHIBIT F

# Excerpts From The March 15, 2006 Deposition of Alain Probst

                                                              24

19  that since we entered into such transactions repeatedly

20  in the market room there was no need for private

21  transactions to be concluded as being any different

22  from a CDS signed in the room.

                                                                25

 8            The document is a January 231st 2000 memo
 9    from the Internal Audit Department.  If you look on
10    the second page of the memo, the third paragraph under
11    heading three, isn't it true that CDSs that you were
12    working with were not done all the time, these were
13    exceptional in nature as is stated in the audit memo?
14       A.   The CDS concluded with private individuals
15    are, it's true, exceptional and it was a first
16    occurrence in the Bank in my recollection.

```
                                                              111
19        Q.   That's not my question, sir.   I said isn't
20   it true that the people in that Marketing Department
21   did not deal with private individuals issuing CDSs?
22        A.   I did not follow the specific contracts dealt
23   with by the marketing people, so I could not answer
24   that.
```

```
                                                          117
14   accepted in the market room to the -- withdrawn.  You
15   told the police that the technique of Credit Default
16   Swaps was widely accepted in the market room but you
17   also didn't tell them that the Credit Default Swaps in
18   question with the Radial loan were not issued from the
19   market room, am I right?
20        A.   I provided the police with an answer to all
21   their questions.
22        Q.   Sir, it is true, though, that the CDS that
23   was issued with respect to the Radial loan was not
24   issued from the market room, am I right?
25        A.   It was issued on the basis of documentation
                                                          118
 1   supervised by our attorneys.
 2        Q.   Sir, it was not issued from the market room,
 3   am I correct?
 4        A.   Yes, that is correct.
```