# EXHIBIT G

# Excerpts From The March 16, 2006 Deposition of Claude Piret

                                                                133

8        Q.   But insofar as you were aware of the credit
9   files at the time were you aware apart from LIC and
10  Radial whether the Bank had ever entered into a CDS
11  transaction with a private individual?
12       A.   No.

                                                                    135

13      Q.   Withdrawn.  Have you seen a Credit Default

14  Swop agreement before, not this one in particular but a

15  Credit Default Swop?

16      A.   A real one?

17      Q.   A real one?

18      A.   No.

19      Q.   So you don't know whether this is a real one

20  or not; is that right?

21      A.   Yes.