EXHIBIT H

# Excerpts From The March 17, 2006 Deposition of Claude Piret

                                                                13

1      A.    From the little that I know about the theory
2   on the CDS matter I think many types of compensation
3   for the protection seller, either up front commission,
4   up front fee, either regular payments or other manner
5   to pay.
6      Q.    So it is not required that the protection
7   seller, the person selling the credit protection of the
8   Credit Default Swap get all their money up front but it
9   may be scheduled over time; is that right?
10     A.    Yes, that may be.
11     Q.    But it is typical that least some form of
12  payment will be made at the time the CDS is issued,
13  correct?
14     A.    I am not a specialist of that matter so I
15  can't answer you affirmatively.

```
                                                          60

16        Q.   One of the problems was that the CDSs were

17   not executed in the normal fashion, am I right?

18        A.   Repeat.

19        Q.   The CDS agreement for Radial and LIC were not

20   properly documented in accordance with the Bank's

21   normal procedures, am I right?

22        A.   For so far that I can remember as a result of

23   having read the next two pages of your document,

24   I think that I remember that there was something with

25   the operational treatment of the CDS.

                                                          61

1         Q.   What treatment?

2         A.   Operational treatment of the CDS.

3         Q.   Is that another way of saying there was a

4    procedural problem with how the CDSs were executed?

5         A.   Yes.

6         Q.   So they were not done in the normal

7    procedures of the Bank, correct?
```