# EXHIBIT I

Case 1:04-cv-10411-PBS  Document 94-10  Filed 05/22/2006  Page 1 of 3

# Excerpt From The April 21, 2006 Deposition of Jacques Janssens

                                                                      159

15                    Q.  To your knowledge the Radial
16      loan was the first time that your credit risk
17      department had been involved with a credit default
18      swap, correct?
19                    A.  Yes.  The part of my department
20      that was dealing with company loans was faced with
21      a credit default swap for the first time.