**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| HANS A. QUAAK, ATTILIO PO and KARL LEIBINGER, on behalf of themselves and those similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>    Defendants. | Civil Action No.: 03-11566 (PBS) |
| STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., a Delaware limited liability company,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>    Defendants. | Civil Action No.: 04-10411 (PBS) |
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>    Defendants. | Civil Action No.: 04-10477 (PBS) |

| | |
|---|---|
| JANET BAKER and JAMES BAKER, JKBAKER LLC and JMBAKER LLC,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>　　　Defendants. | Civil Action No.: 04-10501 (PBS) |

### DEXIA BANK BELGIUM'S MOTION TO SUSPEND SCHEDULING ORDER DEADLINES PENDING RESOLUTION OF DEXIA'S MOTION TO DISMISS AND VARIOUS DISCOVERY MOTIONS

Defendant Dexia Bank Belgium, by and through its counsel, hereby moves to suspend the scheduling order deadlines pending resolution of its motion to dismiss and various discovery motions.

In support of this motion, Dexia Bank Belgium submits the accompanying memorandum of law and Declaration of Kara Morrow.

Wherefore, Dexia Bank Belgium requests that this motion to suspend scheduling order deadlines be granted in full.

### REQUEST FOR ORAL ARGUMENT

In accordance with Local Rule 7.1(D), Dexia Bank Belgium requests oral argument on this motion.

### CERTIFICATION

The undersigned counsel hereby certifies, pursuant to Local Rule 7.1(A)(2), that counsel for Dexia Bank Belgium has conferred in good faith with counsel for Plaintiffs regarding

suspending the scheduling order deadlines, as described in the accompanying Declaration of Kara Morrow.

Dated: May 22, 2006

                                  Respectfully submitted,

                                  MINTZ LEVIN COHN FERRIS
                                  GLOVSKY & POPEO

                                  By:  /s/ Breton Leone-Quick
                                       Peter M. Saparoff (BBO#441740)
                                       Breton Leone-Quick (BBO#655571)

                                  One Financial Center
                                  Boston, MA 02111
                                  Tel:    (617) 542-6000
                                  Fax:    (617) 542-2241

                                  James B. Weidner
                                  Jeff E. Butler
                                  CLIFFORD CHANCE US LLP
                                  31 West 52nd Street
                                  New York, NY 10019-6131
                                  Tel:    (212) 878-8000
                                  Fax:    (212) 878-8375

                                  *Counsel for Dexia Bank Belgium*

**Certificate of Service**

I, Breton Leone-Quick, hereby certify that this document, and the accompanying Declaration of Kara Morrow and its attached exhibits, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 22, 2006.

  /s/ Breton Leone-Quick                                                             Dated: May 22, 2006