**C L I F F O R D**
**C H A N C E**

CLIFFORD CHANCE US LLP

31 WEST 52ND STREET
NEW YORK NY 10019 6131

TEL +1 212 878 8000
FAX +1 212 878 8375
www.cliffordchance.com

**Jeff E. Butler**

DIRECT TEL 212-878-8205
DIRECT FAX 212-878-8375
jeff.butler@cliffordchance.com

September 30, 2005

VIA FACSIMILE

Susan M. Davies, Esq.
Gregory P. Joseph Law Offices LLC
805 Third Avenue, 31st Floor
New York, NY 10022

Re:   *Quaak v. Dexia Bank Belgium*
      *Stonington v. Dexia Bank Belgium*
      *Filler v. Dexia Bank Belgium*
      *Baker v. Dexia Bank Belgium*

Dear Susan:

      With respect to the five individuals that Plaintiffs have noticed for deposition in January 2006, Bernard Mommens and Karel Van Riet are available for depositions in Brussels during the week of January 9. The other individuals listed in your notice are not officers, directors or managing agents of Dexia subject to deposition on notice under Rule 30 and, at present, these individuals are not willing to appear voluntarily for depositions in this matter.

      Mr. Mommens and Mr. Van Riet are not native English speakers, and at least some questions and/or answers will need to be translated in order to avoid any misunderstanding. Accordingly, please arrange for a Flemish-English interpreter to attend the depositions.

Sincerely,

Jeff E. Butler

cc:   Patrick T. Egan, Esq.
      Patrick Rocco, Esq.
      Javier Bleichmar, Esq.
      Karen Dyer, Esq.
      Alan Cotler, Esq.
      Peter M. Saparoff, Esq.

NYB 1511595.1