UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., S.A.)<br><br>Defendants. | Civil Action No.: 04-10411 (PBS) |

## MOTION TO ADMIT DAVID M. LINDSEY, *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(b), Breton Leone-Quick, Esq., a member of the bar of this court who has previously filed a notice of appearance in this matter on behalf of defendant Dexia Bank Belgium, respectfully requests that this Court admit David M. Lindsey, *pro hac vice*, to practice before this court in this case as co-counsel for Dexia Bank Belgium.

Mr. Lindsey is a member of the bar in good standing in every jurisdiction where he is admitted, there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction, and he is familiar with the Local Rules of this District. See Certificate, attached hereto as Exhibit A.

Payment of the $50.00 admission fee has been sent to the Clerk of the Court.

Date: May 26, 2006

/s/ Breton Leone-Quick
Breton Leone-Quick (BBO#65571)
MINTZ LEVIN COHN FERRIS
GLOVSKY & POPEO
One Financial Center
Boston, MA 02111
Tel:   (617) 542-6000
Fax:   (617) 542-2241
*Counsel for Dexia Bank Belgium*

**Certificate of Service**

    I, Breton Leone-Quick, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 26, 2006.

   /s/  Breton Leone-Quick                                        Dated:  May 26, 2006