# EXHIBIT C

## BUSINESS PURPOSE DOCUMENTS

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV000288 | DEXPRIV000289 | English | Minutes | | | | | Minutes of conference call of L&H banking consortium dated 1/24/2001 providing advice re L&H litigation strategy and restructuring of L&H financing | AC, WP | 18 |
| DEXPRIV000290 | DEXPRIV000291 | English | Minutes | | | | | Minutes of conference call of L&H banking consortium dated 7/13/2001 providing legal advice re L&H litigation strategy and restructuring of L&H financing | AC, WP | 18 |
| DEXPRIV000292 | DEXPRIV000293 | English | Minutes | | | | | Minutes of conference call of L&H banking consortium dated 7/13/2001 providing legal advice re L&H litigation strategy and restructuring of L&H financing | AC, WP | 18 |
| DEXPRIV000294 | DEXPRIV000296 | English | Minutes | | | | | Minutes of conference call of L&H banking consortium dated 9/25/2001 providing legal advice re sale of assets, Dictaphone Board of Directors, and bankruptcy strategy | AC, WP | 18 |
| DEXPRIV000299 | DEXPRIV000302 | English | Minutes | | | | | Draft Minutes of meeting of L&H banking consortium dated 1/15/2001 providing legal advice re sale of assets, L&H litigation strategy and restructuring of L&H financing | AC, WP | 19 |
| DEXPRIV000303 | DEXPRIV000303 | Dutch | Notes | 1/15/2001 | | | | Notes reflecting mental impressions of an attorney pertaining to legal issues re bankruptcy, restructuring of L&H financing, inventory and L&H litigation issues. | AC, WP | 19 |
| DEXPRIV000304 | DEXPRIV000305 | English | Minutes | | | | | Draft Minutes of meeting of L&H banking consortium dated 1/15/2001 providing legal advice re restructuring of L&H financing | AC, WP | 19 |
| DEXPRIV000308 | DEXPRIV000311 | English | Minutes | | | | | Draft Minutes of meeting of L&H banking consortium dated 1/15/2001 providing legal advice re bankruptcy, restructuring of L&H financing, inventory and L&H litigation issues | AC, WP | 20 |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV000312 | DEXPRIV000312 | Dutch | Notes | 1/15/2001 | | | | Notes reflecting mental impressions of an attorney pertaining to legal issues re bankruptcy, restructuring of L&H financing, inventory and L&H litigation issues. | AC, WP | 20 |
| DEXPRIV000313 | DEXPRIV000314 | English | Minutes | | | | | Draft Minutes of meeting of L&H banking consortium dated 1/15/2001 providing legal advice re restructuring of L&H financing | AC, WP | 20 |
| DEXPRIV000317 | DEXPRIV000319 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 1/8/2001 providing legal advice re valuation of assets, bankruptcy, L&H litigation strategy and restructuring of L&H financing | AC, WP | 20 |
| DEXPRIV000320 | DEXPRIV000323 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 1/15/2001 providing legal advice re sale of assets, L&H litigation strategy and restructuring of L&H financing | AC, WP | 20 |
| DEXPRIV000324 | DEXPRIV000325 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 1/15/2001 providing legal advice re restructuring of L&H financing | AC, WP | 20 |
| DEXPRIV000328 | DEXPRIV000330 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 1/8/2001 providing legal advice re valuation of assets, bankruptcy, L&H litigation strategy and restructuring of L&H financing | AC, WP | 21 |
| DEXPRIV000331 | DEXPRIV000334 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 1/15/2001 providing legal advice re sale of assets, L&H litigation strategy and restructuring of L&H financing | AC, WP | 21 |
| DEXPRIV000335 | DEXPRIV000336 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 1/15/2001 providing legal advice re restructuring of L&H financing | AC, WP | 21 |
| DEXPRIV000339 | DEXPRIV000344 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 3/9/2001 providing legal advice re restructuring of L&H financing, loan security, L&H litigation strategy, bankruptcy and Creditors' Committee | AC, WP | 22 |
| DEXPRIV000347 | DEXPRIV000352 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 3/9/2001 providing legal advice re restructuring of L&H financing, loan security, L&H litigation strategy, bankruptcy and Creditors' Committee | AC, WP | 22 |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV000354 | DEXPRIV000359 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 3/9/2001 providing legal advice re restructuring of L&H financing, loan security, L&H litigation strategy, bankruptcy and Creditors' Committee | AC, WP | 23 |
| DEXPRIV000360 | DEXPRIV000361 | English | Fax | | | F. Sercu, L. Mesuere, F. van Steenwinkel, V. Vercaigne, F. de Potter, G. Vekeman, K. Macours, P. van Tiggel, K. van Riet, J. Vankeerberghen, C. Schneider, H. Liemen, K. Diederich, M. Kaiser | | Fax transmitting draft minutes of meeting of L&H banking consortium providing legal advice re restructuring of L&H financing | AC, WP | 23 |
| DEXPRIV00362 | DEXPRIV000364 | English | Minutes | | | | | Draft Minutes of meeting of L&H banking consortium dated 5/8/2001 providing legal advice re restructuring of L&H financing | AC, WP | 23 |
| DEXPRIV00368 | DEXPRIV000366 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 5/8/2001 providing legal advice re restructuring of L&H financing | AC, WP | 23 |
| DEXPRIV000369 | DEXPRIV000373 | English | Minutes | | | | | Draft Minutes of meeting of L&H banking consortium dated 1/15/2001 providing legal advice re restructuring of L&H financing | AC, WP | 24 |
| DEXPRIV000374 | DEXPRIV000374 | Dutch | Notes | 1/15/2001 | | | | Notes reflecting mental impressions of an attorney pertaining to legal issues re bankruptcy, restructuring of L&H financing, inventory and L&H litigation issues | AC, WP | 24 |
| DEXPRIV000380 | DEXPRIV000382 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 1/2/2001 providing legal advice re L&H litigation strategy and restructuring of L&H financing | AC, WP | 25 |
| DEXPRIV000383 | DEXPRIV000384 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium providing legal advice re L&H litigation strategy | AC, WP | 25 |
| DEXPRIV000387 | DEXPRIV000389 | English | Minutes | | | | | Draft Minutes of meeting of L&H banking consortium providing legal advice re valuation of assets, bankruptcy, L&H litigation strategy and restructuring of L&H financing | AC, WP | 26 |
| DEXPRIV000392 | DEXPRIV000394 | English | Minutes | | | | | Draft Minutes of meeting of L&H banking consortium dated 1/2/2001, with marginalia, providing legal advice re L&H litigation strategy and restructuring of L&H financing | AC, WP | 27 |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV000397 | DEXPRIV000398 | English | Minutes | | | | | Draft Minutes of meeting of L&H banking consortium dated 12/21/2000 providing legal advice re bankruptcy and Dictaphone | AC, WP | 27 |
| DEXPRIV000400 | DEXPRIV000400 | English | Minutes | | | | | Continuation of draft minutes of meeting of L&H banking consortium dated 12/21/2000 providing legal advice re bankruptcy and Dictaphone | AC, WP | 27 |
| DEXPRIV000401 | DEXPRIV000403 | English | Minutes | | | | | Draft minutes of meeting of L&H banking consortium providing legal advice re bankruptcy and Dictaphone | AC, WP | 27 |
| DEXPRIV000405 | DEXPRIV000406 | English | Minutes | | | | | Draft minutes of meeting of L&H banking consortium date 12/28/2000 providing legal advice re L&H litigation strategy and restructuring of L&H financing | AC, WP | 27 |
| DEXPRIV000407 | DEXPRIV000408 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 12/28/2000 providing legal advice re L&H litigation strategy and restructuring of L&H financing | AC, WP | 27 |
| DEXPRIV000413 | DEXPRIV000414 | English | Minutes | | | | | Draft minutes of meeting of L&H banking consortium providing legal advice re restructuring of L&H financing | AC, WP | 28 |
| DEXPRIV000415 | DEXPRIV000418 | English | Minutes | | | | | Draft minutes of meeting of L&H banking consortium dated 12/28/2000 providing legal advice re restructuring of L&H financing | AC, WP | 28 |
| DEXPRIV000420 | DEXPRIV000423 | English | Minutes | | | | | Draft minutes of meeting of L&H banking consortium dated 12/28/2000 providing legal advice re restructuring of L&H financing | AC, WP | 29 |
| DEXPRIV000424 | DEXPRIV000425 | English | Minutes | | | | | Draft minutes of meeting of L&H banking consortium dated 12/15/2000 providing legal advice re restructuring of L&H financing | AC, WP | 29 |
| DEXPRIV000428 | DEXPRIV000429 | English | Minutes | | | | | Draft minutes of meeting of L&H banking consortium dated 12/15/2000 providing legal advice re restructuring of L&H financing | AC, WP | 29 |
| DEXPRIV000430 | DEXPRIV000431 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 12/12/2000 providing legal advice re loan security and restructuring of L&H financing | AC, WP | 29 |
| DEXPRIV000434 | DEXPRIV000435 | English | Minutes | | | | | Minutes of conference call of L&H banking consortium dated 12/12/2000 providing legal advice re loan security and restructuring of L&H financing | AC, WP | 30 |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV000438 | DEXPRIV000440 | English | Minutes | | | | | Minutes of meetings of L&H banking consortium dated 12/4/2000 providing legal advice re Creditors' Committee, loan security, restructuring of L&H financing and Belgian litigation, with marginalia reflecting the mental impressions of an attorney | AC, WP | 30 |
| DEXPRIV000441 | DEXPRIV000442 | English | Minutes | | | | | Minutes of meetings of L&H banking consortium with marginalia providing legal advice re Creditors' Committee, loan security, restructuring of L&H financing and Belgian litigation | AC, WP | 30 |
| DEXPRIV000445 | DEXPRIV000447 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 12/8/2000 providing legal advice re bankruptcy, shareholders' litigation and L&H litigation strategy | AC, WP | 31 |
| DEXPRIV000450 | DEXPRIV000453 | English | Minutes | | | | | Minutes of conference call of L&H banking consortium dated 12/3/2000 providing legal advice re L&H litigation strategy, bankruptcy and restructuring of L&H financing, with marginalia reflecting the mental impressions of an attorney re alleged fraud | AC, WP | 32 |
| DEXPRIV000454 | DEXPRIV000457 | English | Minutes | | | | | Minutes of conference call of L&H banking consortium dated 12/3/2000 providing legal advice re L&H litigation strategy, bankruptcy and restructuring of L&H financing, with marginalia reflecting the mental impressions of an attorney re alleged fraud | AC, WP | 32 |
| DEXPRIV000458 | DEXPRIV000458 | English | Minutes | | | | | Minutes of conference call of L&H banking consortium dated 11.29.2000 providing legal advice re L&H Korea | AC, WP | 32 |
| DEXPRIV000459 | DEXPRIV000460 | English | Minutes | | | | | Minutes of conference call of L&H banking consortium dated 11.29.2000 providing legal advice re sale of assets and restructuring of L&H financing | AC, WP | 32 |
| DEXPRIV000461 | DEXPRIV000461 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 11/17/2000 providing legal advice re LHSP Korea | AC, WP | 32 |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV000462 | DEXPRIV000463 | Dutch | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 11/15/2000 providing legal advice re loan settlement, sale of assets, Korea and restructuring of L&H financing | AC, WP | 32 |
| DEXPRIV000464 | DEXPRIV000466 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 11/17/2000 providing legal advice re loan settlement, sale of assets, Korea and restructuring of L&H financing | AC, WP | 32 |
| DEXPRIV000467 | DEXPRIV000469 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 11/22/2000 providing legal advice re restructuring of L&H financing | AC, WP | 32 |
| DEXPRIV000470 | DEXPRIV000471 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 11/24/2000 providing legal advice re L&H litigation strategy | AC, WP | 32 |
| DEXPRIV000472 | DEXPRIV000473 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 11/24/2000 providing legal advice re litigation strategy | AC, WP | 32 |
| DEXPRIV000474 | DEXPRIV000475 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 11/26/2000 providing legal advice re restructuring of L&H financing | AC, WP | 32 |
| DEXPRIV000476 | DEXPRIV000478 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 4/12/2000 providing legal advice re Creditors' Committee, loan settlement, restructuring of L&H financing and Belgian litigation with marginalia reflecting the mental impressions of an attorney | AC, WP | 33 |
| DEXPRIV000479 | DEXPRIV000479 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 12/1/2000 providing legal advice re L&H litigation strategy | AC, WP | 33 |
| DEXPRIV000480 | DEXPRIV000482 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 11/29/2000 providing legal advice re restructuring of L&H financing, bankruptcy strategy and L&H litigation strategy | AC, WP | 33 |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV000483 | DEXPRIV000483 | English | Fax | 11/16/2000 | | L. Mesuere, F. van Steenwinkel, J. Vandesteen, G. Vekeman, P. Cordonnier, P. Vermeiren | | Fax transmitting minutes of meeting of L&H banking consortium providing legal advice re restructuring of L&H financing | AC, WP | 33 |
| DEXPRIV000484 | DEXPRIV000484 | English | Letter | 11/15/2000 | | C. Schneider, P. van Raemdonck | Dresdner Bank Luxemburg | Letter providing legal advice re restructuring of L&H financing | AC, WP | 33 |
| DEXPRIV000485 | DEXPRIV000485 | English | Fax | 11/16/2000 | KBC, Fortis and Artesia signatures | L. Mesuere, F. van Steenwinkel, J. Vandesteen, G. Vekeman, P. Cordonnier, P. Vermeiren | | Fax transmitting minutes of meeting of L&H banking consortium providing legal advice re sale of assets, L&H litigation strategy and restructuring of L&H financing | AC, WP | 33 |
| DEXPRIV000486 | DEXPRIV000487 | Dutch | Minutes | 11/15/2000 | | | | Minutes of meeting of L&H banking consortium dated 11/15/2000 providing legal advice re sale of assets, L&H litigation strategy and restructuring of L&H financing | AC, WP | 33 |
| DEXPRIV000609 | DEXPRIV000609 | Dutch | Handwritten notes | | | | | Undated handwritten notes reflecting the mental impressions of an attorney re restructuring of L&H financing | AC, WP | 40 |
| DEXPRIV000612 | DEXPRIV000612 | Dutch | Notes | 9/28/1996 | | | | File memorandum with marginalia reflecting mental impressions of an attorney including request for legal advice re loan settlement. | AC, WP | 41 |
| DEXPRIV000613 | DEXPRIV000613 | Dutch | Notes | 9/28/1996 | | | | File memorandum with marginalia reflecting mental impressions of an attorney including request for legal advice re loan settlement. | AC, WP | 41 |
| DEXPRIV000784 | DEXPRIV000792 | English | Draft agreement | 2/12/2001 | | | | Draft agreement reflecting the mental impression of an attorney re security agreement | AC, WP | 47 |
| DEXPRIV000806 | DEXPRIV000814 | English | Draft agreement | 5/5/2001 | | | | Draft agreement reflecting the mental impression of an attorney re security agreement | AC, WP | 47 |
| DEXPRIV000826 | DEXPRIV000831 | Dutch | Draft agreement | | | | | Draft agreement dated "2001" reflecting the mental impression of an attorney re security agreement | AC, WP | 48 |
| DEXPRIV000836 | DEXPRIV000836 | Dutch | Note | | | | | Undated note containing handwritten marginalia providing legal advice re security. | AC, WP | 48 |
| DEXPRIV000866 | DEXPRIV000868 | English | Draft agreement | | | | | Draft Share Transfer Agreement dated 1996 reflecting an attorney re security agreement | AC | 49 |
| DEXPRIV000910 | DEXPRIV000931 | English | Agreement | 11/8/2000 | Allen & Gledhill, Singapore | | | Draft agreement reflecting the mental impression of an attorney re security agreement | WP | 51 |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV000932 | DEXPRIV000953 | English | Agreement | 11/10/2000 | Allen & Gledhill, Singapore | | | Draft agreement reflecting the mental impression of an attorney re security agreement | AC, WP | 51 |
| DEXPRIV000957 | DEXPRIV000962 | English | Draft agreement | 11/10/2000 | Artesia Banking Corporation N.V. | | | Draft agreement reflecting the mental impression of an attorney re security agreement | AC, WP | 52 |
| DEXPRIV000963 | DEXPRIV000968 | English | Draft agreement | 11/10/2000 | Artesia Banking Corporation N.V. | | | Draft agreement reflecting the mental impression of an attorney re security agreement | AC, WP | 52 |
| DEXPRIV000969 | DEXPRIV000978 | English | Draft agreement | 11/10/2000 | | | | Draft agreement reflecting the mental impression of an attorney re security agreement | AC, WP | 52 |
| DEXPRIV000979 | DEXPRIV000988 | English | Draft agreement | 11/9/2000 | | | | Draft agreement reflecting the mental impression of an attorney re security agreement | AC, WP | 52 |
| DEXPRIV000989 | DEXPRIV000998 | English | Draft agreement | 11/9/2000 | | | | Draft agreement reflecting the mental impression of an attorney re security agreement | AC, WP | 52 |
| DEXPRIV001006 | DEXPRIV001006 | English, Dutch | Note | | | | | Undated note containing handwritten marginalia reflecting the mental impression of an attorney re pledging agreement | AC | 53 |
| DEXPRIV001013 | DEXPRIV001014 | Dutch | Email | 11/7/2000 | P. Cordonnier | S. Loosveld | K. van Riet, M. Colle | Email providing legal advice re pledging agreement and loan security, contains handwritten marginalia reflecting the mental impression of an attorney re same | AC, WP | 53 |
| DEXPRIV001017 | DEXPRIV001027 | English | Agreement | | | | | Draft agreement dated "November 2000" reflecting the mental impression of an attorney re security agreement | WP | 53 |
| DEXPRIV001028 | DEXPRIV001028 | Dutch | Email | 11/3/2000 | | S. Loosveld | M. Colle | Email providing legal advice re loan settlement and re security agreement | AC, WP | 53 |
| DEXPRIV001108 | DEXPRIV001108 | Dutch | Letter | 10/23/2000 | | Francois (Saverys) | | Email providing legal advice re loan settlement | WP | 58 |
| DEXPRIV001132 | DEXPRIV001132 | French | Resolution | 8/31/2001 | | K. van Riet | | Management Committee resolution with handwritten request for legal advice re Dictaphone and restructuring of L&H financing | AC, WP | 58 |
| DEXPRIV001169 | DEXPRIV001169 | French | Financial statement and note | 11/21/2000 | Artesia | Language Investment Corporation | | Financial statement with handwritten note transmitting information upon which legal advice is to be based re security | WP | 61 |
| DEXPRIV001172 | DEXPRIV001172 | English, Dutch | Note | | | | | Handwritten note reflecting the mental impression of an attorney re collateral | WP | 61 |

- 8 -

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV001177 | DEXPRIV001177 | English | Chart | | | | | Undated chart containing security details, attached to email requesting information for the purpose of legal advice re exercise of collateral rights | AC, WP | 62 |
| DEXPRIV001181 | DEXPRIV001182 | English | Chart | | | | | Undated chart containing security details, attached to email requesting information for the purpose of legal advice re exercise of collateral rights | AC, WP | 62 |
| DEXPRIV001185 | DEXPRIV001185 | English | Chart | | | | | Undated chart containing security details, attached to email requesting information for the purpose of legal advice re exercise of collateral rights | AC, WP | 62 |
| DEXPRIV001248 | DEXPRIV001257 | English | Draft agreement | 11/9/2000 | | | | Draft agreement reflecting the mental impression of an attorney re security agreement LHIC | AC, WP | 65 |
| DEXPRIV001263 | DEXPRIV001271 | English | Draft agreement | 11/9/2000 | | | | Draft agreement reflecting the mental impression of an attorney re security agreement LHIC | AC, WP | 65 |
| DEXPRIV001272 | DEXPRIV001277 | English | Draft agreement | | | | | Draft agreement dated "November 2000" reflecting the mental impression of an attorney re security agreement LHIC | AC, WP | 65 |
| DEXPRIV001278 | DEXPRIV001283 | English | Draft agreement | | | | | Draft agreement dated "November 2000" reflecting the mental impression of an attorney re security agreement LHIC | AC, WP | 65 |
| DEXPRIV001311 | DEXPRIV001311 | English | Fax | 11/13/2000 | De Bandt, van Hecke, Lagae & Loes | | | Draft agreement reflecting the mental impression of an attorney re shareholders' meeting | AC, WP | 66 |
| DEXPRIV01384 | DEXPRIV001384 | Dutch | Handwritten notes | | Legal Department | | | Handwritten notes reflecting the mental impressions of an attorney re loan security, LHSP pledge and LHIC investment portfolio | AC, WP | 69 |
| DEXPRIV001386 | DEXPRIV001387 | English | Agreement | 12/22/2000 | | | | Draft agreement reflecting the mental impression of an attorney re security agreement | AC, WP | 69 |
| DEXPRIV001418 | DEXPRIV001420 | English | Agreement | 11/17/2000 | | | | Draft agreement reflecting the mental impression of an attorney re pledging agreement procedure | AC, WP | 71 |
| DEXPRIV001421 | DEXPRIV001423 | English | Agreement | 11/17/2000 | | | | Draft agreement reflecting the mental impression of an attorney re pledging agreement procedure | AC, WP | 71 |
| DEXPRIV001735 | DEXPRIV001743 | English | Agreement | 5/5/2001 | | | | Draft agreement with marginalia reflecting the mental impressions of an attorney re loan security | AC, WP | 72 |
| DEXPRIV001745 | DEXPRIV001753 | English | Agreement | 3/29/2001 | | | | Draft agreement reflecting the mental impressions of an attorney re loan security | AC, WP | 72 |
| DEXPRIV001755 | DEXPRIV001762 | English | Agreement | 2/8/2001 | | | | Draft agreement reflecting the mental impressions of an attorney re loan security | AC, WP | 72 |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV001763 | DEXPRIV001769 | English | Agreement | 12/29/2000 | | | | Draft agreement reflecting the mental impressions of an attorney re loan security | AC, WP | 72 |
| DEXPRIV001772 | DEXPRIV001777 | English | Agreement | 12/22/2000 | | | | Draft agreement reflecting the mental impressions of an attorney re loan security | AC, WP | 72 |
| DEXPRIV001791 | DEXPRIV001798 | English | Agreement | 2/12/2001 | | | | Draft agreement reflecting the mental impressions of an attorney re loan settlement | AC, WP | 74 |
| DEXPRIV001799 | DEXPRIV001806 | English | Agreement | 2/12/2001 | | | | Draft agreement reflecting the mental impression of an attorney re loan settlement | AC, WP | 74 |
| DEXPRIV001817 | DEXPRIV001818 | Dutch | Chart | 6/12/2001 | | | | Undated chart of LHIC investment portfolio drafted at the request of counsel with marginalia reflecting the mental impressions of an attorney | AC, WP | 75 |
| DEXPRIV001819 | DEXPRIV001819 | Dutch | Handwritten notes | | | | | Undated handwritten notes reflecting the mental impressions of an attorney re LHIC investment portfolio | AC, WP | 75 |
| DEXPRIV001828 | DEXPRIV001831 | English | Handwritten notes | | | | | Undated handwritten notes reflecting legal discussion re stock market listing. | WP | 75 |
| DEXPRIV001833 | DEXPRIV001834 | English | Minutes | 4/10/1997 | | | | Minutes of conference call requesting and providing legal advice re stock market listing. | AC, WP | 76 |
| DEXPRIV001837 | DEXPRIV001838 | English | Term sheet | 3/28/1997 | | | | Term sheet providing legal advice re stock market listing | AC, WP | 76 |
| DEXPRIV001841 | DEXPRIV001844 | English | Chart | 3/17/1997 | | | | Undated chart reflecting legal advice re stock market listing. | AC, WP | 76 |
| DEXPRIV001852 | DEXPRIV001854 | English | Term sheet | 3/27/1997 | | | | Draft term sheet providing legal advice re stock market listing. | AC, WP | 76 |
| DEXPRIV001855 | DEXPRIV001858 | English | Chart | | | | | Undated draft chart reflecting legal advice re stock market listing. | AC, WP | 76 |
| DEXPRIV001861 | DEXPRIV001872 | French | Report | | Belgian Banking Commission | | | Report dated "March 1997" by authorities re stock market listing. | AC, WP | 76 |
| DEXPRIV001874 | DEXPRIV001876 | English, Dutch | Handwritten notes | 4/2/1997 | | | | Notes reflecting the mental impressions of an attorney re stock market listing. | AC | 77 |
| DEXPRIV001877 | DEXPRIV001878 | English | Minutes | 5/26/1997 | | J. Blumberg, B. Foster, L. Whiddon, G. Milants, C. de Marnix | | Minutes of Conference Call requesting and providing legal advice re stock market listing. | AC | 77 |
| DEXPRIV001941 | DEXPRIV001941 | English | Handwritten notes | 9/11/1997 | | | | Handwritten notes of a meeting or telephone conference reflecting the mental impressions of an attorney re stock market listing | WP | 78 |
| DEXPRIV001945 | DEXPRIV001945 | English | Handwritten notes | | | | | Undated handwritten notes taken during a meeting or telephone conference reflecting the mental impressions of an attorney re exercise of warrants. | AC | 78 |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV001960 | DEXPRIV001963 | Dutch | Agreement | 12/20/2000 | Banque Artesia Nederland NV | J. Lernout, P. Hauspie, N. Willaert | | Draft agreement reflecting the mental impressions of an attorney re loan settlement | AC | 79 |
| DEXPRIV001974 | DEXPRIV001976 | English | Minutes | 12/2/2000 | | | | Draft minutes of meeting of L&H banking consortium providing legal advice re L&H litigation strategy | AC, WP | 79 |
| DEXPRIV001988 | DEXPRIV001988 | Dutch | Memo | | | | | Undated memorandum or notes reflecting the mental impressions of an attorney re loan settlement. | WP | 80 |
| DEXPRIV002059 | DEXPRIV002060 | Dutch | Chart | | | | | Undated chart transmitting information for the purpose of obtaining legal advice re costs and L&H relationship of loans. | AC, WP | 83 |
| DEXPRIV002063 | DEXPRIV002063 | Dutch | Chart | | | | | Undated chart transmitting information for the purpose of obtaining legal advice re costs and L&H relationship of loans. | AC, WP | 83 |
| DEXPRIV002075 | DEXPRIV002079 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 6/24/2002 providing legal advice re criminal litigation procedure, payment obligations, Dictaphone Directors, bankruptcy, and valuation of assets | AC, WP | 86 |
| DEXPRIV002126 | DEXPRIV002126 | English | Email | 3/1/2000 | K. van Riet | Lamiroy | | Email transmitting request for information to base legal advice upon re Creditors' Committee representation | AC, WP | 98 |
| DEXPRIV002126 | DEXPRIV002126 | English | Email | 2/28/2000 | T. Zink | P. Cordonnier, P. van Tiggel, K. van Riet, K. Herbots | J. Verbist, J. Verlinden, S. Loosveld, C. Sunt, C. Geys, J. Nelissen Grade | Email requesting information to base legal advice upon re Creditors' Committee representation | AC, WP | 98 |
| DEXPRIV002127 | DEXPRIV002128 | Dutch | Email | 3/1/2000 | B. Lamiroy | C. Keutgen | K. van Riet | Email transmitting request for information to base legal advice upon re Creditors' Committee representation | AC, WP | 98 |
| DEXPRIV002127 | DEXPRIV002128 | English | Email | 3/1/2000 | K. van Riet | B. Lamiroy | | Email transmitting request for information to base legal advice upon re Creditors' Committee representation | AC, WP | 98 |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV002127 | DEXPRIV002128 | English | Email | 2/28/2000 | T. Zink | P. Cordonnier, P. van Tiggel, K. van Riet, K. Herbots | J. Verbist, J. Verlinden, S. Loosveld, C. Sunt, C. Geys, J. Nelissen Grade | Email transmitting request for information to base legal advice upon re Creditors' Committee representation | AC, WP | 98 |
| DEXPRIV002130 | DEXPRIV002130 | English | Email | 3/1/2000 | K. van Riet | B. Lamiroy | | Email transmitting request for information to base legal advice upon with marginalia reflecting the mental impressions of an attorney re Creditors' Committee representation | AC, WP | 99 |
| DEXPRIV002130 | DEXPRIV002130 | English | Email | 2/28/2000 | T. Zink | P. Cordonnier, P. van Tiggel, K. van Riet, K. Herbots | J. Verbist, J. Verlinden, S. Loosveld, C. Sunt, C. Geys, J. Nelissen Grade | Email requesting information to base legal advice upon with marginalia reflecting the mental impressions of an attorney re Creditors' Committee representation | AC, WP | 99 |
| DEXPRIV002131 | DEXPRIV002131 | Dutch | Email | 3/1/2000 | B. Lamiroy | C. Keutgen | K. van Riet | Email with marginalia transmitting request for information re Creditors' Committee representation | AC, WP | 99 |
| DEXPRIV002131 | DEXPRIV002131 | English | Email | 3/1/2000 | K. van Riet | B. Lamiroy | | Email transmitting request for information to base legal advice upon re Creditors' Committee representation | AC, WP | 99 |
| DEXPRIV002131 | DEXPRIV002131 | English | Email | 2/28/2000 | T. Zink | P. Cordonnier, P. van Tiggel, K. van Riet, K. Herbots | J. Verbist, J. Verlinden, S. Loosveld, C. Sunt, C. Geys, J. Nelissen Grade | Email requesting information to base legal advice upon re Creditors' Committee representation | AC, WP | 99 |
| DEXPRIV002132 | DEXPRIV002132 | English | Email | 3/1/2000 | K. van Riet | B. Lamiroy | | Email transmitting legal advice and request for information to base legal advice upon re Creditors' Committee representation | AC, WP | 99 |
| DEXPRIV002133 | DEXPRIV002134 | Dutch | Email | 3/6/2000 | B. Lamiroy | C. Keutgen | | Email transmitting request for information to base legal advice upon re Creditors' Committee representation | AC, WP | 100 |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV002133 | DEXPRIV002134 | English | Email | 3/1/2000 | K. van Riet | B. Lamiroy | | Email transmitting request for information to base legal advice upon re Creditors' Committee representation | AC, WP | 100 |
| DEXPRIV002133 | DEXPRIV002134 | English | Email | 2/28/2000 | A. Rosenblatt | R. Buehler, P. Cordonnier, M. Curran, F. de Potter, D. de Bleser, K. Delerue, K. Diederich, J. Gallagher, C. Geys, W. Haeck, K. Herbots, E. Huyghe, L. Jones, M. Kaiser, H. Liemen, S. Loosveld, E. Matthews, K. Macours, J. Nelissen Grade, C. Schneider, C. Sunt, M. Tanghe, K. van Riet, J. Vankeerberghen, P. van Tiggel, G. Vekeman, J. Verbist, V. Vercaigne, J. Vertinden, R. Wood | H. Seife, T. Zink, F. Vazquez | Email requesting information to base legal advice upon re Creditors' Committee representation | AC, WP | 101 |
| DEXPRIV002223 | DEXPRIV002227 | English | Minutes | | | | | Minutes of bankers meeting dated 6/24/2002 providing legal advice, transmitting information upon which legal advice is to be based, and reflecting the mental impression of an attorney, re bankruptcy, litigation, restructuring of L&H financing | AC, WP | 106 |
| DEXPRIV002251 | DEXPRIV002251 | Dutch | Report | 8/27/2003 | | | | Report providing legal advice re loan settlement | AC, WP | 107 |

- 13 -

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV002517 | DEXPRIV002517 | English | Agreement | | | Dictaphone | | Draft cover page of agreement of 2002 re Dictaphone warrants | AC, WP | 135 |
| DEXPRIV002518 | DEXPRIV002518 | English | Agreement | | | Dictaphone | | Draft page of agreement of 2002 with marginalia reflecting the mental impressions of an attorney re Dictaphone warrants | AC, WP | 135 |
| DEXPRIV002519 | DEXPRIV002519 | English | Agreement | | | Dictaphone | | Draft page of agreement of 2002 with marginalia reflecting the mental impressions of an attorney re Dictaphone warrants | AC, WP | 136 |
| DEXPRIV002520 | DEXPRIV002520 | English | Agreement | | | Dictaphone | | Draft page of agreement of 2002 with marginalia reflecting the mental impressions of an attorney re Dictaphone warrants | AC, WP | 136 |
| DEXPRIV002527 | DEXPRIV002528 | English | Certificate | 2/18/2002 | Akin Gump Strauss Hauer & Feld | | | Draft Certificate of Incorporation with marginalia reflecting the mental impression of an attorney re Dictaphone | AC, WP | 137 |
| DEXPRIV002530 | DEXPRIV002541 | English | Agreement | 2/18/2002 | Akin Gump Strauss Hauer & Feld | | | Draft Members' Agreement with marginalia reflecting the mental impression of an attorney re Dictaphone | AC, WP | 138 |
| DEXPRIV002542 | DEXPRIV002542 | English | Appendix | | Akin Gump Strauss Hauer & Feld | | | Draft appendix to Members' Agreement with marginalia reflecting the mental impression of an attorney re Dictaphone | AC, WP | 138 |
| DEXPRIV002546 | DEXPRIV002552 | English | Bylaws | 2/18/2002 | Akin Gump Strauss Hauer & Feld | | | Draft by-laws with marginalia reflecting the mental impression of an attorney re Dictaphone | AC, WP | 138 |
| DEXPRIV002556 | DEXPRIV002560 | English | Agreement | 2/18/2002 | Akin Gump Strauss Hauer & Feld | | | Draft agreement with marginalia reflecting the mental impression of an attorney re Dictaphone | AC, WP | 139 |
| DEXPRIV002680 | DEXPRIV002680 | English | Chart | 3/28/2003 | | | | Chart providing information for purpose of legal advice re loan settlement. | AC, WP | 149 |
| DEXPRIV002729 | DEXPRIV002729 | Dutch | Note | | | | | Handwritten note reflecting the mental impression of an attorney re loan settlement | AC, WP | 150 |
| DEXPRIV002734 | DEXPRIV002735 | Dutch | Note | | | | | Note providing legal advice re loan settlement. | AC, WP | 150 |
| DEXPRIV0042 | DEXPRIV002741 | Dutch | Note | | | | | Undated note providing legal advice re loan settlement. | AC, WP | 150 |
| DEXPRIV002838 | DEXPRIV002839 | Dutch | Excerpt | | | | | Excerpt of Mortgage Register, without date | AC, WP | 154 |
| DEXPRIV002872 | DEXPRIV002872 | French | Letter | | | | | Memorandum, without date, providing legal advice re loan settlement. | AC, WP | 156 |
| DEXPRIV002874 | DEXPRIV002874 | Dutch | Handwritten notes | | | | | Undated handwritten notes reflecting the mental impressions of an attorney re loan settlement. | AC, WP | 156 |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV003069 | DEXPRIV003077 | English | Agreement | | | L&H Investment Company, Artesia Bank NV | | Draft agreement of 2001 with marginalia reflecting the mental impressions of an attorney re loan settlement. | AC, WP | 162 |
| DEXPRIV003080 | DEXPRIV003088 | English | Agreement | | | L&H Investment Company, Artesia Bank NV | | Draft agreement dated 5/2001 with marginalia reflecting the mental impressions of an attorney re loan settlement. | AC, WP | 162 |
| DEXPRIV003096 | DEXPRIV003097 | English | Chart | | | | | Undated chart, with marginalia reflecting the mental impressions of an attorney re loan security. | AC, WP | 162 |
| DEXPRIV003098 | DEXPRIV003099 | Dutch | Handwritten notes | | Legal Department | | | Handwritten notes reflecting the mental impressions of an attorney re loan security | AC, WP | 162 |
| DEXPRIV003101 | DEXPRIV003101 | Dutch | Handwritten notes | | | | | Undated handwritten notes reflecting the mental impressions of an attorney re loan security. | WP | 162 |
| DEXPRIV003102 | DEXPRIV003113 | English | Handwritten notes | | | | | Undated handwritten notes reflecting the mental impressions of an attorney re loan security. | WP | 162 |
| DEXPRIV003114 | DEXPRIV003114 | | | | | | | Undated handwritten notes reflecting the mental impressions of an attorney re loan security. | WP | 162 |
| DEXPRIV003140 | DEXPRIV003146 | | Email | 11/22/2000 | | S. Loosveld | | Undated email transmitting legal advice re loan settlement | AC, WP | 163 |
| DEXPRIV003151 | DEXPRIV003175 | English | Form | | | SEC | | Draft Schedule 13D reflecting the mental impressions of an attorney re compliance | AC, WP | 164 |
| DEXPRIV003177 | DEXPRIV003180 | Dutch | Agreement | | | Fortis Bank NV, LHSP NV | | Draft agreement reflecting the mental impressions of any attorney re loan security | AC, WP | 164 |
| DEXPRIV003195 | DEXPRIV003196 | English | Agreement | | | | | Draft agreement, without date, reflecting the mental impressions of an attorney re security interest. | AC, WP | 165 |
| DEXPRIV003203 | DEXPRIV003205 | Dutch | Email | | | | | Email without header information transmitting request for legal advice re security interest. | AC, WP | 166 |
| DEXPRIV003220 | DEXPRIV003220 | Dutch | Handwritten notes | | | | | Undated handwritten notes reflecting the mental impressions of an attorney re loan security | AC, WP | 167 |
| DEXPRIV003222 | DEXPRIV003222 | Dutch | Handwritten notes | | | | | Undated handwritten notes reflecting the mental impressions of an attorney re loan security | AC, WP | 167 |
| DEXPRIV003228 | DEXPRIV003243 | English | Agreement | 11/10/2000 | Artesia Banking Corporation N.V. | | | Draft agreement reflecting the mental impression of an attorney re security agreement | AC, WP | 168 |
| DEXPRIV003249 | DEXPRIV003277 | English | Agreement | 11/10/2000 | | | | Draft agreement reflecting the mental impression of an attorney re security agreement. | AC, WP | 168 |
| DEXPRIV003280 | DEXPRIV003322 | English | Agreement | 11/08/2000 | | | | Draft agreements reflecting the | AC, WP | 168 |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV003326 | DEXPRIV003326 | Dutch | Note | | | | | mental impression of an attorney re security agreement. | WP | 168 |
| DEXPRIV003336 | DEXPRIV003338 | English | Letter | | | | | Undated handwritten note reflecting the mental impression of an attorney re litigation and re loan settlement | AC, WP | 169 |
| DEXPRIV003343 | DEXPRIV003363 | English | Agreement | | | Mr. Ooi | | Draft letter, without date, reflecting the mental impressions of an attorney re pledging agreement | WP | 169 |
| DEXPRIV003442 | DEXPRIV003443 | Dutch | Memo | | | A. Miller | | Draft agreements dated "November 2000" reflecting the mental impression of an attorney re security agreement | AC, WP | 171 |
| DEXPRIV003456 | DEXPRIV003456 | English | Chart | | | | | Memorandum without date, providing legal advice re bankruptcy, and loan security | AC, WP | 171 |
| DEXPRIV003464 | DEXPRIV003469 | English | Chart | | | | | Undated draft chart providing legal advice re L&H restructuring. | AC, WP | 171 |
| DEXPRIV003471 | DEXPRIV003476 | English | Chart | | | | | Undated draft chart providing legal advice re L&H restructuring. | AC, WP | 172 |
| DEXPRIV003477 | DEXPRIV003477 | English | Chart | | | | | Undated draft chart providing legal advice re L&H restructuring. | AC, WP | 172 |
| DEXPRIV003519 | DEXPRIV003519 | | Email | 4/15/2003 | J. Verbist | B. Lamiroy | | Email transmitting and requesting legal advice re audit report | AC, WP | 173 |
| DEXPRIV003519 | DEXPRIV003519 | English | Email | 4/14/2003 | J. Verbist | M. Tanghe, J. Verbist, J. Bekaert | G. Vekeman, B. Lamiroy, K. van Riet, C. Schneider, J. Vankeerberghen, M. Curran, E. Huyghe | Email transmitting and requesting legal advice re audit report | AC, WP | 173 |
| DEXPRIV003519 | DEXPRIV003519 | English | Email | 4/14/2003 | M. Tanghe | J. Verbist, J. Bekaert | G. Vekeman, B. Lamiroy, K. van Riet, C. Schneider, J. Vankeerberghen, M. Curran, E. Huyghe | Email providing legal advice re audit report | AC< WP | 173 |
| DEXPRIV003520 | DEXPRIV003522 | Dutch | Email | 4/11/2003 | J. Verbist | B. Lamiroy | | Email transmitting legal advice and request thereof re audit report | AC, WP | 173 |
| DEXPRIV003520 | DEXPRIV003522 | English | Email | 4/10/2003 | J. Verbist | E. Huyghe, J. Verbist | M. Curran, M. Tanghe, W. Haeck, G. Vekeman, B. Lamiroy, K. van Riet, C. Schneider, J. Vankeerberghen, J. Bekaert | Email providing legal advice and request thereof re audit report | AC, WP | 174 |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV003520 | DEXPRIV003522 | English | Email | 4/9/2003 | E. Huyghe | J. Verbist | M. Curran, M. Tanghe, W. Haeck, G. Vekeman, B. Lamiroy, K. van Riet, C. Schneider, J. Vankeerberghen, J. Bekaert | Email requesting legal advice and request thereof re audit report | AC, WP | 174 |
| DEXPRIV003523 | DEXPRIV003524 | English | Email | 4/10/2003 | J. Verbist | M. Tanghe, E. Huyghe, W. Haeck, G. Vekeman, B. Lamiroy, K. van Riet, C. Schneider, J. Vankeerberghen | M. Curran | Email transmitting and providing legal advice and request thereof re audit report | AC, WP | 174 |
| DEXPRIV003523 | DEXPRIV003524 | English | Email | 4/9/2003 | M. Curran | J. Verbist | | Email providing and reflecting legal advice re audit report | AC, WP | 174 |
| DEXPRIV003525 | DEXPRIV003529 | | Email | 4/9/2003 | J. Verbist | B. Lamiroy | | Email transmitting legal advice and request thereof re Creditors' Committee, L&H restructuring plan, litigation strategy and audit litigation | AC, WP | 174 |
| DEXPRIV003525 | DEXPRIV003529 | English | Email | 4/8/2003 | J. Verbist | M. Tanghe, E. Huyghe, M. Curran, F. de Potter, D. de Bleser, K. Delerue, W. Haeck, S. Janaway, B. Lamiroy, K. van Riet, E. Matthews, B. Morison, L. Powell, C. Schneider, J. Vankeerberghen, G. Vekeman, K. Macours, J. Bekaert | T. Zink, C. Rivera | Email providing legal advice and request thereof, with marginalia reflecting the mental impressions of an attorney, re Creditors' Committee, L&H restructuring plan, litigation strategy and audit litigation | AC, WP | 175 |
| DEXPRIV003525 | DEXPRIV003529 | English | Email | 2/27/2003 | T. Zink | J. Verbist | | Email transmitting and providing legal advice and request thereof re L&H restructuring plan, litigation strategy and audit litigation | AC, WP | 175 |

- 17 -

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV003599 | DEXPRIV003619 | English | Agreement | 12/xx/2001 | | Dictaphone Corporation, KBC Bank NV, Fortis Bank NV, Artesia Banking Corporation NV, LHSP NV | | Draft shareholders' agreement reflecting the mental impressions of an attorney re L&H restructuring | AC, WP | 179 |
| DEXPRIV003624 | DEXPRIV003626 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 1.2.2001 with marginalia reflecting the mental impressions of an attorney, re L&H litigation strategy and restructuring of L&H financing | AC, WP | 180 |
| DEXPRIV003637 | DEXPRIV003638 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 11/25/2000 with marginalia reflecting the mental impressions of an attorney, re loan security, sale of assets, Korea and restructuring of L&H financing | AC, WP | 181 |
| DEXPRIV003690 | DEXPRIV003704 | English | Agreement | | | KBC Bank NV, Artesia Banking Corporation, L&H SP NV | | Draft shareholders' agreement dated "December 2001", with marginalia reflecting the mental impressions of an attorney re shareholders' agreement | AC, WP | 185 |
| DEXPRIV003722 | DEXPRIV003724 | English | Minutes | | | | | Draft minutes of conference call of L&H banking consortium dated 7/25/2001, with marginalia reflecting the mental impression of an attorney, providing legal advice re L&H restructuring, L&H litigation issues | AC, WP | 190 |
| DEXPRIV003726 | DEXPRIV003727 | Dutch | Notes | | | | | Undated notes, with marginalia reflecting the mental impressions of an attorney, re L&H financial evolution and loan security | AC, WP | 190 |
| DEXPRIV003728 | DEXPRIV003728 | Dutch | Handwritten notes | 7/20/2001 | | | | Handwritten notes reflecting the mental impressions of an attorney re loan security | AC, WP | 190 |
| DEXPRIV003745 | DEXPRIV003745 | Dutch | Handwritten notes | | | | | Handwritten notes reflecting the mental impressions of an attorney re loan security | AC, WP | 191 |
| DEXPRIV003746 | DEXPRIV003747 | Dutch | Handwritten notes | | | | | Handwritten notes dated "7/30" reflecting the mental impressions of an attorney, re sale of assets | AC, WP | 192 |
| DEXPRIV003816 | DEXPRIV003817 | Dutch | Handwritten notes | | | K. van Riet | | Undated telephone note reflecting request for legal advice re transfer of warrants into shares | AC, WP | 202 |
| DEXPRIV003825 | DEXPRIV003828 | Dutch | Handwritten notes | | | | | Handwritten notes dated 12/13 reflecting the mental impressions of an attorney re bankruptcy, valuation of assets | AC, WP | 202 |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV003829 | DEXPRIV003830 | Dutch | Chart | | | | | Undated spreadsheet with marginalia reflecting the mental impressions of an attorney re L&H relationship | AC, WP | 202 |
| DEXPRIV003833 | DEXPRIV003851 | Dutch, French | Chart | 6/26/2003 | | | | Chart requested by an attorney for the purpose of basing legal advice upon re L&H relationship | AC, WP | 202 |
| DEXPRIV003853 | DEXPRIV003855 | Dutch | Chart | | | | | Chart requested by an attorney for the purpose of basing legal advice upon re L&H relationship | AC, WP | 203 |
| DEXPRIV003858 | DEXPRIV003869 | Dutch | Chart | | | | | Undated chart reflecting the mental impressions of an attorney re L&H relationship | AC, WP | 202 |
| DEXPRIV003878 | DEXPRIV003878 | Dutch, English | Chart | | | | | Undated chart transmitting information upon which legal advice is to be based re stock market listing | AC, WP | 205 |
| DEXPRIV003880 | DEXPRIV003880 | Dutch, English | Chart | | | | | Undated chart transmitting information upon which legal advice is to be based re stock market listing | AC, WP | 205 |
| DEXPRIV003919 | DEXPRIV003920 | French | Note | 3/13/2001 | | | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP | 206 |
| DEXPRIV003927 | DEXPRIV003928 | French | Note | 3/13/2001 | | | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP | 206 |
| DEXPRIV003930 | DEXPRIV003931 | French | Note | 3/13/2001 | | | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP | 206 |
| DEXPRIV003937 | DEXPRIV003939 | French | Note | 3/13/2001 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP | 207 |
| DEXPRIV003941 | DEXPRIV003942 | French | Note | 1/11/2001 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP | 207 |
| DEXPRIV003944 | DEXPRIV003945 | French | Note | 3/13/2001 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP | 207 |
| DEXPRIV003951 | DEXPRIV003952 | French | Note | 1/11/2001 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP | 207 |
| DEXPRIV003953 | DEXPRIV003954 | French | Note | 12/22/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP | 207 |
| DEXPRIV003955 | DEXPRIV003956 | French | Note | 12/22/2000 | | | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP | 207 |
| DEXPRIV003958 | DEXPRIV003960 | French | Note | 12/15/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP | 207 |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV003961 | DEXPRIV003963 | French | Note | 12/22/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP | 207 |
| DEXPRIV003964 | DEXPRIV003966 | French | Note | 12/15/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP | 207 |
| DEXPRIV003967 | DEXPRIV003969 | French | Note | 12/22/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP | 208 |
| DEXPRIV003970 | DEXPRIV003972 | French | Note | 12/15/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP | 208 |
| DEXPRIV003973 | DEXPRIV003975 | French | Note | 12/15/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP | 208 |
| DEXPRIV003976 | DEXPRIV003978 | French | Note | 12/15/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP | 208 |
| DEXPRIV003979 | DEXPRIV003981 | French | Note | 12/22/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP | 208 |
| DEXPRIV003982 | DEXPRIV003984 | French | Note | 12/15/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP | 208 |
| DEXPRIV003985 | DEXPRIV003987 | French | Note | 12/22/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP | 208 |
| DEXPRIV003988 | DEXPRIV003990 | French | Note | 12/15/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP | 208 |
| DEXPRIV003991 | DEXPRIV003993 | French | Note | 12/22/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP | 208 |
| DEXPRIV003994 | DEXPRIV003996 | French | Note | 11/30/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP | 208 |
| DEXPRIV003997 | DEXPRIV003999 | French | Note | 12/15/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP | 208 |
| DEXPRIV004000 | DEXPRIV004002 | French | Note | 11/15/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP | 208 |
| DEXPRIV004003 | DEXPRIV004005 | French | Note | | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP | 208 |
| DEXPRIV004006 | DEXPRIV004010 | French | Note | 12/15/2000 2/14/2001 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP | 208 |
| DEXPRIV004011 | DEXPRIV004012 | French | Note | 12/22/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan settlement | AC, WP | 208 |