# Exhibit D

## Redactions in Dexia Documents that have Business Purposes

| Begin Doc Document | End Doc Document | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privileged Log Document |
|---|---|---|---|---|---|---|---|---|---|---|
| DBB 092323 | DBB 092323 | Dutch | Handwritten Note | | | | | Handwritten information prepared at the request of an attorney re bank account. | Attorney Work Product | 49 |
| DBB 092333 | DBB 092333 | Dutch | Handwritten Note | | | | | Handwritten information prepared at the request of an attorney re bank account. | Attorney Work Product | 49 |
| DBB 092348 | DBB 092348 | Dutch | Handwritten Note | | | | | Handwritten information prepared at the request of an attorney re bank account. | Attorney Work Product | 49 |
| DBB 092365 | DBB 092365 | Dutch | Handwritten Note | | | | | Handwritten information prepared at the request of an attorney re LHSP bank account. | Attorney Work Product | 49 |
| DBB 092379 | DBB 092379 | Dutch | Handwritten Note | | | | | Handwritten information prepared at the request of an attorney re LIC bank account. | Attorney Work Product | 49 |
| DBB 092392 | DBB 092392 | Dutch | Handwritten Note | | | | | Handwritten information prepared at the request of an attorney re Radial bank account. | Attorney Work Product | 49 |
| DBB 093806 | DBB 093806 | Dutch | Handwritten Note | | | | | Handwritten information prepared at the request of an attorney re LDF bank account. | Attorney Work Product | 49 |
| DBB 093851 | DBB 093851 | Dutch | Handwritten Note | 02/27/01 | | | | Handwritten information prepared at the request of an attorney re Snauwaert bank account. | Attorney Work Product | 49 |
| DBB 093855 | DBB 093855 | Dutch | Handwritten Note | 02/27/01 | | | | Handwritten information prepared at the request of an attorney re Lernout, Hauspie and Willaert bank accounts. | Attorney Work Product | 49 |

| Begin Doc Document | End Doc Document | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privileged Log Document |
|---|---|---|---|---|---|---|---|---|---|---|
| DBB 093872 | DBB 093872 | Dutch | Handwritten Note | | | | | Handwritten information prepared at the request of an attorney re **Snauwaert bank account.** | Attorney Work Product | 49 |
| DBB 093885 | DBB 093885 | Dutch | Handwritten Note | 02/27/01 | | | | Handwritten information prepared at the request of an attorney re **Snauwaert bank account.** | Attorney Work Product | 50 |
| DBB 094340 | DBB 094340 | Dutch | Handwritten Note | 02/27/01 | | | | Handwritten information prepared at the request of an attorney re **LDF bank account.** | Attorney Work Product | 50 |
| DBB 094353 | DBB 094353 | Dutch | Handwritten Note | 02/27/01 | | | | Handwritten information prepared at the request of an attorney re **LDF bank account.** | Attorney Work Product | 50 |
| DBB 094358 | DBB 094358 | French | Account record | 03/31/99 | | | | Handwritten marginalia prepared at the request of an attorney re **LDF bank account.** | Attorney Work Product | 50 |
| DBB 094359 | DBB 094359 | Dutch | Account record | 03/31/99 | | | | Handwritten marginalia prepared at the request of an attorney re **LDF bank account.** | Attorney Work Product | 50 |
| DBB 094362 | DBB 094362 | Dutch | Handwritten Note | 02/27/01 | | | | Handwritten information prepared at the request of an attorney re **Turkish LDC bank account.** | Attorney Work Product | 50 |
| DBB 094408 | DBB 094408 | Dutch | Handwritten Note | 02/27/01 | | | | Handwritten information prepared at the request of an attorney re **Bahassa Development Company bank account.** | Attorney Work Product | 50 |
| DBB 094423 | DBB 094423 | Dutch | Handwritten Note | 02/27/01 | | | | Handwritten information prepared at the request of an attorney re **Farsi Development Company bank account.** | Attorney Work Product | 50 |

| Begin Doc Document | End Doc Document | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privileged Log Document |
|---|---|---|---|---|---|---|---|---|---|---|
| DBB 094495 | DBB 094495 | Dutch | Handwritten Note | 02/27/01 | | | | Handwritten information prepared at the request of an attorney re Farsi Development Company bank account. | Attorney Work Product | 50 |
| DBB 094497 | DBB 094497 | Dutch | Handwritten Note | 02/27/01 | | | | Handwritten information prepared at the request of an attorney re Slavic Development Company bank account. | Attorney Work Product | 50 |
| DBB 094511 | DBB 094511 | Dutch | Handwritten Note | 02/27/01 | | | | Handwritten information prepared at the request of an attorney re Czech Development Company bank account. | Attorney Work Product | 51 |
| DBB 094516 | DBB 094516 | Dutch | Handwritten Note | 02/27/01 | | | | Handwritten information prepared at the request of an attorney re Polish Development Company bank account. | Attorney Work Product | 51 |
| DBB 094521 | DBB 094521 | Dutch | Handwritten Note | 02/27/01 | | | | Handwritten information prepared at the request of an attorney re Greek Development Company bank account. | Attorney Work Product | 51 |
| DBB 094526 | DBB 094526 | Dutch | Handwritten Note | 02/27/01 | | | | Handwritten information prepared at the request of an attorney re Hungarian Development Company bank account. | Attorney Work Product | 51 |
| DBB 094531 | DBB 094531 | Dutch | Handwritten Note | 02/27/01 | | | | Handwritten information prepared at the request of an attorney re Thai LDC bank account. | Attorney Work Product | 51 |
| DBB 094538 | DBB 094538 | Dutch | Handwritten Note | 02/27/01 | | | | Handwritten information prepared at the request of an attorney re Tamil LDC bank account. | Attorney Work Product | 51 |
| DBB 126320 | DBB 126320 | Dutch | Handwritten Note | | | | | Handwritten information prepared at the request of an attorney re LDF bank account. | Attorney Work Product | 77 |