# EXHIBIT G

## NO AUTHOR IDENTIFIED

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV000205 | DEXPRIV000205 | Dutch | Letter | | | Qualifying clients | | Undated draft of letter reflecting the mental impressions of an attorney re L&H shareholders' litigation in Belgium. | AC, WP | 9 |
| DEXPRIV000215 | DEXPRIV000217 | Dutch | Notes | | | | | Undated handwritten notes reflecting mental impressions of attorneys re L&H shareholders' litigation in Belgium | WP | 10 |
| DEXPRIV000221 | DEXPRIV000221 | French | Letter | | | Qualifying clients | | Undated draft letter reflecting the mental impressions of an attorney re L&H shareholders' litigation in Belgium. | AC, WP | 11 |
| DEXPRIV000222 | DEXPRIV000222 | Dutch | Letter | | | Qualifying clients | | Undated draft letter with marginalia reflecting the mental impressions of an attorney re L&H shareholders' litigation in Belgium. | AC, WP | 11 |
| DEXPRIV000223 | DEXPRIV000223 | French | Letter | | | | | Undated draft letter with marginalia reflecting the mental impressions of an attorney re L&H shareholders' litigation in Belgium. | AC, WP | 11 |
| DEXPRIV000228 | DEXPRIV000228 | Dutch | Statement | | | | | Undated document prepared at the request of counsel re L&H shareholders' litigation in Belgium | AP | 12 |
| DEXPRIV000230 | DEXPRIV000231 | Dutch | Email | 12/11/2000 | | | | Email requesting and providing legal advice re L&H shareholders' litigation in Belgium | AC, WP | 12 |
| DEXPRIV000247 | DEXPRIV000247 | Dutch | Handwritten notes | | | | | Undated handwritten reflecting the mental impressions of an attorney re L&H shareholders' litigation in Belgium | AC, WP | 13 |
| DEXPRIV000267 | DEXPRIV000267 | Dutch | Fax | 4/17/2001 | | I. Janssens | | Fax requesting legal advice with marginalia and transmitting information for the purpose of obtaining legal advice re L&H shareholders' meeting. | AC, WP | 16 |
| DEXPRIV000268 | DEXPRIV000269 | Dutch | Draft certificate | 4/17/2001 | | | | Draft documents sent to an attorney for the purpose of obtaining legal advice re L&H shareholders' meeting. | AC, WP | 17 |
| DEXPRIV000272 | DEXPRIV000273 | Dutch | Handwritten notes | | | | | Undated handwritten notes reflecting the mental impressions of attorney re L&H shareholders' meeting. | AC, WP | 17 |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV000274 | DEXPRIV000274 | Dutch | Handwritten notes | | | | | Handwritten notes dated "11.4", reflecting the mental impression of attorney re L&H shareholders' meeting. | WP | 17 |
| DEXPRIV000279 | DEXPRIV000280 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 9/11/2001 providing legal advice re L&H litigation strategy | AC, WP | 17 |
| DEXPRIV000281 | DEXPRIV000282 | English | Minutes | | | | | Minutes, with marginalia, of conference call of L&H banking consortium dated 8/22/2001 providing legal advice re L&H litigation strategy | AC, WP | 17 |
| DEXPRIV000284 | DEXPRIV000287 | English | Minutes | | | | | Draft minutes of conference call of L&H banking consortium dated 7/25/2001 providing legal advice re L&H litigation issues | AC, WP | 18 |
| DEXPRIV000288 | DEXPRIV000289 | English | Minutes | | | | | Minutes of conference call of L&H banking consortium dated 1/24/2001 providing advice re L&H litigation strategy and restructuring of L&H financing | AC, WP | 18 |
| DEXPRIV000290 | DEXPRIV000291 | English | Minutes | | | | | Minutes of conference call of L&H banking consortium dated 7/13/2001 providing legal advice re L&H litigation strategy and restructuring of L&H financing | AC, WP | 18 |
| DEXPRIV000292 | DEXPRIV000293 | English | Minutes | | | | | Minutes of conference call of L&H banking consortium dated 7/13/2001 providing legal advice re L&H litigation strategy and restructuring of L&H financing | AC, WP | 18 |
| DEXPRIV000294 | DEXPRIV000296 | English | Minutes | | | | | Minutes of conference call of L&H banking consortium dated 9/25/2001 providing legal advice re sale of assets, Dictaphone Board of Directors, and bankruptcy strategy | AC, WP | 18 |
| DEXPRIV000299 | DEXPRIV000302 | English | Minutes | | | | | Draft minutes of meeting of L&H banking consortium dated 1/15/2001 providing legal advice re sale of assets, L&H litigation strategy and restructuring of L&H financing | AC, WP | 19 |
| DEXPRIV000303 | DEXPRIV000303 | Dutch | Notes | 1/15/2001 | | | | Notes reflecting mental impressions of an attorney pertaining to legal issues re bankruptcy, restructuring of L&H financing, inventory and L&H litigation issues. | AC, WP | 19 |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV000304 | DEXPRIV000305 | English | Minutes | | | | | Draft minutes of meeting of L&H banking consortium dated 1/15/2001 providing legal advice re restructuring of L&H financing | AC, WP | 19 |
| DEXPRIV000308 | DEXPRIV000311 | English | Minutes | | | | | Draft minutes of meeting of L&H banking consortium dated 1/15/2001 providing legal advice re bankruptcy, restructuring of L&H financing, inventory and L&H litigation issues | AC, WP | 20 |
| DEXPRIV000312 | DEXPRIV000312 | Dutch | Notes | 1/15/2001 | | | | Notes reflecting mental impressions of an attorney pertaining to legal issues re bankruptcy, restructuring of L&H financing, inventory and L&H litigation issues. | AC, WP | 20 |
| DEXPRIV000313 | DEXPRIV000314 | English | Minutes | | | | | Draft minutes of meeting of L&H banking consortium dated 1/15/2001 providing legal advice re restructuring of L&H financing | AC, WP | 20 |
| DEXPRIV000317 | DEXPRIV000319 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 1/8/2001 providing legal advice re valuation of assets, bankruptcy, L&H litigation strategy and restructuring of L&H financing | AC, WP | 20 |
| DEXPRIV000320 | DEXPRIV000323 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 1/15/2001 providing legal advice re sale of assets, L&H litigation strategy and restructuring of L&H financing | AC, WP | 20 |
| DEXPRIV000324 | DEXPRIV000325 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 1/15/2001 providing legal advice re restructuring of L&H financing | AC, WP | 20 |
| DEXPRIV000328 | DEXPRIV000330 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 1/8/2001 providing legal advice re valuation of assets, bankruptcy, L&H litigation strategy and restructuring of L&H financing | AC, WP | 21 |
| DEXPRIV000331 | DEXPRIV000334 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 1/15/2001 providing legal advice re sale of assets, L&H litigation strategy and restructuring of L&H financing | AC, WP | 21 |
| DEXPRIV000335 | DEXPRIV000336 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 1/15/2001 providing legal advice re restructuring of L&H financing | AC, WP | 21 |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV000339 | DEXPRIV000344 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 3/9/2001 providing legal advice re restructuring of L&H financing, loan security, L&H litigation strategy, bankruptcy and Creditors' Committee | AC, WP | 22 |
| DEXPRIV000347 | DEXPRIV000352 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 3/9/2001 providing legal advice re restructuring of L&H financing, loan security, L&H litigation strategy, bankruptcy and Creditors' Committee | AC, WP | 22 |
| DEXPRIV000354 | DEXPRIV000359 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 3/9/2001 providing legal advice re restructuring of L&H financing, loan security, L&H litigation strategy, bankruptcy and Creditors' Committee | AC, WP | 23 |
| DEXPRIV000360 | DEXPRIV000361 | English | Fax | | | F. Sercu, L. Mesuere, F. van Steenwinkel, V. Vercaigne, F. de Potter, G. Vekeman, K. Macours, P. van Tiggel, K. van Riet, J. Vankeerberghen, C. Schneider, H. Liemen, K. Diederich, M. Kaiser | | Fax transmitting draft minutes of meeting of L&H banking consortium providing legal advice re restructuring of L&H financing | AC, WP | 23 |
| DEXPRIV000362 | DEXPRIV000364 | English | Minutes | | | | | Draft minutes of meeting of L&H banking consortium dated 5/8/2001 providing legal advice re restructuring of L&H financing | AC, WP | 23 |
| DEXPRIV00365 | DEXPRIV000366 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 5/8/2001 providing legal advice re restructuring of L&H financing | AC, WP | 23 |
| DEXPRIV000369 | DEXPRIV000373 | English | Minutes | | | | | Draft minutes of meeting of L&H banking consortium dated 1/15/2001 providing legal advice re restructuring of L&H financing | AC, WP | 24 |

- 4 -

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV000374 | DEXPRIV000374 | Dutch | Notes | 1/15/2001 | | | | Notes reflecting mental impressions of an attorney pertaining to legal issues re bankruptcy, restructuring of L&H financing, inventory and L&H litigation issues | AC, WP | 24 |
| DEXPRIV000380 | DEXPRIV000382 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 1/2/2001 providing legal advice re L&H litigation strategy and restructuring of L&H financing | AC, WP | 25 |
| DEXPRIV000383 | DEXPRIV000384 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium providing legal advice re L&H litigation strategy | AC, WP | 25 |
| DEXPRIV000387 | DEXPRIV000389 | English | Minutes | | | | | Draft minutes of meeting of L&H banking consortium providing legal advice re valuation of assets, bankruptcy, L&H litigation strategy and restructuring of L&H financing | AC, WP | 26 |
| DEXPRIV000392 | DEXPRIV000394 | English | Minutes | | | | | Draft minutes of meeting of L&H banking consortium dated 1/2/2001, with marginalia, providing legal advice re L&H litigation strategy and restructuring of L&H financing | AC, WP | 27 |
| DEXPRIV000397 | DEXPRIV000398 | English | Minutes | | | | | Draft minutes of meeting of L&H banking consortium dated 12/21/2000 providing legal advice re bankruptcy and Dictaphone | AC, WP | 27 |
| DEXPRIV000400 | DEXPRIV000400 | English | Minutes | | | | | Continuation of draft minutes of meeting of L&H banking consortium dated 12/21/2000 providing legal advice re bankruptcy and Dictaphone | AC, WP | 27 |
| DEXPRIV000401 | DEXPRIV000403 | English | Minutes | | | | | Draft minutes of meeting of L&H banking consortium providing legal advice re bankruptcy and Dictaphone | AC, WP | 27 |
| DEXPRIV000404 | DEXPRIV000404 | English | Memo | | | | | Continuation of notes or memorandum reflecting legal advice re litigation strategy. | WP | 27 |
| DEXPRIV000405 | DEXPRIV000406 | English | Minutes | | | | | Draft minutes of meeting of L&H banking consortium date 12/28/2000 providing legal advice re L&H litigation strategy and restructuring of L&H financing | AC, WP | 27 |

- 5 -

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV000407 | DEXPRIV000408 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 12/28/2000 providing legal advice re L&H litigation strategy and restructuring of L&H financing | AC, WP | 27 |
| DEXPRIV000413 | DEXPRIV000414 | English | Minutes | | | | | Draft minutes of meeting of L&H banking consortium providing legal advice re restructuring of L&H financing | AC, WP | 28 |
| DEXPRIV000415 | DEXPRIV000418 | English | Minutes | | | | | Draft minutes of meeting of L&H banking consortium dated 12/28/2000 providing legal advice re restructuring of L&H financing | AC, WP | 28 |
| DEXPRIV000419 | DEXPRIV000419 | English | Fax | | | | | Continuation of fax transmitting draft minutes of meeting of L&H banking consortium providing legal advice re L&H bankruptcy | AC, WP | 29 |
| DEXPRIV000420 | DEXPRIV000423 | English | Minutes | | | | | Draft minutes of meeting of L&H banking consortium dated 12/28/2000 providing legal advice re restructuring of L&H financing | AC, WP | 29 |
| DEXPRIV000424 | DEXPRIV000425 | English | Minutes | | | | | Draft minutes of meeting of L&H banking consortium dated 12/15/2000 providing legal advice re restructuring of L&H financing | AC, WP | 29 |
| DEXPRIV000428 | DEXPRIV000429 | English | Minutes | | | | | Draft minutes of meeting of L&H banking consortium dated 12/15/2000 providing legal advice re restructuring of L&H financing | AC, WP | 29 |
| DEXPRIV000430 | DEXPRIV000431 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 12/12/2000 providing legal advice re loan security and restructuring of L&H financing | AC, WP | 29 |
| DEXPRIV000434 | DEXPRIV000435 | English | Minutes | | | | | Minutes of conference call of L&H banking consortium dated 12/12/2000 providing legal advice re loan security and restructuring of L&H financing | AC, WP | 30 |
| DEXPRIV000438 | DEXPRIV000440 | English | Minutes | | | | | Minutes of meetings of L&H banking consortium dated 12/4/2000 providing legal advice re Creditors' Committee, loan security, restructuring of L&H financing and Belgian litigation, with marginalia reflecting the mental impressions of an attorney | AC, WP | 30 |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV000441 | DEXPRIV000442 | English | Minutes | | | | | Minutes of meetings of L&H banking consortium with marginalia providing legal advice re Creditors' Committee, loan security, restructuring of L&H financing and Belgian litigation | AC, WP | 30 |
| DEXPRIV000445 | DEXPRIV000447 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 12/8/2000 providing legal advice re bankruptcy, shareholders' litigation and L&H litigation strategy | AC, WP | 31 |
| DEXPRIV000450 | DEXPRIV000453 | English | Minutes | | | | | Minutes of conference call of L&H banking consortium dated 12/3/2000 providing legal advice re L&H litigation strategy, bankruptcy and restructuring of L&H financing, with marginalia reflecting the mental impressions of an attorney re alleged fraud | AC, WP | 32 |
| DEXPRIV000454 | DEXPRIV000457 | English | Minutes | | | | | Minutes of conference call of L&H banking consortium dated 12/3/2000 providing legal advice re L&H litigation strategy, bankruptcy and restructuring of L&H financing, with marginalia reflecting the mental impressions of an attorney re alleged fraud | AC, WP | 32 |
| DEXPRIV000458 | DEXPRIV000458 | English | Minutes | | | | | Minutes of conference call of L&H banking consortium dated 11/29/2000 providing legal advice re L&H Korea | AC, WP | 32 |
| DEXPRIV000459 | DEXPRIV000460 | English | Minutes | | | | | Minutes of conference call of L&H banking consortium dated 11/29/2000 providing legal advice re sale of assets and restructuring of L&H financing | AC, WP | 32 |
| DEXPRIV000461 | DEXPRIV000461 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 11/17/2000 providing legal advice re LHSP Korea | AC, WP | 32 |
| DEXPRIV000462 | DEXPRIV000463 | Dutch | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 11/15/2000 providing legal advice re loan settlement, sale of assets, Korea and restructuring of L&H financing | AC, WP | 32 |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV000464 | DEXPRIV000466 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 11/17/2000 providing legal advice re loan settlement, sale of assets, Korea and restructuring of L&H financing | AC, WP | 32 |
| DEXPRIV00467 | DEXPRIV000469 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 11.22.2000 providing legal advice re restructuring of L&H financing | AC, WP | 32 |
| DEXPRIV000470 | DEXPRIV000471 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 11/24/2000 providing legal advice re L&H litigation strategy | AC, WP | 32 |
| DEXPRIV000472 | DEXPRIV000473 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 11/24/2000 providing legal advice re litigation strategy | AC, WP | 32 |
| DEXPRIV000474 | DEXPRIV000475 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 11/26/2000 providing legal advice re restructuring of L&H financing | AC, WP | 32 |
| DEXPRIV000476 | DEXPRIV000478 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 4/12/2000 providing legal advice re Creditors' Committee, loan settlement, restructuring of L&H financing and Belgian litigation with marginalia reflecting the mental impressions of an attorney | AC, WP | 33 |
| DEXPRIV000479 | DEXPRIV000479 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 12/1/2000 providing legal advice re L&H litigation strategy | AC, WP | 33 |
| DEXPRIV000480 | DEXPRIV000482 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 11/29/2000 providing legal advice re L&H financing, bankruptcy strategy and L&H litigation strategy | AC, WP | 33 |
| DEXPRIV000483 | DEXPRIV000483 | English | Fax | 11/16/2000 | | L. Mesuere, F. van Steenwinkel, J. Vandesteen, G. Vekeman, P. Cordonnier, P. Vermeiren | | Fax transmitting minutes of meeting of L&H banking consortium providing legal advice re restructuring of L&H financing | AC, WP | 33 |
| DEXPRIV000485 | DEXPRIV000485 | English | Fax | 11/16/2000 | | L. Mesuere, F. van Steenwinkel, J. Vandesteen, G. Vekeman, P. Cordonnier, P. Vermeiren | | Fax transmitting minutes of meeting of L&H banking consortium providing legal advice re sale of assets, L&H litigation strategy and restructuring of L&H financing | AC, WP | 33 |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV000486 | DEXPRIV000487 | Dutch | Minutes | 11/15/2000 | | | | Minutes of meeting of L&H banking consortium dated 11/15/2000 providing legal advice re sale of assets, L&H litigation strategy and restructuring of L&H financing | AC, WP | 33 |
| DEXPRIV000609 | DEXPRIV000609 | Dutch | Handwritten notes | | | | | Undated handwritten notes reflecting the mental impressions of an attorney re restructuring of L&H financing | AC, WP | 40 |
| DEXPRIV000612 | DEXPRIV000612 | Dutch | Notes | 9/28/1996 | | | | File memorandum with marginalia reflecting mental impressions of an attorney including request for legal advice re loan settlement | AC, WP | 41 |
| DEXPRIV000613 | DEXPRIV000613 | Dutch | Notes | 9/28/1996 | | | | File memorandum with marginalia reflecting mental impressions of an attorney including request for legal advice re loan settlement. | AC, WP | 41 |
| DEXPRIV000720 | DEXPRIV000722 | Dutch | Handwritten notes | | | | | Undated handwritten notes reflecting request for legal advice re L&H shareholders' litigation in Belgium. | AC, WP | 42 |
| DEXPRIV000725 | DEXPRIV000725 | Dutch | Proxy | | | | | Draft proxy with marginalia reflecting request for legal advice re L&H shareholders' meeting. | AC, WP | 42 |
| DEXPRIV000757 | DEXPRIV000757 | Dutch | Letter | | | | | Draft letter, without date, reflecting the mental impression of an attorney re L&H shareholders' litigation | AC, WP | 46 |
| DEXPRIV000758 | DEXPRIV000758 | Dutch | Letter | | | | | Draft letter, without date, reflecting the mental impression of an attorney re L&H shareholders' litigation | AC, WP | 46 |
| DEXPRIV000760 | DEXPRIV000760 | French | Letter | | | | | Draft letter, without date, reflecting the mental impression of an attorney re L&H shareholders' litigation | AC, WP | 46 |
| DEXPRIV000761 | DEXPRIV000761 | Dutch | Letter | | | | | Draft letter, without date, reflecting the mental impression of an attorney re L&H shareholders' litigation | AC, WP | 46 |
| DEXPRIV000762 | DEXPRIV000762 | French | Letter | | | | | Draft letter, without date, reflecting the mental impression of an attorney re L&H shareholders' litigation | AC | 46 |
| DEXPRIV000763 | DEXPRIV000765 | Dutch | Note | | | | | Undated handwritten note reflecting the mental impression of an attorney re L&H shareholders' litigation | AC, WP | 46 |
| DEXPRIV000767 | DEXPRIV000767 | Dutch | Letter | | | | | Draft letter, without date, providing legal advice re L&H shareholders' litigation | AC, WP | 46 |

- 9 -

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV000773 | DEXPRIV000775 | English, Dutch | Note | | | | | Undated handwritten note, largely illegible, reflecting the mental impression of an attorney re L&H shareholders' litigation | WP | 46 |
| DEXPRIV000776 | DEXPRIV000777 | Dutch | Letter | | | | | Draft letter, without date, providing legal advice re L&H shareholders' litigation | WP | 46 |
| DEXPRIV000784 | DEXPRIV000792 | English | Draft agreement | 2/12/2001 | | | | Draft agreement reflecting the mental impression of an attorney re security agreement | AC, WP | 47 |
| DEXPRIV000806 | DEXPRIV000814 | English | Draft agreement | 5/5/2001 | | | | Draft agreement reflecting the mental impression of an attorney re security agreement | AC, WP | 47 |
| DEXPRIV000826 | DEXPRIV000831 | Dutch | Draft agreement | | | | | Draft agreement dated "2001" reflecting the mental impression of an attorney re security agreement | AC, WP | 48 |
| DEXPRIV000836 | DEXPRIV000836 | Dutch | Note | | | | | Undated note containing handwritten marginalia providing legal advice re security. | AC, WP | 48 |
| DEXPRIV000866 | DEXPRIV000868 | English | Draft agreement | | | | | Draft Share Transfer Agreement dated 1996 reflecting the mental impression of an attorney re security agreement | AC | 49 |
| DEXPRIV000957 | DEXPRIV000962 | English | Draft agreement | 11/10/2000 | Artesia Banking Corporation N.V. | | | Draft agreement reflecting the mental impression of an attorney re security agreement | AC, WP | 52 |
| DEXPRIV000963 | DEXPRIV000968 | English | Draft agreement | 11/10/2000 | Artesia Banking Corporation N.V. | | | Draft agreement reflecting the mental impression of an attorney re security agreement | AC, WP | 52 |
| DEXPRIV000969 | DEXPRIV000978 | English | Draft agreement | 11/10/2000 | | | | Draft agreement reflecting the mental impression of an attorney re security agreement | AC, WP | 52 |
| DEXPRIV000979 | DEXPRIV000988 | English | Draft agreement | 11/9/2000 | | | | Draft agreement reflecting the mental impression of an attorney re security agreement | AC, WP | 52 |
| DEXPRIV000989 | DEXPRIV000998 | English | Draft agreement | 11/9/2000 | | | | Draft agreement reflecting the mental impression of an attorney re security agreement | AC, WP | 52 |
| DEXPRIV001006 | DEXPRIV001006 | English, Dutch | Note | | | | | Undated note containing handwritten marginalia reflecting the mental impression of an attorney re pledging agreement | AC | 53 |
| DEXPRIV001017 | DEXPRIV001027 | English | Agreement | | | | M. Colle | Draft agreement dated "November 2000" reflecting the mental impression of an attorney re security agreement | WP | 53 |
| DEXPRIV001028 | DEXPRIV001028 | Dutch | Email | 11/3/2000 | | S. Loosveld | | Email providing legal advice re loan settlement and re security agreement | AC, WP | 53 |
| DEXPRIV001108 | DEXPRIV001108 | Dutch | Letter | 10/23/2000 | | Francois (Saverys) | | Email providing legal advice re loan settlement | WP | 58 |

- 10 -

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV001132 | DEXPRIV001132 | French | Resolution | 8/31/2001 | | K. van Riet | | Management Committee resolution with handwritten request for legal advice re Dictaphone and restructuring of L&H financing | AC, WP | 58 |
| DEXPRIV001172 | DEXPRIV001172 | English, Dutch | Note | | | | | Handwritten note reflecting the mental impression of an attorney re collateral | WP | 61 |
| DEXPRIV001177 | DEXPRIV001177 | English | Chart | | | | | Undated chart containing security details, attached to email requesting information for the purpose of legal advice re exercise of collateral rights | AC, WP | 62 |
| DEXPRIV001181 | DEXPRIV001182 | English | Chart | | | | | Undated chart containing security details, attached to email requesting information for the purpose of legal advice re exercise of collateral rights | AC, WP | 62 |
| DEXPRIV001185 | DEXPRIV001185 | English | Chart | | | | | Undated chart containing security details, attached to email requesting information for the purpose of legal advice re exercise of collateral rights | AC, WP | 62 |
| DEXPRIV001248 | DEXPRIV001257 | English | Draft agreement | 11/9/2000 | | | | Draft agreement reflecting the mental impression of an attorney re security agreement LHIC | AC, WP | 65 |
| DEXPRIV001263 | DEXPRIV001271 | English | Draft agreement | 11/9/2000 | | | | Draft agreement reflecting the mental impression of an attorney re security agreement LHIC | AC, WP | 65 |
| DEXPRIV001272 | DEXPRIV001277 | English | Draft agreement | | | | | Draft agreement dated "November 2000" reflecting the mental impression of an attorney re security agreement LHIC | AC, WP | 65 |
| DEXPRIV001278 | DEXPRIV001283 | English | Draft agreement | | | | | Draft agreement dated "November 2000" reflecting the mental impression of an attorney re security agreement LHIC | AC, WP | 65 |
| DEXPRIV01384 | DEXPRIV001384 | Dutch | Handwritten notes | | Legal Department | | | Handwritten notes reflecting the mental impressions of an attorney re loan security, LHSP pledge and LHIC investment portfolio | AC, WP | 69 |
| DEXPRIV001386 | DEXPRIV001387 | English | Agreement | 12/22/2000 | | | | Draft agreement reflecting the mental impression of an attorney re security agreement | AC, WP | 69 |
| DEXPRIV001418 | DEXPRIV001420 | English | Agreement | 11/17/2000 | | | | Draft agreement reflecting the mental impression of an attorney re pledging agreement procedure | AC, WP | 71 |
| DEXPRIV001421 | DEXPRIV001423 | English | Agreement | 11/17/2000 | | | | Draft agreement reflecting the mental impression of an attorney re pledging agreement procedure | AC, WP | 71 |
| DEXPRIV001735 | DEXPRIV001743 | English | Agreement | 5/5/2001 | | | | Draft agreement with marginalia reflecting the mental impressions of an attorney re loan security | AC, WP | 72 |

- 11 -

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV001745 | DEXPRIV001753 | English | Agreement | 3/29/2001 | | | | Draft agreement reflecting the mental impressions of an attorney re loan security | AC, WP | 72 |
| DEXPRIV001755 | DEXPRIV001762 | English | Agreement | 2/8/2001 | | | | Draft agreement reflecting the mental impressions of an attorney re loan security | AC, WP | 72 |
| DEXPRIV001763 | DEXPRIV001769 | English | Agreement | 12/29/2000 | | | | Draft agreement reflecting the mental impressions of an attorney re loan security | AC, WP | 72 |
| DEXPRIV001772 | DEXPRIV001777 | English | Agreement | 12/22/2000 | | | | Draft agreement reflecting the mental impressions of an attorney re loan security | AC, WP | 72 |
| DEXPRIV001791 | DEXPRIV001798 | English | Agreement | 2/12/2001 | | | | Draft agreement reflecting the mental impressions of an attorney re loan settlement | AC, WP | 74 |
| DEXPRIV001799 | DEXPRIV001806 | English | Agreement | 2/12/2001 | | | | Draft agreement reflecting the mental impression of an attorney re loan settlement | AC, WP | 74 |
| DEXPRIV001817 | DEXPRIV001818 | Dutch | Chart | 6/12/2001 | | | | Undated chart of LHIC investment portfolio drafted at the request of counsel with marginalia reflecting the mental impressions of an attorney | AC, WP | 75 |
| DEXPRIV001819 | DEXPRIV001819 | Dutch | Handwritten notes | | | | | Undated handwritten notes reflecting the mental impressions of an attorney re LHIC investment portfolio | AC, WP | 75 |
| DEXPRIV001828 | DEXPRIV001831 | English | Handwritten notes | | | | | Undated handwritten notes reflecting legal discussion re stock market listing | WP | 75 |
| DEXPRIV001833 | DEXPRIV001834 | English | Minutes | 4/10/1997 | | | | Minutes of conference call requesting and providing legal advice re stock market listing | AC, WP | 76 |
| DEXPRIV001837 | DEXPRIV001838 | English | Term sheet | 3/28/1997 | | | | Term sheet providing legal advice re stock market listing | AC, WP | 76 |
| DEXPRIV001841 | DEXPRIV001844 | English | Chart | 3/17/1997 | | | | Undated chart reflecting legal advice re stock market listing | AC, WP | 76 |
| DEXPRIV001852 | DEXPRIV001854 | English | Term sheet | 3/27/1997 | | | | Draft term sheet providing legal advice re stock market listing | AC, WP | 76 |
| DEXPRIV001855 | DEXPRIV001858 | English | Chart | | | | | Undated draft chart reflecting legal advice re stock market listing | AC, WP | 76 |
| DEXPRIV001874 | DEXPRIV001876 | English, Dutch | Handwritten notes | 4/2/1997 | | | | Notes reflecting the mental impressions of an attorney re stock market listing | AC | 77 |
| DEXPRIV001877 | DEXPRIV001878 | English | Minutes | 5/26/1997 | | J. Blumberg, B. Foster, L. Whiddon, G. Milants, C. de Marnix | | Minutes of Conference Call requesting and providing legal advice re stock market listing. | AC | 77 |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV001941 | DEXPRIV001941 | English | Handwritten notes | 9/11/1997 | | | | Handwritten notes of a meeting or telephone conference reflecting the mental impressions of an attorney re stock market listing | WP | 78 |
| DEXPRIV001945 | DEXPRIV001945 | English | Handwritten notes | | | | | Undated handwritten notes taken during a meeting or telephone conference reflecting the mental impressions of an attorney re exercise of warrants. | AC | 78 |
| DEXPRIV001949 | DEXPRIV001951 | English | Chart | | | | | Undated chart reflecting legal advice re stock market listing | AC | 78 |
| DEXPRIV001957 | DEXPRIV001957 | Dutch | Fax | 5/10/2001 | "Johan" | K. van Riet | | Fax transmitting transcript of court deposition, with marginalia reflecting the mental impressions of an attorney, requesting legal advice re loan settlement | AC, WP | 79 |
| DEXPRIV001974 | DEXPRIV001976 | English | Minutes | 12/2/2000 | | | | Draft minutes of meeting of L&H banking consortium providing legal advice re L&H litigation strategy | AC, WP | 79 |
| DEXPRIV001988 | DEXPRIV001988 | Dutch | Memo | | | | | Undated memorandum or notes reflecting the mental impressions of an attorney re loan settlement. | WP | 80 |
| DEXPRIV002059 | DEXPRIV002060 | Dutch | Chart | | | | | Undated chart transmitting information for the purpose of obtaining legal advice re costs and L&H relationship of loans. | AC, WP | 83 |
| DEXPRIV002063 | DEXPRIV002063 | Dutch | Chart | | | | | Undated chart transmitting information for the purpose of obtaining legal advice costs and L&H relationship of loans. | AC, WP | 83 |
| DEXPRIV002075 | DEXPRIV002079 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 6/24/2002 providing legal advice re criminal litigation procedure, payment obligations, Dictaphone Directors, bankruptcy, and valuation of assets | AC, WP | 86 |
| DEXPRIV002223 | DEXPRIV002227 | English | Minutes | | | | | Minutes of bankers meeting dated 6/24/2002 providing legal advice, transmitting information upon which legal advice is to be based, and reflecting the mental impression of an attorney, re bankruptcy, litigation, restructuring of L&H financing. | AC, WP | 106 |
| DEXPRIV002251 | DEXPRIV002251 | Dutch | Report | 8/27/2003 | | | | Report providing legal advice re loan settlement | AC, WP | 107 |
| DEXPRIV002394 | DEXPRIV002394 | English | Letter | 11/29/2000 | | | J. Lernout, F. Vanderhoydonck | Draft letter re setoff of debts against bank deposits as a result of acceleration of loans. | AC | 126 |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV002448 | DEXPRIV002448 | English | Handwritten notes | | | | | Undated handwritten notes reflecting the mental impression of an attorney re bankruptcy. | AC, WP | 129 |
| DEXPRIV002505 | DEXPRIV002505 | English | Chart | | | | | Undated chart reflecting legal advice re bankruptcy litigation proceedings. | AC, WP | 134 |
| DEXPRIV002507 | DEXPRIV002507 | English | Chart | | | | | Undated chart reflecting legal advice re bankruptcy litigation proceedings. | AC, WP | 134 |
| DEXPRIV002509 | DEXPRIV002509 | English | Chart | | | | | Undated chart reflecting legal advice re bankruptcy litigation proceedings. | AC, WP | 134 |
| DEXPRIV002513 | DEXPRIV002513 | English | Email | | | | | Continuation of email providing legal advice re Dictaphone Board of Directors and transmitting email requesting legal advice re Dictaphone notes. | AC, WP | 135 |
| DEXPRIV002517 | DEXPRIV002517 | English | Agreement | | | Dictaphone | | Draft cover page of agreement of 2002 re Dictaphone warrants | AC, WP | 135 |
| DEXPRIV002518 | DEXPRIV002518 | English | Agreement | | | Dictaphone | | Draft page of agreement of 2002 with marginalia reflecting the mental impressions of an attorney re Dictaphone warrants | AC, WP | 135 |
| DEXPRIV002519 | DEXPRIV002519 | English | Agreement | | | Dictaphone | | Draft page of agreement of 2002 with marginalia reflecting the mental impressions of an attorney re Dictaphone warrants | AC, WP | 136 |
| DEXPRIV002520 | DEXPRIV002520 | English | Agreement | | | Dictaphone | | Draft page of agreement of 2002 with marginalia reflecting the mental impressions of an attorney re Dictaphone warrants | AC, WP | 136 |
| DEXPRIV002680 | DEXPRIV002680 | English | Chart | 3/28/2003 | | | | Chart providing information for purpose of legal advice re loan settlement. | AC, WP | 149 |
| DEXPRIV002729 | DEXPRIV002729 | Dutch | Note | | | | | Handwritten note reflecting the mental impression of an attorney re loan settlement | AC, WP | 150 |
| DEXPRIV002734 | DEXPRIV002735 | Dutch | Note | | | | | Note providing legal advice re loan settlement. | AC, WP | 150 |
| DEXPRIV0042 | DEXPRIV002741 | Dutch | Note | | | | | Undated note providing legal advice re loan settlement. | AC, WP | 150 |
| DEXPRIV002838 | DEXPRIV002839 | Dutch | Excerpt | | | | | Excerpt of Mortgage Register, without date | AC, WP | 154 |
| DEXPRIV002872 | DEXPRIV002872 | French | Letter | | | | | Memorandum, without date, providing legal advice re loan settlement. | AC, WP | 156 |
| DEXPRIV002874 | DEXPRIV002874 | Dutch | Handwritten notes | | | | | Undated handwritten notes reflecting the mental impressions of an attorney re loan settlement. | AC, WP | 156 |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV003031 | DEXPRIV003032 | Dutch | Chart | | | | | Spreadsheet, without date, with information requested by an attorney to base legal advice upon re L&H relationship. | AC, WP | 159 |
| DEXPRIV003035 | DEXPRIV003053 | Dutch, French | Chart | 6/26/2003 | | | | Undated chart, requested by an attorney for the purpose of basing legal advice upon re L&H relationship | AC, WP | 160 |
| DEXPRIV003069 | DEXPRIV003077 | English | Agreement | | | L&H Investment Company, Artesia Bank NV | | Draft agreement of 2001 with marginalia reflecting the mental impressions of an attorney re loan settlement. | AC, WP | 162 |
| DEXPRIV003080 | DEXPRIV003088 | English | Agreement | | | L&H Investment Company, Artesia Bank NV | | Draft agreement dated 5/2001 with marginalia reflecting the mental impressions of an attorney re loan settlement. | AC, WP | 162 |
| DEXPRIV003096 | DEXPRIV003097 | English | Chart | | | | | Undated chart, with marginalia reflecting the mental impressions of an attorney re loan security. | AC, WP | 162 |
| DEXPRIV003098 | DEXPRIV003099 | Dutch | Handwritten notes | | Legal Department | | | Handwritten notes reflecting the mental impressions of an attorney re loan security | AC, WP | 162 |
| DEXPRIV003101 | DEXPRIV003101 | Dutch | Handwritten notes | | | | | Undated handwritten notes reflecting the mental impressions of an attorney re loan security. | WP | 162 |
| DEXPRIV003102 | DEXPRIV003113 | English | Handwritten notes | | | | | Undated handwritten notes reflecting the mental impressions of an attorney re loan security. | WP | 162 |
| DEXPRIV003114 | DEXPRIV003114 | | | | | | | Undated handwritten notes reflecting the mental impressions of an attorney re loan security. | WP | 162 |
| DEXPRIV003140 | DEXPRIV003146 | | Email | | | S. Loosveld | | Undated email transmitting legal advice re loan settlement | AC, WP | 163 |
| DEXPRIV003151 | DEXPRIV003175 | English | Form | 11/22/2000 | | SEC | | Draft Schedule 13D reflecting the mental impressions of an attorney re compliance | AC, WP | 164 |
| DEXPRIV003177 | DEXPRIV003180 | Dutch | Agreement | | | Fortis Bank NV, LHSP NV | | Draft agreement reflecting the mental impressions of any attorney re loan security | AC, WP | 164 |
| DEXPRIV003195 | DEXPRIV003196 | English | Agreement | | | | | Draft agreement, without date, reflecting the mental impressions of an attorney re security interest. | AC, WP | 165 |
| DEXPRIV003203 | DEXPRIV003205 | Dutch | Email | | | | | Email without header information transmitting request for legal advice re security interest. | AC, WP | 166 |
| DEXPRIV003220 | DEXPRIV003220 | Dutch | Handwritten notes | | | | | Undated handwritten notes reflecting the mental impression of an attorney re loan security | AC, WP | 167 |
| DEXPRIV003222 | DEXPRIV003222 | Dutch | Handwritten notes | | | | | Undated handwritten notes reflecting the mental impressions of an attorney re loan security. | AC, WP | 167 |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV003249 | DEXPRIV003277 | English | Agreement | 11/10/2000 | | | | Draft agreement reflecting the mental impression of an attorney re security agreement. | AC, WP | 168 |
| DEXPRIV003280 | DEXPRIV003322 | English | Agreement | 11/08/2000 | | | | Draft agreements reflecting the mental impression of an attorney re security agreement. | AC, WP | 168 |
| DEXPRIV003326 | DEXPRIV003326 | Dutch | Note | | | | | Undated handwritten note reflecting the mental impression of an attorney re litigation and re loan settlement | WP | 168 |
| DEXPRIV003336 | DEXPRIV003338 | English | Letter | | | Mr. Ooi | | Draft letter, without date, reflecting the mental impressions of an attorney re pledging agreement | AC, WP | 169 |
| DEXPRIV003343 | DEXPRIV003363 | English | Agreement | | | | | Draft agreements dated "November 2000" reflecting the mental impression of an attorney re security agreement | WP | 169 |
| DEXPRIV003442 | DEXPRIV003443 | Dutch | Memo | | | A. Miller | | Memorandum without date, providing legal advice re bankruptcy, and loan security | AC, WP | 171 |
| DEXPRIV003456 | DEXPRIV003456 | English | Chart | | | | | Undated draft chart providing legal advice re L&H restructuring | AC, WP | 171 |
| DEXPRIV003457 | DEXPRIV003463 | English | Chart | | | | | undated draft chart providing legal advice re L&H restructuring | AC, WP | 171 |
| DEXPRIV003464 | DEXPRIV003469 | English | Chart | | | | | Undated draft chart providing legal advice re L&H restructuring | AC, WP | 172 |
| DEXPRIV003471 | DEXPRIV003476 | English | Chart | | | | | Undated draft chart providing legal advice re L&H restructuring | AC, WP | 172 |
| DEXPRIV003477 | DEXPRIV003477 | English | Chart | | | | | Undated draft chart providing legal advice re L&H restructuring. | AC, WP | 172 |
| DEXPRIV003495 | DEXPRIV003495 | Dutch | Memo | 12/1/2000 | | C. Piret | | Memorandum providing legal advice re bankruptcy and litigation strategy. | AC, WP | 172 |
| DEXPRIV003500 | DEXPRIV003501 | Dutch | Handwritten notes | 7/2/2000 | | | | Handwritten notes reflecting the mental impressions of an attorney re litigation strategy. | AC, WP | 173 |
| DEXPRIV003502 | DEXPRIV003503 | Dutch | Handwritten notes | | | | | Handwritten notes reflecting the mental impressions of an attorney re litigation strategy. | AC, WP | 173 |
| DEXPRIV003504 | DEXPRIV003505 | Dutch | Handwritten notes | 2/14/2000 | | | | Handwritten notes reflecting the mental impressions of an attorney re litigation strategy. | AC, WP | 173 |
| DEXPRIV003506 | DEXPRIV003507 | Dutch | Handwritten notes | | | | | Handwritten notes reflecting the mental impressions of an attorney re litigation strategy. | AC, WP | 173 |
| DEXPRIV003508 | DEXPRIV003514 | Dutch | Handwritten notes | 12/18/2000 | | | | Handwritten notes reflecting the mental impressions of an attorney re litigation strategy. | AC, WP | 173 |
| DEXPRIV003515 | DEXPRIV003515 | Dutch | Handwritten notes | 6/10/2003 | | | | Handwritten notes reflecting the mental impressions of an attorney re litigation strategy. | AC, WP | 173 |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV003517 | DEXPRIV003518 | Dutch | Memo | | | U. Pommee | | Undated memorandum providing legal advice re communication | AC, WP | 173 |
| DEXPRIV003575 | DEXPRIV003576 | French | Memo | | | U. Pommee | | Memorandum providing legal advice re communication | AC, WP | 176 |
| DEXPRIV003578 | DEXPRIV003579 | English | Memo | | | U. Pommee | | Memorandum providing legal advice re communication | AC, WP | 176 |
| DEXPRIV003580 | DEXPRIV003581 | Dutch | Memo | | | U. Pommee | | Memorandum providing legal advice re communication | AC, WP | 176 |
| DEXPRIV003596 | DEXPRIV003598 | Dutch | Handwritten notes | | | | | Undated handwritten notes reflecting the mental impressions of an attorney re sales of assets | AC, WP | 179 |
| DEXPRIV003599 | DEXPRIV003619 | English | Agreement | 12/xx/2001 | | Dictaphone Corporation, KBC Bank NV, Fortis Bank NV, Artesia Banking Corporation NV, LHSP NV | | Draft shareholders' agreement reflecting the mental impressions of an attorney re L&H restructuring | AC, WP | 179 |
| DEXPRIV003624 | DEXPRIV003626 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 1.2.2001 with marginalia reflecting the mental impressions of an attorney, re L&H litigation strategy and restructuring of L&H financing | AC, WP | 180 |
| DEXPRIV003637 | DEXPRIV003638 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 11/25/2000 with marginalia reflecting the mental impressions of an attorney, re loan security, sale of assets, Korea and restructuring of L&H financing | AC, WP | 181 |
| DEXPRIV003690 | DEXPRIV003704 | English | Agreement | | | KBC Bank NV, Artesia Banking Corporation, L&H SP NV | | Draft shareholders' agreement dated "December 2001", with marginalia reflecting the mental impressions of an attorney re shareholders' agreement | AC, WP | 185 |
| DEXPRIV003705 | DEXPRIV003705 | Dutch | Handwritten notes | 11/20/2001 | | | | Handwritten notes reflecting the mental impressions of an attorney re sales of assets | AC, WP | 185 |
| DEXPRIV003722 | DEXPRIV003724 | English | Minutes | | | | | Draft minutes of conference call of L&H banking consortium dated 7/25/2001, with marginalia reflecting the mental impression of an attorney, providing legal advice re L&H restructuring, L&H litigation issues | AC, WP | 190 |
| DEXPRIV003726 | DEXPRIV003727 | Dutch | Notes | | | | | Undated notes, with marginalia reflecting the mental impressions of an attorney, re L&H financial evolution and loan security | AC, WP | 190 |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV003728 | DEXPRIV003728 | Dutch | Handwritten notes | 7/20/2001 | | | | Handwritten notes reflecting the mental impressions of an attorney re loan security | AC, WP | 190 |
| DEXPRIV003731 | DEXPRIV003731 | Dutch | Letter | | | | | Draft letter reflecting the mental impressions of an attorney re criminal investigation | AC, WP | 190 |
| DEXPRIV003732 | DEXPRIV003732 | Dutch | Letter | | | | | Draft letter reflecting the mental impressions of an attorney re criminal investigation | AC, WP | 191 |
| DEXPRIV003745 | DEXPRIV003745 | Dutch | Handwritten notes | | | | | Handwritten notes reflecting the mental impressions of an attorney re loan security | AC, WP | 191 |
| DEXPRIV003746 | DEXPRIV003747 | Dutch | Handwritten notes | | | | | Handwritten notes dated "7/30" reflecting the mental impressions of an attorney re sale of assets | AC, WP | 192 |
| DEXPRIV003816 | DEXPRIV003817 | Dutch | Handwritten notes | | | K. van Riet | | Undated telephone note reflecting request for legal advice re transfer of warrants into shares | AC, WP | 202 |
| DEXPRIV003821 | DEXPRIV003821 | Dutch | Chart | | | | | Undated chart prepared at the request of counsel and attached to memorandum providing legal advice re criminal investigation | AC, WP | 202 |
| DEXPRIV003822 | DEXPRIV003822 | Dutch | Chart | | | | | Undated chart prepared at the request of counsel and attached to memorandum providing legal advice re criminal investigation | AC, WP | 202 |
| DEXPRIV003825 | DEXPRIV003828 | Dutch | Handwritten notes | | | | | Handwritten notes dated 12/13 reflecting the mental impressions of an attorney re bankruptcy, valuation of assets | AC, WP | 202 |
| DEXPRIV003829 | DEXPRIV003830 | Dutch | Chart | | | | | Undated spreadsheet with marginalia reflecting the mental impressions of an attorney re L&H relationship | AC, WP | 202 |
| DEXPRIV003833 | DEXPRIV003851 | Dutch, French | Chart | 6/26/2003 | | | | Chart requested by an attorney for the purpose of basing legal advice upon re L&H relationship | AC, WP | 202 |
| DEXPRIV003853 | DEXPRIV003855 | Dutch | Chart | | | | | Chart requested by an attorney for the purpose of basing legal advice upon re L&H relationship | AC, WP | 203 |
| DEXPRIV003858 | DEXPRIV003869 | Dutch | Chart | | | | | Undated chart reflecting the mental impressions of an attorney re L&H relationship | AC, WP | 202 |
| DEXPRIV003878 | DEXPRIV003878 | Dutch, English | Chart | | | | | Undated chart transmitting information upon which legal advice is to be based re stock market listing | AC, WP | 205 |
| DEXPRIV003880 | DEXPRIV003880 | Dutch, English | Chart | | | | | Undated chart transmitting information upon which legal advice is to be based re stock market listing | AC, WP | 205 |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV003883 | DEXPRIV003883 | Dutch | Note | | | | | Undated handwritten note reflecting the mental impression of an attorney re litigation | AC, WP | 205 |
| DEXPRIV003884 | DEXPRIV003884 | Dutch | Note | | | | | Undated handwritten note reflecting the mental impression of an attorney re L&H litigation | AC, WP | 205 |
| DEXPRIV003885 | DEXPRIV003885 | Dutch | Note | | | | | Undated handwritten note reflecting the mental impression of an attorney re litigation | AC, WP | 205 |
| DEXPRIV003886 | DEXPRIV003886 | Dutch | Note | | | | | Undated handwritten note reflecting the mental impression of an attorney re L&H litigation | AC, WP | 205 |
| DEXPRIV003887 | DEXPRIV003888 | Dutch | Note | | | | | Undated handwritten note reflecting the mental impression of an attorney re litigation | AC, WP | 205 |
| DEXPRIV003889 | DEXPRIV003890 | Dutch | Note | | | | | Undated handwritten note reflecting the mental impression of an attorney re L&H litigation | AC, WP | 205 |
| DEXPRIV003891 | DEXPRIV003892 | English | Letter | | Dexia Bank S.A. | Swiss Re | Marsh | Draft letter providing legal advice re litigation proceedings | AC, WP | 205 |
| DEXPRIV003893 | DEXPRIV003898 | English | Note | | | | | Undated note providing legal advice re L&H litigation | AC, WP | 205 |
| DEXPRIV003899 | DEXPRIV003900 | English | Letter | | Dexia Bank S.A. | Swiss Re | marsh | Draft letter providing legal advice re L&H litigation proceedings | AC, WP | 205 |
| DEXPRIV003901 | DEXPRIV003906 | English | Note | | | | | Undated note providing legal advice re L&H litigation | AC, WP | 205 |
| DEXPRIV003907 | DEXPRIV003908 | English | Letter | | Dexia Bank S.A. | Swiss | Marsh | Draft letter providing legal advice re Belgian litigation, Radial financing and loan settlement | AC, WP | 205 |
| DEXPRIV003909 | DEXPRIV003910 | English | Letter | | Dexia Bank S.A. | Swiss | Marsh | Draft letter providing legal advice re Belgian litigation, Radial financing and loan settlement | AC, WP | 205 |
| DEXPRIV003911 | DEXPRIV003914 | English | Letter | | Dexia Bank S.A. | Swiss Re | Marsh | Draft letter providing legal advice re Belgian litigation, Radial financing and loan settlement | AC, WP | 206 |
| DEXPRIV003919 | DEXPRIV003920 | French | Note | 3/13/2001 | | | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP | 206 |
| DEXPRIV003927 | DEXPRIV003928 | French | Note | 3/13/2001 | | | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP | 206 |
| DEXPRIV003930 | DEXPRIV003931 | French | Note | 3/13/2001 | | | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP | 206 |
| DEXPRIV003937 | DEXPRIV003939 | French | Note | 3/13/2001 | | | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP | 207 |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV003941 | DEXPRIV003942 | French | Note | 1/11/2001 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP | 207 |
| DEXPRIV003944 | DEXPRIV003945 | French | Note | 3/13/2001 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP | 207 |
| DEXPRIV003951 | DEXPRIV003952 | French | Note | 1/11/2001 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP | 207 |
| DEXPRIV003953 | DEXPRIV003954 | French | Note | 12/22/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP | 207 |
| DEXPRIV003955 | DEXPRIV003956 | French | Note | 12/22/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP | 207 |
| DEXPRIV003958 | DEXPRIV003960 | French | Note | 12/15/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP | 207 |
| DEXPRIV003961 | DEXPRIV003963 | French | Note | 12/22/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP | 207 |
| DEXPRIV003964 | DEXPRIV003966 | French | Note | 12/15/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP | 207 |
| DEXPRIV003967 | DEXPRIV003969 | French | Note | 12/22/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP | 208 |
| DEXPRIV003970 | DEXPRIV003972 | French | Note | 12/15/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP | 208 |
| DEXPRIV003973 | DEXPRIV003975 | French | Note | 12/22/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP | 208 |
| DEXPRIV003976 | DEXPRIV003978 | French | Note | 12/15/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP | 208 |
| DEXPRIV003979 | DEXPRIV003981 | French | Note | 12/22/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP | 208 |