| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV003982 | DEXPRIV003984 | French | Note | 12/15/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP | 208 |
| DEXPRIV003985 | DEXPRIV003987 | French | Note | 12/22/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP | 208 |
| DEXPRIV003988 | DEXPRIV003990 | French | Note | 12/15/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP | 208 |
| DEXPRIV003991 | DEXPRIV003993 | French | Note | 12/22/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP | 208 |
| DEXPRIV003994 | DEXPRIV003996 | French | Note | 11/30/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP | 208 |
| DEXPRIV003997 | DEXPRIV003999 | French | Note | 12/15/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP | 208 |
| DEXPRIV004000 | DEXPRIV004002 | French | Note | 12/15/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP | 208 |
| DEXPRIV004003 | DEXPRIV004005 | French | Note | 11/15/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP | 208 |
| DEXPRIV004006 | DEXPRIV004010 | French | Note | 12/15/2000 2/14/2001 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP | 208 |
| DEXPRIV004011 | DEXPRIV004012 | French | Note | 12/22/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan settlement | AC, WP | 208 |
| DEXPRIV004013 | DEXPRIV004014 | French | Note | 12/22/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan settlement | AC, WP | 209 |
| DEXPRIV004015 | DEXPRIV004016 | French | Note | 2/14/2001 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan settlement | AC, WP | 209 |
| DEXPRIV004017 | DEXPRIV004018 | French | Note | 12/22/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP | 209 |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV004019 | DEXPRIV004020 | French | Note | 12/22/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan settlement | AC, WP | 209 |
| DEXPRIV004021 | DEXPRIV004022 | French | Note | 2/14/2001 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan settlement | AC, WP | 209 |
| DEXPRIV004039 | DEXPRIV004039 | Dutch | Note | | | | | Handwritten note reflecting the mental impression of an attorney re bankruptcy | AC, WP | 211 |
| DEXPRIV004040 | DEXPRIV004040 | Dutch | Draft press release | 3/13/2004 | Dexia Bank | | | Draft press release transmitting information at the request of an attorney re bankruptcy | WP | 211 |
| DEXPRIV004079 | DEXPRIV004079 | Dutch | Note | | | | | Handwritten note reflecting the mental impression of an attorney re credit insurance | WP | 212 |
| DEXPRIV004158 | DEXPRIV004160 | English | Minutes | 12/21/2000 | | Bank Group | | Draft minutes of meeting where attorneys are present, transmitting information for the purpose of legal advice re restructuring of L&H financing | WP | 216 |
| DEXPRIV004163 | DEXPRIV004163 | English | Minutes | 12/15/2000 | | | | Draft minutes of meeting reflecting the mental impression of an attorney re LHSP litigation | AC, WP | 216 |
| DEXPRIV004164 | DEXPRIV004164 | English | Minutes | 12/15/2000 | | | | Draft minutes of meeting reflecting the mental impression of an attorney re LHSP litigation | AC, WP | 216 |
| DEXPRIV004212 | DEXPRIV004213 | Dutch | Handwritten notes | | | | | Undated handwritten notes reflecting the mental impression of an attorney re sale of assets | AC, WP | 219 |
| DEXPRIV004258 | DEXPRIV004258 | Dutch | Letter | | | Dexia Bank NV | | Draft letter, without date, transmitted to obtain legal advice re communication to shareholders of L&H | AC, WP | 220 |
| DEXPRIV004299 | DEXPRIV004300 | English | Memo | | | U. Pommee | | Undated draft press release reflecting the mental impression of an attorney re criminal investigation | AC, WP | 223 |
| DEXPRIV004301 | DEXPRIV004302 | French | Memo | | | U. Pommee | | Undated draft press release reflecting the mental impressions of an attorney re criminal investigation | AC, WP | 223 |
| DEXPRIV004304 | DEXPRIV004304 | English | Memo | | | U. Pommee | | Undated draft press release reflecting the mental impressions of an attorney re criminal investigation | AC, WP | 223 |
| DEXPRIV004306 | DEXPRIV004307 | French | Memo | | | U. Pommee | | Memorandum with marginalia reflecting the mental impressions of an attorney providing legal advice re communications | AC, WP | 224 |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV004318 | DEXPRIV004318 | Dutch | Memo | 10/6/2003 | | | | Note to file, with marginalia reflecting legal advice re litigation proceedings, financial flows | AC, WP | 224 |
| DEXPRIV004372 | DEXPRIV004373 | Dutch | Memo | | Audit & Control Department | A. Miller | | Draft memo transmitted to attorney for the purpose of obtaining legal advice re criminal litigation and re litigation strategy | AC, WP | 227 |
| DEXPRIV004374 | DEXPRIV004374 | Dutch | Memo | | | | | Draft memo transmitted to attorney for the purpose of obtaining legal advice re criminal litigation and re litigation strategy | AC, WP | 227 |
| DEXPRIV004376 | DEXPRIV004376 | Dutch | Chart | | | | | Spreadsheet, with marginalia, with information requested by an attorney to base legal advice upon re L&H relationship | AC, WP | 227 |
| DEXPRIV004404 | DEXPRIV004404 | French | Fax | 7/7/2003 | | B. Lamiroy | | Transmission report with image of first page of fax with marginalia providing information for the purpose of obtaining legal advice re loan security | AC, WP | 229 |
| DEXPRIV004410 | DEXPRIV004410 | French | Memo | | | N1 | | Undated memorandum reflecting legal advice re criminal investigation and code of conduct | AC, WP | 230 |
| DEXPRIV004429 | DEXPRIV004430 | French | Memo | | | N1 | | Undated memorandum reflecting legal advice re litigation issues | AC, WP | 231 |
| DEXPRIV004446 | DEXPRIV004448 | French | Memo | | | | | Undated draft memorandum providing legal advice re litigation issues | AC, WP | 232 |
| DEXPRIV004514 | DEXPRIV004514 | English | Chart | | | | | Undated chart reflecting the mental impression of an attorney re litigation | WP | 235 |
| DEXPRIV004519 | DEXPRIV004520 | French | Note | | | | | Undated note reflecting the mental impression of an attorney and providing legal advice re loan settlement, re loan security and re litigation | WP | 235 |
| DEXPRIV004521 | DEXPRIV004521 | Dutch | Note | | | | | Undated chart reflecting the mental impression of an attorney re loan repayment | WP | 235 |
| DEXPRIV004771 | DEXPRIV004771 | Dutch | Note | | | | | Notes prepared at the request of an attorney re criminal investigation | WP | 237 |
| DEXPRIV004772 | DEXPRIV004772 | Dutch | Handwritten notes | | | | | Notes prepared at the request of an attorney re criminal investigation | WP | 237 |
| DEXPRIV004773 | DEXPRIV004773 | Dutch | Note | | | | | Notes, with marginalia, prepared at the request | WP | 237 |
| DEXPRIV004774 | DEXPRIV004774 | Dutch | Note | | | | | Note reflecting the mental impressions of an attorney re collateral | WP | 237 |
| DEXPRIV004775 | DEXPRIV004775 | Dutch | Note | | | | | Note reflecting the mental impressions of an attorney re collateral | WP | 237 |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV004783 | DEXPRIV004783 | Dutch | Chart | | | | | Undated chart providing information for the purpose of legal advice re criminal investigation | WP | 237 |
| DEXPRIV004784 | DEXPRIV004785 | English, Dutch | Note | | | | | Handwritten note dated "4/6" reflecting the mental impression of an attorney re criminal investigation | WP | 241 |
| DEXPRIV004846 | DEXPRIV004848 | English, Dutch | Note | | | | | Undated handwritten notes reflecting the mental impression of an attorney re litigation strategy, Dictaphone, restructuring of L&H financing. | WP | 241 |
| DEXPRIV004849 | DEXPRIV004851 | English | Note | | | | | Undated handwritten note reflecting the mental impression of an attorney re restructuring of L&H financing | WP | 241 |
| DEXPRIV004859 | DEXPRIV004859 | Dutch | Note | | | | | Internal note reflecting the mental impression of an attorney re litigation | AC, WP | 241 |
| DEXPRIV004861 | DEXPRIV004861 | Dutch | Note | | | | | Handwritten note reflecting the mental impression of an attorney re litigation and re security agreement and re loan settlement and re collateral | AC, WP | 241 |
| DEXPRIV004931 | DEXPRIV004931 | Dutch | Note | 11/23/2000 | | | | Handwritten note reflecting the mental impression of an attorney re security | AC, WP | 245 |
| DEXPRIV004932 | DEXPRIV004932 | English | Note | 12/4/2000 | | | | Handwritten note reflecting the mental impression of an attorney re litigation and re Creditors' Committee | AC, WP | 245 |
| DEXPRIV004938 | DEXPRIV004943 | English | Note | 3/12/2000 | | | | Handwritten note reflecting the mental impression of an attorney re bankruptcy, litigation proceedings and recovery | AC, WP | 245 |
| DEXPRIV004952 | DEXPRIV004953 | Dutch | Note | 11/27/2000 | | | | Draft press release and note reflecting the mental impression of an attorney re litigation and re security | WP | 246 |
| DEXPRIV004964 | DEXPRIV004965 | English | Minutes | 11/24/2000 | | | | Minutes reflecting the mental impression of an attorney re loan security | AC, WP | 246 |
| DEXPRIV004966 | DEXPRIV004967 | English | Note | 11/22/2000 | | | | Handwritten note reflecting the mental impression of an attorney re security. | WP | 246 |
| DEXPRIV004968 | DEXPRIV004968 | English | Note | | | | | Undated handwritten note reflecting the mental impression of an attorney re US litigation proceedings | WP | 246 |

- 24 -

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV005048 | DEXPRIV005049 | English | Meeting minutes | 11/26/2000 | | | | Minutes reflecting the mental impression of an attorney re loan security; contains handwritten marginalia. | AC, WP | 253 |
| DEXPRIV005189 | DEXPRIV005189 | English | Chart | | | | | Undated draft chart legal advice re L&H restructuring | AC, WP | 257 |
| DEXPRIV005196 | DEXPRIV005196 | English | Chart | | | | | Undated draft chart legal advice re L&H restructuring | AC, WP | 257 |
| DEXPRIV005197 | DEXPRIV005203 | English | Chart | | | | | Undated draft chart legal advice re L&H restructuring | AC, WP | 257 |
| DEXPRIV005210 | DEXPRIV005210 | English | Chart | | | | | Undated draft chart providing legal advice re L&H structuring. | AC, WP | 257 |
| DEXPRIV005362 | DEXPRIV005362 | English | Minutes | | | | | Draft minutes of bankers' meeting dated 8/22/2001 re L&H litigation strategy. | AC, WP | 266 |
| DEXPRIV005364 | DEXPRIV005364 | English | Minutes | | | | | Minutes of conference call of L&H banking consortium dated 7/13/2001 providing legal advice re L&H litigation strategy and restructuring of L&H financing | AC, WP | 267 |
| DEXPRIV005365 | DEXPRIV005365 | English | Minutes | | | | | Minutes of conference call of L&H banking consortium dated 7/13/2001 providing legal advice re L&H litigation strategy and restructuring of L&H financing | AC, WP | 267 |
| DEXPRIV005369 | DEXPRIV005369 | English | Minutes | | | | | Minutes of conference call of L&H banking consortium dated 9/25/2001 providing legal advice re L&H litigation strategy and restructuring of L&H financing | AC, WP | 269 |
| DEXPRIV005372 | DEXPRIV005373 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 1/24/2001 providing legal advice re restructuring of L&H financing, interest payment and litigation issues | AC, WP | 270 |
| DEXPRIV005376 | DEXPRIV005376 | English | Minutes | | | | | Draft minutes of meeting of L&H banking consortium dated 1/15/2001 providing legal advice re restructuring of L&H financing | AC, WP | 271 |
| DEXPRIV005388 | DEXPRIV005388 | Dutch | Email | | | C. Decoutere | | Undated email providing legal advice and transmitting request thereof re restructuring of L&H financing and loan settlement. | AC, WP | 273 |
| DEXPRIV005391 | DEXPRIV005392 | Dutch | Memo | 12/11/2000 | | L&H Devaluation Committee | | Memorandum providing legal advice re L&H debt, loan settlement, value of assets. | AC, WP | 273 |
| DEXPRIV005455 | DEXPRIV005455 | Dutch | Letter | 10/20/2000 | Banque Artesia Nederland NV | | | Draft letter transmitted for the purpose of obtaining legal advice re loan settlement. | AC, WP | 278 |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV005556 | DEXPRIV005556 | French | Statement | 6/10/2002 | Dexia | | | Account statement historic overview with marginalia reflecting the mental impressions of an attorney. | AC, WP | 282 |
| DEXPRIV005562 | DEXPRIV005562 | Dutch | Chart | | | | | Undated chart, with marginalia reflecting the mental impressions of an attorney, transmitted to attorney for the purpose of obtaining legal advice re loan settlement. | AC, WP | 283 |
| DEXPRIV005563 | DEXPRIV005563 | Dutch | Wire | | | | | Wire order, with marginalia reflecting the mental impressions of an attorney, re loan settlement. | AC, WP | 284 |
| DEXPRIV005579 | DEXPRIV005579 | Dutch | Handwritten notes | | | | | Undated handwritten notes reflecting the mental impressions of an attorney re transfers and loan settlement. | AC, WP | 284 |
| DEXPRIV005581 | DEXPRIV005581 | Dutch | Chart | | | | | Undated chart transmitted to attorney for the purpose of obtaining legal advice re L&H relationship. | AC, WP | 284 |
| DEXPRIV005583 | DEXPRIV005584 | Dutch | Chart | | | | | Spreadsheet transmitting information requested by an attorney to base legal advice upon re L&H relationship. | AC, WP | 284 |
| DEXPRIV005585 | DEXPRIV005585 | Dutch | Chart | | | | | Spreadsheet transmitting information requested by an attorney to base legal advice upon re L&H relationship. | AC, WP | 284 |
| DEXPRIV005586 | DEXPRIV005587 | Dutch | Handwritten notes | | | | | Undated handwritten notes reflecting the mental impressions of an attorney re transfers and loan settlement. | AC, WP | 284 |
| DEXPRIV005590 | DEXPRIV005608 | Dutch, French | Chart | 6/26/2003 | | | | Chart prepared at the request of counsel re L&H relationship. | AC, WP | 284 |
| DEXPRIV005609 | DEXPRIV005611 | Dutch | Chart | | | | | Chart prepared at the request of counsel re L&H relationship, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP | 285 |
| DEXPRIV005612 | DEXPRIV005612 | Dutch | Chart | | | | | Chart prepared at the request of counsel re L&H relationship, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP | 285 |
| DEXPRIV005613 | DEXPRIV005614 | Dutch | Chart | | | | | Chart prepared at the request of counsel re L&H relationship, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP | 285 |
| DEXPRIV005623 | DEXPRIV005630 | Dutch | Chart | | | | | Chart prepared at the request of counsel re L&H relationship, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP | 285 |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV005632 | DEXPRIV005635 | Dutch | Chart | | | | | Chart prepared at the request of counsel re L&H relationship. | AC, WP | 285 |
| DEXPRIV005636 | DEXPRIV005639 | Dutch | Chart | | | | | Chart prepared at the request of counsel re L&H relationship. | AC, WP | 285 |
| DEXPRIV005640 | DEXPRIV005643 | Dutch | Chart | | | | | Chart prepared at the request of counsel re L&H relationship. | AC, WP | 285 |
| DEXPRIV005644 | DEXPRIV005647 | Dutch | Chart | | | | | Chart prepared at the request of counsel re L&H relationship, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP | 285 |
| DEXPRIV005648 | DEXPRIV005651 | Dutch | Chart | | | | | Chart prepared at the request of counsel re L&H relationship, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP | 285 |
| DEXPRIV005652 | DEXPRIV005654 | Dutch | Chart | | | | | Chart prepared at the request of counsel re L&H relationship, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP | 285 |
| DEXPRIV005656 | DEXPRIV005659 | Dutch | Chart | | | | | Chart prepared at the request of counsel re L&H relationship. | AC, WP | 286 |
| DEXPRIV005661 | DEXPRIV005662 | Dutch | Chart | | | | | Chart prepared at the request of counsel re L&H relationship. | AC, WP | 286 |
| DEXPRIV005674 | DEXPRIV005674 | Dutch | Memo | | | | | Memorandum, with marginalia reflecting the mental impressions of an attorney, providing legal advice re criminal investigation. | AC, WP | 286 |
| DEXPRIV005725 | DEXPRIV005726 | Dutch | Memo | | | | | Memorandum requested by an attorney to base legal advice upon re loan settlement. | AC, WP | 290 |
| DEXPRIV005765 | DEXPRIV5766 | Dutch | Minutes | 7/16/2003 | | Vanderveeren, S. Ryelandt, Y. Herinckx, A. de Roeck | | Minutes of meeting providing legal advice re litigation strategy, criminal investigation, share transactions | AC, WP | 291 |
| DEXPRIV005913 | DEXPRIV005914 | Dutch | Handwritten notes | | | | | Undated handwritten notes reflecting the mental impressions of an attorney preparing legal advice re Belgian compliance. | WP | 292 |
| DEXPRIV005968 | DEXPRIV005969 | Dutch | Handwritten notes | 10/24/2002 | | | | Handwritten notes reflecting the mental impressions of an attorney re loan repayment. | AC, WP | 293 |
| DEXPRIV005982 | DEXPRIV005982 | Dutch | Handwritten notes | | | | | Handwritten telephone notes dated "26/9", reflecting the mental impressions of an attorney re collateral and loan repayment and seizures. | AC, WP | 293 |
| DEXPRIV006031 | DEXPRIV006031 | French | Press release | 6/25/2003 | Dexia Banque | | | Draft press release with marginalia reflecting the mental impression of an attorney re loan security | AC, WP | 296 |
| DEXPRIV006177 | DEXPRIV006178 | Dutch | Handwritten notes | | | | | Draft memorandum providing legal advice re communications | AC, WP | 296 |

- 27 -

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV006217 | DEXPRIV006217 | Dutch | Letter | | | | | Draft letter without date, reflecting the mental impressions of an attorney re credit facility, execution of collateral and loan settlement | AC, WP | 298 |
| DEXPRIV006236 | DEXPRIV006244 | Dutch | Chart | | | | | Inventory of litigation documents, with marginalia reflecting the mental impressions of an attorney, re L&H litigation | WP | 299 |
| DEXPRIV006271 | DEXPRIV006272 | Dutch | Handwritten notes | | | | | Undated handwritten notes reflecting the mental impressions of an attorney re loan settlement, restructuring of L&H financing and Belgian court proceedings | AC, WP | 300 |
| DEXPRIV006295 | DEXPRIV006305 | English | Court Submission | | | | | Summons with marginalia reflecting the mental impressions of an attorney re loan settlement | AC, WP | 301 |
| DEXPRIV006359 | DEXPRIV006361 | Dutch | Email | | | | | Incomplete email, likely sent by van Riet, transmitting legal advice re LHIC investment portfolio | AC, WP | 302 |
| DEXPRIV006394 | DEXPRIV006394 | Dutch | Chart | | | | | Undated chart providing information upon which legal advice is based re devaluations | AC, WP | 304 |
| DEXPRIV006397 | DEXPRIV006397 | Dutch | Chart | | | | | Undated chart, with marginalia reflecting the mental impressions of an attorney, providing information upon which legal advice is based re devaluations. | AC, WP | 305 |
| DEXPRIV006417 | DEXPRIV006417 | French | Chart | | | | | Undated chart providing information upon which legal advice is based re recovery | AC, WP | 306 |
| DEXPRIV006420 | DEXPRIV006420 | French | Chart | | | | | Undated chart providing information upon which legal advice is based re recover | AC, WP | 306 |
| DEXPRIV006460 | DEXPRIV006465 | English | Draft agreement | 12/22/2000 | | | | Draft agreement reflecting the mental impression of an attorney re security agreement | AC, WP | 308 |
| DEXPRIV006466 | DEXPRIV006471 | English | Draft agreement | 12/22/2000 | | | | Draft agreement reflecting the mental impression of an attorney re security agreement | AC, WP | 308 |
| DEXPRIV006473 | DEXPRIV006473 | Dutch | Minutes | | | | | Minutes of bankers meeting dated 10/31/2000 reflecting the mental impression of an attorney re loan security and restructuring of L&H financing. | AC, WP | 308 |
| DEXPRIV006484 | DEXPRIV006485 | English | Chart | | | | | Chart providing information for the purpose of legal advice re restructuring of L&H financing. | WP | 309 |
| DEXPRIV006534 | DEXPRIV006534 | English | Letter | | | | | Draft letter, without date, with marginalia reflecting the mental impressions of an attorney re L&H financing. | AC, WP | 313 |

- 28 -

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV006610 | DEXPRIV006610 | English | Minutes | | | | | Draft minutes of meeting of L&H banking consortium dated 12/21/2000 re bankruptcy and Dictaphone. | AC, WP | 318 |
| DEXPRIV006622 | DEXPRIV006625 | English | Minutes | | | | | Draft minutes of meeting of L&H banking consortium re restructuring of L&H financing | AC, WP | 318 |
| DEXPRIV006626 | DEXPRIV006627 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium re restructuring of L&H financing | AC, WP | 319 |
| DEXPRIV006630 | DEXPRIV006630 | English | Minutes | | | | | First page of minutes of meeting of L&H banking consortium re restructuring of L&H financing | AC, WP | 319 |
| DEXPRIV006662 | DEXPRIV006663 | Dutch | Handwritten notes | | | | | Handwritten notes reflecting the mental impressions of an attorney re delivery of shares. | AC, WP | 321 |
| DEXPRIV006665 | DEXPRIV006665 | French | Handwritten notes | | | | | Handwritten notes reflecting the mental impressions of an attorney re delivery of shares. | AC, WP | 321 |
| DEXPRIV006668 | DEXPRIV006668 | Dutch | Handwritten notes | 5/18/2003 | | | | Handwritten notes reflecting the mental impressions of an attorney re delivery of shares. | AC, WP | 321 |
| DEXPRIV006714 | DEXPRIV006715 | Dutch | Handwritten notes | | | | | Undated handwritten notes reflecting the mental impressions of an attorney re delivery of shares. | WP | 325 |
| DEXPRIV006741 | DEXPRIV006743 | Dutch | Handwritten notes | | | | | Undated handwritten notes reflecting the mental impressions of an attorney re delivery of shares. | WP | 326 |
| DEXPRIV006744 | DEXPRIV006745 | Dutch | Handwritten notes | | | | | Undated handwritten notes reflecting the mental impressions of an attorney re delivery of shares. | WP | 326 |
| DEXPRIV006746 | DEXPRIV006746 | Dutch | Handwritten notes | | | | | Undated handwritten notes reflecting the mental impressions of an attorney re delivery of shares. | WP | 326 |
| DEXPRIV006755 | DEXPRIV006757 | Dutch | Handwritten notes | | | | | Undated handwritten notes reflecting the mental impressions of an attorney re delivery of shares. | WP | 328 |
| DEXPRIV006758 | DEXPRIV006759 | Dutch | Handwritten notes | | | | | Undated handwritten notes reflecting the mental impressions of an attorney re delivery of shares. | WP | 328 |
| DEXPRIV006760 | DEXPRIV006760 | Dutch | Handwritten notes | | | | | Undated handwritten notes reflecting the mental impressions of an attorney re delivery of shares. | WP | 328 |
| DEXPRIV006762 | DEXPRIV006763 | French | Letter | | | BNP Paribas | | Undated draft letter re delivery of shares, transmitted for the purpose of legal advice re same and with marginalia reflecting the mental impressions of an attorney re same. | AC, WP | 328 |
| DEXPRIV006889 | DEXPRIV006889 | Dutch | Memorandum | | Legal Department | E. Huyghe, J. Vandersteen | | Memorandum providing legal advice re L&H pledge | AC, WP | 331 |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV006936 | DEXPRIV006941 | Dutch | Handwritten Notes | | | | | Handwritten notes dated "10/07" reflecting the mental impersssions of an attorney re US litigation, Belgian L&H bankruptcy litigation, and court procedures, with attached handwritten notes. | AC, WP | 332 |
| DEXPRIV006943 | DEXPRIV006945 | Dutch | Handwritten Notes | | | | | Undated handwritten notes reflecting the mental impressions of an attorney re: L&H debt and Belgian L&H bankruptcy | AC, WP | 332 |
| DEXPRIV007243 | DEXPRIV007244 | Dutch | Chart | | | | | Chart, with marginalia reflecting the mental impressions of an attorney re LDC and L&H bankruptcy | AC, WP | 334 |
| DEXPRIV007249 | DEXPRIV007266 | Dutch | Fax | 5/18/2001 | Artesia Global Risk | C. Ulenaers | | Fax, with attachments, providing information requested by an attorney for the purpose of providing legal advice re L&H pledge | AC, WP | 334 |
| DEXPRIV007284 | DEXPRIV007284 | Dutch | Fax | | | C. Ulenaers | | Fax providing information requested by an attorney for the purpose of providing legal advice re L&H pledge | AC, WP | 335 |
| DEXPRIV007285 | DEXPRIV007285 | Dutch | Fax | 5/18/2001 | Artesia Global Risk | C. Ulenaers | | Fax transmission report with image of first page of fax providing information requested by an attorney for the purpose of providing legal advice re L&H pledge | AC, WP | 335 |
| DEXPRIV007402 | DEXPRIV007405 | Dutch | Handwritten notes | | | | | Handwritten notes reflecting the mental impressions of an attorney re L&H and ELCS seizure criminal investigation | WP | 341 |
| DEXPRIV007417 | DEXPRIV007420 | Dutch | Forms | 6/18/2003 | Legal Department | M. Blommaert | | Forms providing legal advice re ELCS seizure | AC, WP | 342 |
| DEXPRIV007441 | DEXPRIV007441 | Dutch | Letter | 6/15/2001 | Artesia Bank NV | BTW Administrative | W. Hardeman | Draft letter | WP | 344 |
| DEXPRIV007446 | DEXPRIV007446 | Dutch | Chart | | | | | Attachment to memorandum for credit committee of 2/2/2001 prepared at the request of an attorney re ELCS seizure | AC, WP | 344 |
| DEXPRIV007447 | DEXPRIV007447 | Dutch | Forms | | Artesia Banking Corporation | | | Credit proposal prepared for credit committee of 2/2/2001 reflecting legal advice re ELCS seizure | AC, WP | 345 |
| DEXPRIV007448 | DEXPRIV007448 | Dutch | Chart | | | | | Attachment to memorandum for credit committee of 2/2/2001 prepared at the request of an attorney re ELCS seizure | AC, WP | 345 |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV007452 | DEXPRIV007452 | Dutch | Handwritten notes | | "Barbara" | "Bernard" | | Undated handwritten notes transmitting credit proposal requesting legal advice or at the request of an attorney, re ELCS seizure | AC, WP | 345 |
| DEXPRIV007453 | DEXPRIV007461 | Dutch | Chart | 2/01/2001 | BACOB Bank NV | | | Credit analysis prepared at the request of an attorney re ELCS seizure | AC, WP | 345 |
| DEXPRIV007570 | DEXPRIV007592 | English | Agreement | | Dictaphone Corporation | | | Draft Promissory Note with marginalia reflecting the mental impressions of an attorney re same | AC, WP | 351 |
| DEXPRIV007593 | DEXPRIV007614 | English | Agreement | | Dictaphone Corporation | | | Draft Promissory Note with marginalia reflecting the mental impressions of an attorney re same | AC, WP | 351 |
| DEXPRIV007615 | DEXPRIV007636 | English | Agreement | | Dictaphone Corporation | | | Draft Promissory Note with marginalia reflecting the mental impressions of an attorney re same | AC, WP | 351 |
| DEXPRIV007637 | DEXPRIV007659 | English | Agreement | | Dictaphone Corporation | | | Draft Promissory Note with marginalia reflecting the mental impressions of an attorney re same | AC, WP | 351 |
| DEXPRIV007663 | DEXPRIV007665 | English | Agreement | 7/12/2001 | | | | Draft term sheet re restructuring of L&H financing | AC, WP | 352 |
| DEXPRIV007717 | DEXPRIV007724 | English | Corporate Documents | 2/20/2002 | | | | Draft bylaws with marginalia reflecting the mental impressions of an attorney re same | AC, WP | 356 |
| DEXPRIV007726 | DEXPRIV007731 | English | Corporate Documents | 2/20/2002 | | | | Draft Certificate of Incorporation, with marginalia reflecting the mental impressions of an attorney re same | AC, WP | 357 |
| DEXPRIV007733 | DEXPRIV007736 | English | Agreement | 2/20/2002 | | | | Draft Members' Agreement, with marginalia reflecting the mental impressions of an attorney re same | AC, WP | 358 |
| DEXPRIV007738 | DEXPRIV007744 | English | Agreement | 2/18/2002 | | | | Draft bylaws with marginalia reflecting the mental impressions of an attorney re same | AC, WP | 358 |
| DEXPRIV007819 | DEXPRIV007841 | English | Agreement | | | | | Draft Promissory Note with marginalia reflecting the mental impressions of an attorney re same | AC, WP | 361 |
| DEXPRIV007842 | DEXPRIV007863 | English | Agreement | | | | | Draft Promissory Note with marginalia reflecting the mental impressions of an attorney re same | AC, WP | 361 |
| DEXPRIV007868 | DEXPRIV007889 | English | Agreement | | | | | Draft Promissory Note with marginalia reflecting the mental impressions of an attorney re same | AC, WP | 361 |
| DEXPRIV007890 | DEXPRIV007913 | English | Agreement | | | | | Draft Promissory Note with marginalia reflecting the mental impressions of an attorney re same | AC, WP | 361 |
| DEXPRIV007936 | DEXPRIV007936 | English | Chart | | | | | Chart, prepared at the request of an attorney, re Dictaphone debt | AC, WP | 371 |
| DEXPRIV007941 | DEXPRIV007941 | English | Chart | | | | | Chart, prepared at the request of an attorney, re Dictaphone financing | AC, WP | 372 |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV007949 | DEXPRIV007950 | Dutch | Handwritten Notes | 06/17/2003 | | | | Handwritten notes reflecting the mental impressions of an attorney and reflecting legal advice re Dictaphone | AC, WP | 372 |
| DEXPRIV007951 | DEXPRIV007953 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 1/12/2000 re L&H litigation strategy | AC, WP | 372 |
| DEXPRIV007954 | DEXPRIV007954 | English | Minutes | | | | | First page of minutes meeting of L&H banking consortium dated 11/29/2000 providing legal advice re restructuring of L&H financing, L&H bankruptcy strategy and L&H litigation strategy | AC, WP | 372 |
| DEXPRIV007955 | DEXPRIV007955 | English | Minutes | | | | | First page of minutes of conference call of L&H banking consortium dated 11/29/2000 providing legal advice re sale of assets and restructuring of L&H financing | AC, WP | 372 |
| DEXPRIV007956 | DEXPRIV007957 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 11/26/2000 providing legal advice re restructuring of L&H financing | AC, WP | 373 |
| DEXPRIV007958 | DEXPRIV007958 | English | Minutes | | | | | First page of minutes of meeting of L&H banking consortium dated 11/24/2000 providing legal advice re litigation strategy | AC, WP | 373 |
| DEXPRIV007980 | DEXPRIV007982 | English | Letter | | | C. Schneider, J. Vankeerberghen, P. van Raemdonck | C. Dammekens, F. Vanderhoydonck, Artesia Banking Corporation, KBC Bank NV | Undated draft letter to be sent by L&H, with marginalia reflecting the mental impressions of an attorney re same | AC, WP | 376 |
| DEXPRIV007986 | DEXPRIV007990 | Dutch | Court Submission | 1/03/2001 | | | | Draft Motion | WP | 377 |
| DEXPRIV007993 | DEXPRIV007996 | English | Letter | | | | | Undated draft letter to LHSP reflecting the mental impressions of an attorney re restructuring of L&H financing, with marginalia reflecting the mental impressions of an attorney re same | AC, WP | 377 |
| DEXPRIV008000 | DEXPRIV008004 | Dutch | Court Submission | 1/03/2001 | | | | Draft Motion | WP | 378 |
| DEXPRIV008020 | DEXPRIV008020 | | Fax | 12/7/2000 | Legal Department | | | Fax transmission report with image of first page of fax transmitting legal advice. Incomplete document | AC, WP | 379 |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV008023 | DEXPRIV008023 | | Fax | 12/7/2000 | Legal Department | J. Vankeerberghen, D. de Bleser, V. Vercaigne, E. Huyghe, M. Tanghe, K. Macours, K. van Riet, P. Cordonnier, K. Diederich | | Fax transmission report with image of first page of fax transmitting legal advice re restructuring of L&H financing | AC, WP | 380 |
| DEXPRIV008032 | DEXPRIV008032 | | Fax | 11/29/2000 | Artesia | P. van Tiggel | | Fax transmission report with image of first page of fax, with attachment, transmitting legal advice re restructuring of L&H financing | AC, WP | 380 |
| DEXPRIV008033 | DEXPRIV008033 | English | Letter | 11/29/2000 | | | | Draft letter to be sent to LHSP, reflecting the mental impressions of an attorney re restructuring of L&H financing | AC, WP | 380 |
| DEXPRIV008036 | DEXPRIV008039 | English | Letter | | | | | Undated letter to LHSP reflecting the mental impressions of an attorney re restructuring of L&H financing, with marginalia reflecting the mental impressions of an attorney re same | AC, WP | 381 |
| DEXPRIV008040 | DEXPRIV008041 | English | Minutes | | | | | Minutes of conference call of L&H banking consortium dated 1/24/2001 providing legal advice re L&H litigation strategy and restructuring of L&H financing | AC, WP | 381 |
| DEXPRIV008042 | DEXPRIV008043 | English | Minutes | | | | | Draft minutes of meeting of L&H banking consortium dated 1/15/2001 providing legal advice re restructuring of L&H financing | AC, WP | 381 |
| DEXPRIV008044 | DEXPRIV008047 | English | Minutes | | | | | Draft minutes of meeting of L&H banking consortium dated 1/15/2001 providing legal advice re sale of assets, L&H litigation strategy and restructuring of L&H financing | AC, WP | 381 |
| DEXPRIV008048 | DEXPRIV008050 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 1/8/2001 providing legal advice re valuation of assets, L&H bankruptcy, L&H litigation strategy and restructuring of L&H financing | AC, WP | 381 |
| DEXPRIV008051 | DEXPRIV008053 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 1/2/2001 providing legal advice re L&H litigation strategy and restructuring of L&H financing | AC, WP | 381 |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV008054 | DEXPRIV008055 | English | Minutes | | | | | Draft minutes of meeting of L&H banking consortium dated 12/28/2000 providing legal advice re L&H litigation strategy and restructuring of L&H financing | AC, WP | 381 |
| DEXPRIV008056 | DEXPRIV008057 | English | Minutes | | | | | Draft minutes of meeting of L&H banking consortium dated 12/28/2000 providing legal advice re L&H litigation strategy and restructuring of L&H financing | AC, WP | 381 |
| DEXPRIV008058 | DEXPRIV008061 | English | Minutes | | | | | Draft minutes of meeting of L&H banking consortium dated 12/21/2000, with attachment, providing legal advice re L&H bankruptcy and Dictaphone | AC, WP | 382 |
| DEXPRIV008062 | DEXPRIV008062 | English | Fax | | KBC Bank | | | Page 2 of fax reflecting legal advice and request for legal advice re composition agreement and restructuring of L&H financing | AC, WP | 382 |
| DEXPRIV008063 | DEXPRIV008066 | English | Minutes | | | | | Draft minutes of meeting of L&H banking consortium dated 12/18/2000 providing legal advice re restructuring of L&H financing, sales of assets, audit, and litigation proceedings | AC, WP | 382 |
| DEXPRIV008067 | DEXPRIV008068 | English | Minutes | | | | | Draft minutes of meeting of L&H banking consortium dated 12/15/2000 providing legal advice re restructuring of L&H financing | AC, WP | 382 |
| DEXPRIV008069 | DEXPRIV008070 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 12/12/2000, with marginalia reflecting the mental impressions of an attorney re same | AC, WP | 382 |
| DEXPRIV008071 | DEXPRIV008072 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 12/4/2000 (8pm) providing legal advice re Belgian and US litigation proceedings, Creditors' Committee, restructuring of L&H financing and Belgian litigation, with marginalia reflecting the mental impressions of an attorney re same | AC, WP | 382 |

- 34 -

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV008073 | DEXPRIV008075 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 12/4/2000 (3pm) providing legal advice re Creditors' Committee, loan security, restructuring of L&H financing and Belgian litigation, with marginalia reflecting the mental impressions of an attorney re same | AC, WP | 382 |
| DEXPRIV008076 | DEXPRIV008079 | English | Minutes | | | | | Minutes of conference call of L&H banking consortium dated 12/3/2000 providing legal advice re L&H litigation strategy, L&H bankruptcy L&H Korea, LDCs, and restructuring of L&H financing | AC, WP | 382 |
| DEXPRIV008115 | DEXPRIV008115 | Dutch | Handwritten notes | | | | | Undated handwritten notes reflecting the mental impressions of an attorney re loan repayment | AC, WP | 388 |
| DEXPRIV008140 | DEXPRIV008140 | Dutch | Email | 12/28/2000 | | P. van Tiggel, G. Vekeman, P. Collignon | | Email, with marginalia reflecting the mental impressions of an attorney re same | AC, WP | 390 |
| DEXPRIV008141 | DEXPRIV008142 | Dutch | Email | 12/28/2000 | | P. van Tiggel, G. Vekeman, P. Collignon | | Email, with marginalia reflecting the mental impressions of an attorney re same | AC, WP | 390 |
| DEXPRIV008162 | DEXPRIV008166 | Dutch | Court Submission | | | | | Draft Summons and Complaint, with marginalia | WP | 391 |
| DEXPRIV008199 | DEXPRIV008202 | Dutch | Court Submission | | | | | Draft Summons and Complaint | WP | 394 |
| DEXPRIV008210 | DEXPRIV008213 | Dutch | Court Submission | | | | | Draft Summons and Complaint, with marginalia | WP | 395 |
| DEXPRIV008215 | DEXPRIV008218 | Dutch | Court Submission | | | | | Draft Summons and Complaint, with marginalia | WP | 395 |
| DEXPRIV008226 | DEXPRIV008229 | Dutch | Court Submission | | | | | Draft Summons and Complaint | WP | 396 |
| DEXPRIV008256 | DEXPRIV008256 | Dutch | Email | 7/5/2001 | W. (illegible) | K. van Riet | N. Poppe | Email transmitting information requested by an attorney re L&H | AC, WP | 398 |
| DEXPRIV008278 | DEXPRIV008279 | English | Filing | | | | | Edgar filing with marginalia reflecting the mental impressions of an attorney re jurisdiction | AC, WP | 403 |
| DEXPRIV008315 | DEXPRIV008317 | | Email | | | B. Lamiroy | | Email with incomplete header information transmitting legal advice re L&H bankruptcy | AC, WP | 411 |
| DEXPRIV008407 | DEXPRIV008411 | Dutch | Court Submission | 1/3/2001 | | | | Draft motion | WP | 423 |
| DEXPRIV008449 | DEXPRIV008450 | English | Memorandum | | | | | Undated memorandum without header information, with marginalia, providing legal advice re perfection of security and jurisdiction | AC, WP | 425 |

- 35 -

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV008451 | DEXPRIV008452 | English | Memorandum | | | | | Undated memorandum without header information providing legal advice re perfection of security and jurisdiction | AC, WP | 425 |
| DEXPRIV008453 | DEXPRIV008453 | English | Memorandum | 11/16/2000 | | | | Addendum to undated memorandum without header information providing legal advice re perfection of security and jurisdiction | AC, WP | 425 |
| DEXPRIV008647 | DEXPRIV008648 | Dutch | Chart | 4/10/2003 | | | | Chart drafted at the request of an attorney re loan settlement | AC, WP | 432 |
| DEXPRIV008650 | DEXPRIV008653 | Dutch | Chart | 4/9/2003 | Dexia Bank NV | Legal Department | | Chart drafted at the request of an attorney re loan settlement | AC, WP | 432 |
| DEXPRIV008662 | DEXPRIV008662 | English | Email | 3/28/2003 | | | | Chart drafted at the request of an attorney re loan settlement, with marginalia reflecting the mental impressions of an attorney re same | AC, WP | 434 |
| DEXPRIV008664 | DEXPRIV008664 | Dutch | Handwritten notes | | | | | Undated handwritten notes reflecting the mental impressions of an attorney re loan settlement and valuation of L&H | AC, WP | 434 |
| DEXPRIV008709 | DEXPRIV008709 | Dutch | Handwritten notes | | | | | Undated handwritten notes reflecting the mental impressions of an attorney re loan settlement | AC, WP | 435 |
| DEXPRIV008721 | DEXPRIV008722 | Dutch | Memorandum | | | | | Undated memorandum providing legal advice re loan settlement | AC, WP | 436 |
| DEXPRIV009033 | DEXPRIV009033 | Dutch | Notes | | | | | Undated file notes reflecting the mental impressions of an attorney re LDC | WP | 442 |
| DEXPRIV009034 | DEXPRIV009034 | Dutch | Handwritten notes | | | | | Handwritten notes dated "17/05" reflecting the mental impressions of an attorney re restructuring of L&H financing | WP | 442 |
| DEXPRIV009355 | DEXPRIV009375 | French | Forms | 6/18/2003 | Legal Department | M. Blommaert | | Forms with instructions of an attorney and providing legal advice re ELCS | AC, WP | 445 |
| DEXPRIV009378 | DEXPRIV009381 | French | Forms | 6/18/2003 | Legal Department | M. Blommaert | | Forms with instructions of an attorney and providing legal advice re ELCS | AC, WP | 445 |
| DEXPRIV009384 | DEXPRIV009385 | English | Minutes | 12/15/2000 | | | | Minutes of meeting of L&H banking consortium providing legal advice re restructuring of L&H financing | AC, WP | 445 |
| DEXPRIV009386 | DEXPRIV009389 | English | Minutes | 12/8/2000 | | | | Minutes of meeting of L&H banking consortium providing legal advice re restructuring of L&H financing | AC, WP | 445 |
| DEXPRIV009390 | DEXPRIV009390 | English | Letter | | KBC Bank | | | Last page of fax from KBC reflecting legal advice re bankruptcy and restructuring of L&H financing | AC, WP | 446 |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV009391 | DEXPRIV009394 | English | Minutes | 12/18/2000 | | | | Minutes of meeting of L&H banking consortium providing legal advice re restructuring of L&H financing | AC, WP | 446 |
| DEXPRIV009395 | DEXPRIV009396 | English | Minutes | 12/15/2000 | | | | Minutes of meeting of L&H banking consortium providing legal advice re restructuring of L&H financing | AC, WP | 446 |
| DEXPRIV009397 | DEXPRIV009399 | English | Minutes | 12/21/2000 | | | | Minutes of meeting of L&H banking consortium providing legal advice re bankruptcy and restructuring of L&H financing | AC, WP | 446 |
| DEXPRIV009403 | DEXPRIV009404 | English | Minutes | 12/15/2000 | | | | Minutes of meeting of L&H banking consortium providing legal advice re restructuring of L&H financing | AC, WP | 446 |
| DEXPRIV009405 | DEXPRIV009406 | English | Minutes | 12/12/2000 | | | | Minutes of conference call of L&H banking consortium providing legal advice repledge | AC, WP | 446 |
| DEXPRIV009409 | DEXPRIV009410 | English | Conference call | 12/12/2000 | | | | Draft minutes of telephone conference of L&H banking consortium providing legal advice re loan security and restructuring of L&H financing | AC, WP | 447 |
| DEXPRIV009413 | DEXPRIV009415 | English | Minutes | 4/12/2000 | | | | Draft minutes of meeting of L&H banking consortium providing legal advice re Creditors' Committee, loan security, restructuring of L&H financing and Belgian litigation, with marginalia reflecting the mental impressions of an attorney re same | AC, WP | 448 |
| DEXPRIV009416 | DEXPRIV009417 | English | Minutes | 4/12/2000 | | | | Draft minutes of meeting of L&H banking consortium providing legal advice re bankruptcy and Belgian litigation, with marginalia reflecting the mental impressions of an attorney re same | AC, WP | 448 |
| DEXPRIV009420 | DEXPRIV009422 | English | Minutes | 8/12/2000 | | | | Minutes of meeting of L&H banking consortium providing legal advice re bankruptcy, shareholders' litigation and L&H litigation strategy | AC, WP | 448 |
| DEXPRIV009425 | DEXPRIV009428 | English | Minutes | 3/12/2000 | | | | Minutes of conference call of L&H banking consortium providing legal advice re L&H litigation strategy, bankruptcy and restructuring of L&H financing, with marginalia reflecting the mental impression of an attorney re alleged fraud | AC, WP | 449 |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV009429 | DEXPRIV009432 | English | Minutes | 3/12/2000 | | | | Minutes of conference call of L&H banking consortium providing legal advice re L&H litigation strategy, bankruptcy and restructuring of L&H financing | AC, WP | 449 |
| DEXPRIV009433 | DEXPRIV009435 | English | Minutes | 4/12/2000 | | | | Minutes of meeting of L&H banking consortium providing legal advice re bankruptcy and Belgian litigation, with marginalia reflecting the mental impressions of an attorney re same | AC, WP | 449 |
| DEXPRIV009436 | DEXPRIV009438 | English | Minutes | 1/12/2000 | | | | Minutes of meeting of L&H banking consortium providing legal advice re L&H litigation strategy | AC, WP | 449 |
| DEXPRIV009439 | DEXPRIV009439 | English | Minutes | 11/29/2000 | | | | Minutes of meeting of L&H banking consortium providing legal advice re L&H litigation strategy | AC, WP | 449 |
| DEXPRIV009440 | DEXPRIV009440 | English | Minutes | 11/29/2000 | | | | Minutes of conference call of L&H banking consortium providing legal advice re restructuring of L&H financing, bankruptcy strategy and L&H litigation strategy | AC, WP | 449 |
| DEXPRIV009441 | DEXPRIV009442 | English | Minutes | 11/26/2000 | | | | Minutes of meeting of L&H banking consortium providing legal advice re L&H financing | AC, WP | 450 |
| DEXPRIV009443 | DEXPRIV009444 | English | Minutes | 11/26/2000 | | | | Minutes of meeting of L&H banking consortium providing legal advice re L&H financing | AC, WP | 450 |
| DEXPRIV009445 | DEXPRIV009446 | English | Minutes | 11/26/2000 | | | | Minutes of meeting of L&H banking consortium providing legal advice re litigation strategy | AC, WP | 450 |
| DEXPRIV009447 | DEXPRIV009448 | English | Minutes | 11/24/2000 | | | | Minutes of meeting of L&H banking consortium providing legal advice re L&H litigation strategy | AC, WP | 450 |
| DEXPRIV009449 | DEXPRIV009451 | English | Minutes | 11/22/2000 | | | | Minutes of meeting of L&H banking consortium providing legal advice re L&H financing | AC, WP | 450 |
| DEXPRIV009452 | DEXPRIV009454 | English | Minutes | 11/17/2000 | | | | Minutes of meeting of L&H banking consortium providing legal advice re loan security, sale of assets, Korea and restructuring of L&H financing | AC, WP | 450 |
| DEXPRIV009455 | DEXPRIV009455 | English | Minutes | 11/17/2000 | | | | Minutes of meeting of L&H banking consortium providing legal advice re Korea | AC, WP | 450 |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV009456 | DEXPRIV009457 | Dutch | Minutes | 11/15/2000 | | | | Minutes of meeting of L&H banking consortium providing legal advice re loan security, sale of assets, Korea and restructuring of L&H financing | AC, WP | 450 |
| DEXPRIV009461 | DEXPRIV009462 | Dutch | Minutes | 11/15/2000 | | | | Minutes of meeting of L&H banking consortium providing legal advice re loan security, sale of assets, Korea and restructuring of L&H financing | AC, WP | 451 |
| DEXPRIV009463 | DEXPRIV009465 | English | Minutes | 10/31/2000 | | | | Minutes of meeting of L&H banking consortium, with attachment, re loan security, sale of assets, Korea representation and restructuring of L&H financing | AC, WP | 451 |
| DEXPRIV009466 | DEXPRIV009467 | Dutch | Minutes | 10/31/2000 | | | | Minutes of meeting of L&H banking consortium, with attachment, re loan security, sale of assets, Korea representation and restructuring of L&H financing, with marginalia reflecting the mental impressions of an attorney re same | AC, WP | 451 |
| DEXPRIV009510 | DEXPRIV009515 | English | Court Submission | | | | | Draft affidavit | AC, WP | 454 |
| DEXPRIV009544 | DEXPRIV009550 | English | Court Submission | 10/21/2002 | | | | Draft affidavit | WP | 456 |
| DEXPRIV009551 | DEXPRIV009551 | English | Court Submission | 10/21/2002 | | | | Draft affidavit | WP | 456 |
| DEXPRIV009575 | DEXPRIV009583 | English | Court Submission | | | | | Draft affidavit | WP | 456 |
| DEXPRIV009586 | DEXPRIV009592 | English | Court Submission | | | | | Draft affidavit | WP | 456 |
| DEXPRIV009594 | DEXPRIV009602 | English | Court Submission | | | | | Draft affidavit | WP | 456 |
| DEXPRIV009604 | DEXPRIV009612 | English | Affidavit | | | | | Draft affidavit | WP | 456 |
| DEXPRIV009544 | DEXPRIV009550 | English | Court Submission | 10/21/2002 | | | | Draft affidavit | WP | 456 |
| DEXPRIV009551 | DEXPRIV009551 | English | Court Submission | 10/21/2002 | | | | Draft affidavit | WP | 456 |
| DEXPRIV009575 | DEXPRIV009583 | English | Court Submission | | | | | Draft affidavit | WP | 456 |
| DEXPRIV009586 | DEXPRIV009592 | English | Court Submission | | | | | Draft affidavit | WP | 456 |
| DEXPRIV009594 | DEXPRIV009602 | English | Court Submission | | | | | Draft affidavit | WP | 456 |
| DEXPRIV009604 | DEXPRIV009612 | English | Affidavit | | | | | Draft affidavit | WP | 456 |
| DEXPRIV009640 | DEXPRIV009641 | English | Memorandum | 2/13/2003 | Dexia Bank | | | Draft memorandum reflecting the mental impressions of an attorney re defense in litigation | AC, WP | 460 |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV009646 | DEXPRIV009645 | English | Memorandum | 2/13/2003 | Dexia Bank | | | Draft memorandum reflecting the mental impressions of an attorney re defense in litigation | AC, WP | 460 |
| DEXPRIV009684 | DEXPRIV009691 | English | Court submission | | | | | Draft affidavit | WP | 463 |
| DEXPRIV009706 | DEXPRIV009707 | English | Court submission | | | | | Draft affidavit, with marginalia reflecting the mental impressions of an attorney re same | WP | 464 |

- 40 -