# EXHIBIT H

## REDACTIONS IN DEXIA DOCUMENTS PRODUCED WHERE AUTHOR OF REDACTION IS NOT IDENTIFIED

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privileged Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DBB 011663 | DBB 011689 | Dutch | Court Submission | | | | | Draft Request, with marginalia reflecting the mental impressions of an attorney re LHSP pledge. | Attorney-Client Privilege\Work Product | 3 |
| DBB 020222 | DBB 020228 | English | Certificate of Incorporation | 02/25/02 | | | | Marginalia providing legal advice re Dictaphone Certificate of Incorporation. | Attorney-Client Privilege\Work Product | 11 |
| DBB 021349 | DBB 021351 | English | Term Sheet | 05/02/00 | | | | Term sheet with marginalia reflecting the mental impressions of an attorney re sale of Dictaphone. | Attorney-Client Privilege\Work Product | 12 |
| DBB 026295 | DBB 026295 | Dutch | | | | | | Part of motion, with marginalia reflecting the mental impressions of an attorney re balance sheet valuation. | Attorney-Client Privilege\Work Product | 16 |
| DBB 026865 | DBB 026865 | English | Questionnaire | | | | | Questionnaire form with marginalia providing legal advice re Creditors' Committee. | Attorney-Client Privilege\Work Product | 20 |
| DBB 027184 | DBB 027184 | Dutch | Letter | 12/28/00 | | | | Draft letter to LHSP with marginalia reflecting the mental impressions of an attorney re settlement proposal. | Attorney-Client Privilege\Work Product | 22 |
| DBB 054204 | DBB 054204 | | | | | | | Fax providing legal advice re restructuring of L&H financing and re litigation strategy. | Attorney-Client Privilege\Work Product | 34 |
| DBB 074607 | DBB 074613 | English | Certificate of Incorporation | 02/25/02 | | | | Marginalia providing legal advice re Certificate of Incorporation. | Attorney-Client Privilege\Work Product | 40 |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privileged Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DBB 075849 | DBB 075849 | Dutch | Handwritten Notes | | "Herman" | "Guy" | | Handwritten notes reflecting request for information by an attorney and reflecting legal advice re criminal investigation. | Attorney-Client Privilege\Work Product | 42 |
| DBB 078234 | DBB 078242 | | | | | | | Letter requesting and providing legal advice re seizure. | Attorney-Client Privilege\Work Product | 43 |
| DBB 078321 | DBB 078321 | | | | | | | Letter requesting and providing legal advice re credit facility. | Attorney-Client Privilege\Work Product | 43 |
| DBB 078404 | DBB 078405 | | | | | | | Letter requesting and providing legal advice re credit facility. | Attorney-Client Privilege\Work Product | 43 |
| DBB 084470 | DBB 084473 | English | Notes | | | | | Marginalia reflecting the mental impressions of an attorney re delivery of shares. | Attorney Work Product | 48 |
| DBB 092304 | DBB 092304 | Dutch | Binder index | | | | | Marginalia prepared at the request of an attorney re criminal investigation. | Attorney Work Product | 48 |
| DBB 092305 | DBB 092305 | Dutch | Handwritten Note | | | | | Handwritten information prepared at the request of an attorney re bank account. | Attorney Work Product | 49 |
| DBB 092323 | DBB 092323 | Dutch | Handwritten Note | | | | | Handwritten information prepared at the request of an attorney re bank account. | Attorney Work Product | 49 |
| DBB 092333 | DBB 092333 | Dutch | Handwritten Note | | | | | Handwritten information prepared at the request of an attorney re bank account. | Attorney Work Product | 49 |
| DBB 092348 | DBB 092348 | Dutch | Handwritten Note | | | | | Handwritten information prepared at the request of an attorney re bank account. | Attorney Work Product | 49 |
| DBB 092365 | DBB 092365 | Dutch | Handwritten Note | | | | | Handwritten information prepared at the request of an attorney re LHSP bank account. | Attorney Work Product | 49 |
| DBB 092379 | DBB 092379 | Dutch | Handwritten Note | | | | | Handwritten information prepared at the request of an attorney re LIC bank account. | Attorney Work Product | 49 |
| DBB 092392 | DBB 092392 | Dutch | Handwritten Note | | | | | Handwritten information prepared at the request of an attorney re Radial bank account. | Attorney Work Product | 49 |
| DBB 093791 | DBB 093793 | Dutch, French | Chart | 03/31/00 | | | | Handwritten marginalia prepared at the request of an attorney re criminal investigation. | Attorney Work Product | 49 |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privileged Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DBB 093806 | DBB 093806 | Dutch | Handwritten Note | | | | | Handwritten information prepared at the request of an attorney re LDF bank account. | Attorney Work Product | 49 |
| DBB 093851 | DBB 093851 | Dutch | Handwritten Note | 02/27/01 | | | | Handwritten information prepared at the request of an attorney re Snauwaert bank account. | Attorney Work Product | 49 |
| DBB 093855 | DBB 093855 | Dutch | Handwritten Note | 02/27/01 | | | | Handwritten information prepared at the request of an attorney re Lernout, Hauspie and Willaert bank accounts. | Attorney Work Product | 49 |
| DBB 093872 | DBB 093872 | Dutch | Handwritten Note | | | | | Handwritten information prepared at the request of an attorney re Snauwaert bank account. | Attorney Work Product | 49 |
| DBB 093885 | DBB 093885 | Dutch | Handwritten Note | 02/27/01 | | | | Handwritten information prepared at the request of an attorney re Snauwaert bank account. | Attorney Work Product | 50 |
| DBB 094340 | DBB 094340 | Dutch | Handwritten Note | 02/27/01 | | | | Handwritten information prepared at the request of an attorney re LDF bank account. | Attorney Work Product | 50 |
| DBB 094353 | DBB 094353 | Dutch | Handwritten Note | 02/27/01 | | | | Handwritten information prepared at the request of an attorney re LDF bank account. | Attorney Work Product | 50 |
| DBB 094358 | DBB 094358 | French | Account record | 03/31/99 | | | | Handwritten marginalia prepared at the request of an attorney re LDF bank account. | Attorney Work Product | 50 |
| DBB 094359 | DBB 094359 | Dutch | Account record | 03/31/99 | | | | Handwritten marginalia prepared at the request of an attorney re LDF bank account. | Attorney Work Product | 50 |
| DBB 094362 | DBB 094362 | Dutch | Handwritten Note | 02/27/01 | | | | Handwritten information prepared at the request of an attorney re Turkish LDC bank account. | Attorney Work Product | 50 |
| DBB 094408 | DBB 094408 | Dutch | Handwritten Note | 02/27/01 | | | | Handwritten information prepared at the request of an attorney re Bahassa Development Company bank account. | Attorney Work Product | 50 |
| DBB 094423 | DBB 094423 | Dutch | Handwritten Note | 02/27/01 | | | | Handwritten information prepared at the request of an attorney re Farsi Development Company bank account. | Attorney Work Product | 50 |
| DBB 094495 | DBB 094495 | Dutch | Handwritten Note | 02/27/01 | | | | Handwritten information prepared at the request of an attorney re Farsi Development Company bank account. | Attorney Work Product | 50 |
| DBB 094497 | DBB 094497 | Dutch | Handwritten Note | 02/27/01 | | | | Handwritten information prepared at the request of an attorney re Slavic Development Company bank account. | Attorney Work Product | 50 |
| DBB 094511 | DBB 094511 | Dutch | Handwritten Note | 02/27/01 | | | | Handwritten information prepared at the request of an attorney re Czech Development Company bank account. | Attorney Work Product | 51 |
| DBB 094516 | DBB 094516 | Dutch | Handwritten Note | 02/27/01 | | | | Handwritten information prepared at the request of an attorney re Polish Development Company bank account. | Attorney Work Product | 51 |
| DBB 094521 | DBB 094521 | Dutch | Handwritten Note | 02/27/01 | | | | Handwritten information prepared at the request of an attorney re Greek Development Company bank account. | Attorney Work Product | 51 |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privileged Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DBB 094526 | DBB 094526 | Dutch | Handwritten Note | 02/27/01 | | | | Handwritten information prepared at the request of an attorney re Hungarian Development Company bank account. | Attorney Work Product | 51 |
| DBB 094531 | DBB 094531 | Dutch | Handwritten Note | 02/27/01 | | | | Handwritten information prepared at the request of an attorney re Thai LDC bank account. | Attorney Work Product | 51 |
| DBB 094538 | DBB 094538 | Dutch | Handwritten Note | 02/27/01 | | | | Handwritten information prepared at the request of an attorney re Tamil LDC bank account. | Attorney Work Product | 51 |
| DBB 110468 | DBB 110489 | English | Audit Report | 06/30/03 | | | | Audit report with marginalia reflecting the mental impressions of an attorney re same. | Attorney-Client Privilege\Work Product | 70 |
| DBB 110850 | DBB 110850 | Dutch | Statute | 06/12/02 | | | | Labor law statute with marginalia reflecting the mental impressions of an attorney re same. | Attorney-Client Privilege\Work Product | 70 |
| DBB 114827 | DBB 114827 | Dutch | Request | | | | | Request for bank information with marginalia reflecting the mental impressions of an attorney re same. | Attorney-Client Privilege\Work Product | 71 |
| DBB 126150 | DBB 126150 | Dutch | Bank Record | 03/31/99 | | | | Marginalia pertaining to status of related documents re Belgian prosecution. | Attorney Work Product | 77 |
| DBB 126320 | DBB 126320 | Dutch | Handwritten Note | | | | | Handwritten information prepared at the request of an attorney re LDF bank account. | Attorney Work Product | 77 |
| DBB 142179 | DBB 142179 | English | Intranet handbook | 10/23/2002 | | | | Intranet handbook pages, with marginalia reflecting the mental impressions of an attorney re loan settlement. | Attorney-Client Privilege\Work Product | 98 |

- 4 -