# EXHIBIT J

## KEY TERMS AND CODE PHRASES IN DEXIA'S PRIVILEGE LOGS THAT ARE NOT DEFINED

| Term | Definition |
| --- | --- |
| Audit | |
| Audit Report | |
| Loan Settlement | |
| Loan Security | |
| Loan Insurance | |
| SEC Investigation | |
| Belgian Criminal Investigation | |
| Criminal Investigation | |
| Bank Group | |
| Banking Consortium | |