# DOCUMENT TEMPORARILY FILED UNDER SEAL