UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HANS A. QUAAK, ATTILIO PO and KARL LEIBINGER, on behalf of themselves and those similarly situated,<br>　　　Plaintiffs,<br>　　v.<br>DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>　　　Defendant. | No.:  03-CV-11566 (PBS) |

## CERTIFICATE OF SERVICE

I, Patrick T. Egan, hereby certify that:

1.　Motion for Issuance off Request for International Judicial Assistance (Letters Rogatory);

2.　Declaration of Patrick T. Egan in Support of:

　(A)　Plaintiffs' Request for International Judicial Assistance (Letters Rogatory); and

　(B)　Plaintiffs' Unopposed Motion for Leave to File Under Seal Exhibits B Through G of Plaintiffs' Request for International Judicial Assistance (Letters Rogatory).

3.　Request for International Judicial Assistance (Letters Rogatory); and

4.　Plaintiffs' Unopposed Motion for Leave to File Under Seal Exhibits B Through G of Plaintiffs Request for International Judicial Assistance (Letters Rogatory).
filed through the ECF system will be sent electronically to the registered

participants as identified on the Notice of Electronic Filing (NEF) and paper

copies will be sent to those indicated as non registered participants on June 16,

2006.

　　　　　　　　　　　　　　　　　　/s/ Patrick T. Egan
　　　　　　　　　　　　　　　　　　Patrick T. Egan