UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| _____ | ) | |
| STONINGTON PARTNERS, INC., | ) | |
| a Delaware Corporation, STONINGTON | ) | |
| CAPITAL APPRECIATION 1994 FUND | ) | |
| L.P., a Delaware Partnership and | ) | |
| STONINGTON HOLDINGS, L.L.C., | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION NO. |
| | ) | 04-Civ-10411 (PBS) |
| v. | ) | |
| | ) | |
| DEXIA, S.A. and DEXIA BANK | ) | |
| BELGIUM (formerly known as | ) | |
| ARTESIA BANKING CORP., S.A.), | ) | |
| | ) | |
| Defendants. | ) | |
| _____) | | |

**ASSENTED-TO MOTION TO VACATE MAGISTRATE JUDGE COLLINGS' ORDER GRANTING DEXIA BANK BELGIUM'S MOTION FOR A SUBPOENA**

Deposition witness John H. Duerden hereby moves, with the assent of defendant Dexia Bank Belgium ("Dexia"), to vacate Magistrate Judge Robert B. Collings' May 22, 2006 order granting Dexia's Motion for a Subpoena Pursuant to 28 U.S.C. § 1783. Dexia's motion sought to compel Mr. Duerden to appear for a deposition in this matter in London, England. In support of his Motion, Mr. Duerden states the following:

1.  Dexia filed its Motion for a Subpoena Pursuant to 28 U.S.C. § 1783 on April 11, 2006 (Docket No. 74).

2.  On April 12, 2006, Judge Patti B. Saris entered an order referring Dexia's Motion for a Subpoena to Magistrate Judge Collings (Docket No. 78).

3.  By letter dated May 19, 2006, Dexia's counsel Thomas Teige Carroll wrote to Thomas E. Engel, counsel for John H. Duerden, that "Dexia no longer intends to depose your

client Mr. Duerden" and stated that Dexia "will shortly be withdrawing its motion for issuance of a subpoena." A true and accurate copy of that letter is attached as Exhibit 1.

3. That next business day, May 22, 2006, before Dexia was able to formally withdraw its Motion for a Subpoena Pursuant to 28 U.S.C. § 1783, Magistrate Judge Collings entered an order granting Dexia's motion.

WHEREFORE, deposition witness John H. Duerden respectfully requests that the Court vacate Magistrate Judge Collings' May 22, 2006 Order granting Dexia's Motion for a Subpoena for his deposition in this matter.

Respectfully submitted,

| | |
|---|---|
| JOHN H. DUERDEN, | DEXIA BANK BELGIUM |
| By his attorneys, | By its attorneys, |
| /s/ Alan D. Rose | /s/ Breton Leone-Quick |
| _____ | _____ |
| Alan D. Rose (BBO #427280) | Peter M. Saparoff (BBO#441740) |
| ROSE, CHINITZ & ROSE | Breton T. Leone-Quick (BBO#655571) |
| 29 Commonwealth Avenue | MINTZ LEVIN COHN FERRIS |
| Boston, MA  02116 |      GLOVSKY & POPEO, PC |
| Tel: 617-536-0040 | One Financial Center |
| | Boston, MA 02111 |
| | Tel:  617-542-6000 |
| | |
| Thomas E. Engel | James B. Weidner |
| ENGEL MCCARNEY & KENNEY, LLP | Thomas Teige Carroll |
| 720 Fifth Avenue | CLIFFORD CHANCE US LLP |
| New York, NY 10019 | 31 West 52nd Street |
| Tel: 212-541-8140 | New York, NY 10019-6131 |
| | Tel: 212-878-8000 |

Date:   June 19, 2006