# CLIFFORD CHANCE

CLIFFORD CHANCE US LLP

31 WEST 52ND STREET
NEW YORK NY 10019 6131

TEL +1 212 878 8000
FAX +1 212 878 8275
www.cliffordchance.com

Thomas Teige Carroll
Associate

DIRECT TEL +1 212 878 8231
thomas.carroll@cliffordchance.com

May 19, 2006

VIA FACSIMILE

Thomas E. Engel, Esq.
Engel, McCarney & Kenney LLP
720 Fifth Avenue
New York, NY 10019

Re:  Quaak v. Dexia Bank Belgium
     Stonington v. Dexia Bank Belgium
     Filler v. Dexia Bank Belgium
     Baker v. Dexia Bank Belgium

Dear Tom:

This confirms our conversation over the telephone this afternoon in which I stated that Dexia no longer intends to depose your client Mr. Duerden. As I also said, Dexia will shortly be withdrawing its motion for issuance of a subpoena pursuant to 28 U.S.C. § 1783.

Please do not hesitate to contact me with regard to this matter.

With kind regards,

Thomas Teige Carroll