**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JANET BAKER and JAMES BAKER, JKBAKER LLC and JMBAKER LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>    Defendants. | Civil Action No.:  04-10501 (PBS) |
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>    Defendants. | Civil Action No.:  04-10477 (PBS) |

| | |
|---|---|
| STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., a Delaware limited liability company,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>    Defendants. | Civil Action No.: 04-10411 (PBS) |

## DEXIA BANK BELGIUM'S MOTION FOR JUDGMENT ON THE PLEADINGS

Pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, Dexia Bank Belgium ("Dexia") hereby moves for judgment on the pleadings as to the common law claims asserted in each of the above-captioned matters.

In support of this motion, Dexia submits the accompanying Memorandum of Law, and the accompanying Declaration of Thomas Teige Carroll.

WHEREFORE, Dexia requests that this motion for judgment on the pleadings be granted in full, and that the common law claims in the above-captioned actions be dismissed with prejudice.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Dexia respectfully requests to be heard at oral argument on this motion.

Dated: June 22, 2006

          Respectfully submitted,

          MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO

          By: /s/ Breton Leone-Quick
                Peter M. Saparoff (BBO#441740)
                Breton Leone-Quick (BBO#655571)

          One Financial Center
          Boston, MA 02111
          Tel: (617) 542-6000
          Fax: (617) 542-2241

          James B. Weidner
          Thomas Teige Carroll
          CLIFFORD CHANCE US LLP
          31 West 52nd Street
          New York, NY 10019-6131
          Tel: (212) 878-8000
          Fax: (212) 878-8375

          *Counsel for Dexia Bank Belgium*

**Local Rule 7.1(A)(2) Certification**

      The above-signed counsel hereby certifies that, pursuant to Local Rule 7.1(A)(2), counsel for Dexia met and conferred with counsel for Plaintiffs, and counsel for Plaintiffs failed to offer voluntarily to dismiss any portion of their complaints, and therefore further substantive discussions would have been unable to narrow or resolve the issues presented by this dispositive motion.

**Certificate of Service**

      I, Breton Leone-Quick, hereby certify that this document, and the accompanying Declaration with exhibits, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 22, 2006.

  /s/ Breton Leone-Quick                              Dated: June 22, 2006