UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANET BAKER and JAMES BAKER, JKBAKER LLC and JMBAKER LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., S.A.)<br><br>    Defendants. | Civil Action No.: 04-10501 (PBS) |
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., S.A.)<br><br>    Defendants. | Civil Action No.: 04-10477 (PBS) |

| | |
|---|---|
| STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., a Delaware limited liability company,<br><br>                Plaintiffs,<br><br>              v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., S.A.)<br><br>              Defendants. | Civil Action No.:  04-10411 (PBS) |

## DEXIA'S MOTION SEEKING LEAVE TO FILE A REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO COMPEL A COMPLETE RESPONSE TO ITS SECOND SET OF INTERROGATORIES TO BAKER, FILLER AND STONINGTON PLAINTIFFS

      Dexia Bank Belgium ("Dexia") respectfully seeks leave to file a reply memorandum in support of its Motion to Compel a Complete Response to its Second Set of Interrogatories to Baker, Filler, and Stonington Plaintiffs. Dexia seeks leave to file this reply, attached hereto as Exhibit A, in order to respond to certain specific points raised by KPMG, a non-party to these actions, in their opposition papers that were not addressed in Dexia's original motion.

Dated:  July 14, 2006

                                                Respectfully submitted,

                                                MINTZ LEVIN COHN FERRIS
                                                GLOVSKY & POPEO

                                                By:    /s/  Breton Leone-Quick
                                                     Peter M. Saparoff (BBO#441740)
                                                     Breton Leone-Quick (BBO#655571)

                                                One Financial Center
                                                Boston, MA 02111
                                                Tel:   (617) 542-6000
                                                Fax:   (617) 542-2241

          James B. Weidner
          Thomas Teige Carroll
          CLIFFORD CHANCE US LLP
          31 West 52nd Street
          New York, NY 10019-6131
          Tel:   (212) 878-8000
          Fax:   (212) 878-8375

          *Counsel for Dexia Bank Belgium*

**Local Rule 7.1(A)(2) Certification**

    Counsel for Dexia hereby certifies that, pursuant to Local Rule 7.1(A)(2), they have conferred in good faith with counsel for Plaintiffs who took no position with respect to this motion. Counsel for Dexia also conferred in good faith with counsel for KPMG who also took no position with respect to the filing of this motion.

**Certificate of Service**

    I, Breton Leone-Quick, hereby certify that this document, along with its exhibit, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 14, 2006.

    /s/ Breton Leone-Quick                                Dated: July 14, 2006