## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HANS A. QUAAK, ATTILIO PO and KARL LEIBINGER, on behalf of themselves and those similarly situated,<br>    Plaintiffs,<br>    v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>    Defendants. | No.: 03-CV-11566 (PBS) |
| STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., a Delaware limited liability company,<br>    Plaintiffs,<br>    v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>    Defendants. | No.: 04-CV-10411 (PBS) |
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust,<br>    Plaintiffs,<br>    v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>    Defendants. | No.: 04-CV-10477 (PBS) |
| JANET BAKER and JAMES BAKER, JKBAKER LLC and JMBAKER LLC,<br>    Plaintiffs,<br>    v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>    Defendants. | No.: 04-CV-10501 (PBS) |

**DECLARATION OF PATRICK L. ROCCO IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DEXIA BANK BELGIUM TO RESPOND TO PLAINTIFFS' FIRST REQUEST FOR ADMISSIONS AND SUPPLEMENTAL INTERROGATORIES OR IN THE ALTERNATIVE FOR LEAVE PURSUANT TO LOCAL RULE 26.1(C)**

Patrick L. Rocco declares pursuant to 28 U.S.C. § 1746 that:

1.  I am a partner at Shalov Stone & Bonner LLP, co-lead counsel for Class Plaintiffs in *Quaak v. Dexia*, 03-11566, listed above. Unless otherwise indicated, I have personal knowledge of the matters addressed in this declaration. I am over the age of 18 and am fully competent to testify.

2.  I submit this declaration in support of Plaintiffs' Motion to Compel Dexia Bank Belgium to Respond To Plaintiffs' First Request For Admissions And Supplemental Interrogatories Or In The Alternative For Leave Pursuant to Local Rule 26.1(C).

3.  A true and correct copy of Plaintiffs' First Request For Admissions and Supplemental Interrogatories, served on May 17, 2006, is attached hereto as **Exhibit A**.

4.  A true and correct copy of Dexia's Response And Objections To Plaintiffs' First Request For Admissions And Supplemental Interrogatories, served June 16, 2006, is attached hereto as **Exhibit B**.

5.  On June 21, 2006, counsel for Plaintiffs and Dexia held a meet and confer teleconference concerning, *inter alia*, Dexia's response to Plaintiffs' Request For Admissions. I participated in that conference on behalf of Class Plaintiffs. During the meet and confer conference, Dexia stood on its objections, refusing to respond to all of the Requests on the grounds that Plaintiffs' Requests exceed the twenty-five (25) limit imposed by Local Rule 26.1(C), and refusing to answer the accompanying Supplemental Interrogatories. The parties did not meet and confer concerning Dexia's response and objections to Requests 1 – 16(d).

6.  Apart from the Supplemental Interrogatories referenced above, Plaintiffs have served a total of twenty-two (22) interrogatories on Dexia in this litigation. To date, Dexia has

served an aggregate of thirty-nine (39) interrogatories on Plaintiffs in this litigation, not counting subparts.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in New York, New York this 14th day of July, 2006.

                                          /s/ Patrick L. Rocco
                                          Patrick L. Rocco