UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., a Delaware limited liability company,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>    Defendants. | No.: 04-CV-10411 (PBS) |

**CERTIFICATE OF SERVICE**

I, Avi Josefson, hereby certify that the following documents have been filed through the ECF system, which filing will constitute service of the documents upon all registered ECF users as identified on the Notice of Electronic Filing (NEF). Paper copies of these documents have been mailed in accordance with FED. R. CIV. P. 5(b) to all those case participants not identified on the NEF as electronic recipients.

1.    **PLAINTIFFS' MOTION TO COMPEL DEXIA BANK BELGIUM TO RESPOND TO PLAINTIFFS' FIRST REQUEST FOR ADMISSIONS AND SUPPLEMENTAL INTERROGATORIES OR IN THE ALTERNATIVE FOR LEAVE PURSUANT TO LOCAL RULE 26.1(C)**;

2.    **MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DEXIA BANK BELGIUM TO RESPOND TO PLAINTIFFS' FIRST REQUEST FOR ADMISSIONS AND SUPPLEMENTAL INTERROGATORIES OR IN THE ALTERNATIVE FOR LEAVE PURSUANT TO LOCAL RULE 26.1(C)**; and

3.    **DECLARATION OF PATRICK L. ROCCO IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DEXIA BANK BELGIUM TO RESPOND TO PLAINTIFFS' FIRST REQUEST FOR ADMISSIONS AND SUPPLEMENTAL INTERROGATORIES OR IN THE ALTERNATIVE FOR LEAVE PURSUANT TO LOCAL RULE 26.1(C)**.

                                                        /s/ Avi Josefson