UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., a Delaware limited liability company,
    Plaintiffs,
    v.
DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),
    Defendants.

No.: 04-CV-10411 (PBS)

---

**PLAINTIFFS' UNOPPOSED MOTION
FOR LEAVE TO FILE <u>UNDER SEAL</u> OPPOSITION TO
DEXIA BANK BELGIUM'S MOTION FOR JUDGMENT ON THE PLEADINGS**

Plaintiffs Stonington Partners, Inc., Stonington Capital Appreciation 1994 Fund L.P., and Stonington Holdings (collectively the "Plaintiffs") hereby move, pursuant to Massachusetts Local Rule 7.2, for and order authorizing the filing under seal of (1) Plaintiffs' Memorandum of Law in Opposition to Dexia Bank Belgium's Motion for Judgment on the Pleadings dated July 20, 2006 (the "Memorandum in Opposition"); and (2) Declaration of Avi Josefson in Opposition to Dexia Bank Belgium's Motion for Judgment on the Pleadings executed on July 20, 2006, together with the exhibits thereto (the "Josefson Declaration").

In support of this unopposed motion, Plaintiffs state as follows.

1.    On June 22, 2006, Dexia Bank Belgium filed a Motion for Judgment on the Pleadings in the above-captioned action. *See* Declaration of Avi Josefson executed July 20, 2006 at ¶3.

2. On July 20, 2006, in opposition to that motion, Plaintiffs served a copy of the Memorandum in Opposition and Josefson Declaration by hand upon counsel for defendant Dexia Bank Belgium, James B. Weidner and Thomas Teige Carroll of Clifford Chance US LLP, New York, New York. *See* Dyer Dec. at ¶4.

3. The Memorandum in Opposition and Josefson Declaration have not been filed with the Court because they include and reflect information from (1) Plaintiffs' complaints, which were filed under seal; (2) information which Dexia Bank Belgium has disclosed to the Court in a declaration filed under seal; and (3) evidence obtained in discovery which Dexia Bank Belgium has designated confidential under the terms of the May 31, 2005 Order Governing the Treatment of Confidential Information in each of the above-captioned action. *Id*. at ¶6 and Exh. A.

**Certification Under Local Rule 7.1(a)(2)**

5. Pursuant to Local Rules 7.1(a)(2), undersigned counsel hereby certify that counsel for Plaintiffs have conferred with counsel for Dexia concerning the filing of documents under seal in the above-captioned action. Counsel for Dexia does not oppose the filing of documents under seal in the above-captioned action.

WHEREFORE, Plaintiffs respectfully request that this Court enter orders:

(A) relieving Plaintiffs of the obligation under Local Rule 7.1(b)(1) to file a memorandum of law in support of the instant motion simultaneously herewith;

(B) authorizing the filing under seal, in each of the above-captioned action, of (1) Plaintiffs' Memorandum of Law in Opposition to Dexia Bank Belgium's Motion for Judgment on the Pleadings dated July 20, 2006; and (2) Declaration of

Avi Josefson in Opposition to Dexia Bank Belgium's Motion for Judgment on the Pleadings executed on July 20, 2006, together with the exhibits thereto; and

(B)  for such other and further relief as the Court deems just and proper.

Dated: July 20, 2006

                Respectfully submitted,

                BERNSTEIN LITOWITZ BERGER &
                   GROSSMANN LLP

                    /s/ Avi Josefson
                Max W. Berger
                Steven B. Singer
                Avi Josefson (avi@blbglaw.com)
                1285 Avenue of the Americas
                New York, NY 10019
                Telephone: (212) 554-1400

                LOONEY & GROSSMAN LLP
                Richard J. Grahn, BBO #206620
                Charles P. Kindregan, BBO #554947
                101 Arch Street
                Boston, MA 02110
                Telephone: (617) 951-2800

                **COUNSEL TO PLAINTIFFS STONINGTON PARTNERS, INC., STONINGTON CAPITAL APPRECIATION 1994 FUND L.P. AND STONINGTON HOLDINGS L.L.C.**

### CERTIFICATE OF SERVICE

I hereby certify that this document will be filed through the ECF system, which filing will constitute service of the document upon all registered ECF users as identified on the Notice of Electronic Filing (NEF). A paper copy of this document has been mailed in accordance with FED. R. CIV. P. 5(b) to all those case participants not identified on the NEF as electronic recipients.

                        /s/ Avi Josefson
                        Avi Josefson