**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., a Delaware limited liability company,<br>     Plaintiffs,<br>           v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>     Defendants. | No.: 04-CV-10411 (PBS) |

**DECLARATION OF AVI JOSEFSON
IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION
FOR LEAVE TO FILE <u>UNDER SEAL</u> OPPOSITION TO
DEXIA BANK BELGIUM'S MOTION FOR JUDGMENT ON THE PLEADINGS**

Avi Josefson declares as follows:

1. I am an associate with the law firm of Bernstein Litowitz Berger & Grossmann LLP, counsel to plaintiffs Stonington Partners, Inc., Stonington Capital Appreciation 1994 Fund, L.P., and Stonington Holdings, L.L.C. (collectively "Plaintiffs") in the above-captioned matter. I am a member in good standing of the bars of the States of New York and Illinois, and have been admitted to practice before this Court *pro hac vice*. Unless otherwise indicated, I have personal knowledge of the matters addressed in this declaration. I am over the age of 18 and am fully competent to testify.

2. I submit this declaration in support of the unopposed motion by Plaintiffs for leave to file under seal in the above-captioned action: (1) Plaintiffs' Memorandum of Law in Opposition to Dexia Bank Belgium's Motion for Judgment on the Pleadings dated July 20, 2006 (the "Memorandum in Opposition"); and (2) Declaration of Avi Josefson in Opposition to Dexia Bank Belgium's Motion for Judgment on the Pleadings executed on July 20, 2006, together with the exhibits thereto (the "Josefson Declaration").

3. On June 22, 2006, Dexia Bank Belgium filed a Motion for Judgment on the Pleadings in the above-captioned action.

4. On July 20, 2006, in opposition to that motion, Plaintiffs served a copy of the Memorandum in Opposition and Josefson Declaration by hand upon counsel for defendant Dexia Bank Belgium, James B. Weidner and Thomas Teige Carroll of Clifford Chance US LLP, New York, New York. A certificate of service reflecting this fact has been filed separately with the court.

5. A courtesy copy of the Memorandum in Opposition and Josefson Declaration will be provided to the Court.

6. The Memorandum in Opposition and Josefson Declaration have not been filed with the Court because they include and reflect information as follows:

   a. Exhibits B, D, and F to the Josefson Declaration are copies of the complaints in the above-captioned action and in Baker v. Dexia, S.A., No. 04-CV-10501-PBS and Filler v. Dexia, S.A., No. 04-CV-10477-PBS, each of which was filed under seal. The complaints are referenced in the Memorandum of Law.

   b. Paragraph 14 of the Josefson Declaration reflects information contained in a Declaration of Willy van Cauwelaert, Director of the Legal Department at Dexia Bank Belgium dated November 17, 2005, which was filed with this Court under seal pursuant to an order of U.S. Magistrate Judge Collings dated December 27, 2006. The information relates to the Belgian criminal investigation into the collapse of L&H. The information is reflected in the Memorandum of Law.

   c. Exhibits I and J to the Josefson Declaration are copies of documents that Dexia Bank Belgium has produced in discovery subject to a "confidential" designation pursuant to the May 31, 2005 Order Governing the Treatment of Confidential Information in the above-captioned action, a copy of which is annexed hereto as **Exhibit A**. Josefson Exhibits I and J are discussed and quoted in the Memorandum of Law.

7. Without waiving their right to challenge Dexia Bank Belgium's "confidential" designation of Josefson Exhibits I and J, Plaintiffs hereby seek leave to file the Memorandum of Law and Josefson Declaration under seal.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 20th day of July 2006.

                                                         /s/ Avi Josefson
                                                         Avi Josefson

## CERTIFICATE OF SERVICE

      I hereby certify that this document will be filed through the ECF system, which filing will constitute service of the document upon all registered ECF users as identified on the Notice of Electronic Filing (NEF). A paper copy of this document has been mailed in accordance with FED. R. CIV. P. 5(b) to all those case participants not identified on the NEF as electronic recipients.

                                                /s/ Avi Josefson
                                            Avi Josefson