UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., a Delaware limited liability company,<br>    Plaintiffs,<br>    v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>    Defendants. | No.: 04-CV-10411 (PBS) |

**CERTIFICATE OF SERVICE OF PLAINTIFFS' OPPOSITION TO
DEXIA BANK BELGIUM'S MOTION FOR JUDGMENT ON THE PLEADINGS**

AVI JOSEFSON hereby certifies that:

On July 20, 2006, I caused true and correct copies of the following documents to be served by hand delivery upon the following counsel of record for Dexia Bank Belgium at the addresses indicated below:

James B. Weidner
Thomas Teige Carroll
Clifford Chance US LLP
31 West 52nd Street
New York, NY 10019

(1) Plaintiffs' Memorandum of Law in Opposition to Dexia Bank Belgium's Motion for Judgment on the Pleadings dated July 20, 2006; and

(2) Declaration of Avi Josefson in Opposition to Dexia Bank Belgium's Motion for Judgment on the Pleadings executed on July 20, 2006, together with the exhibits thereto.

                                                                                                                           /s/ Avi Josefson
                                                                                                                           Avi Josefson