# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

JANET BAKER and JAMES BAKER,
JKBAKER LLC and JMBAKER LLC,

            Plaintiffs,

     v.

DEXIA, S.A. and DEXIA BANK BELGIUM
(formerly known as ARTESIA BANKING
CORP., S.A.)

           Defendants.

Civil Action No.: 04-10501 (PBS)

GARY B. FILLER and LAWRENCE
PERLMAN, Trustees of the TRA Rights
Trust,

            Plaintiffs,

     v.

DEXIA, S.A. and DEXIA BANK BELGIUM
(formerly known as ARTESIA BANKING
CORP., S.A.)

           Defendants.

Civil Action No.: 04-10477 (PBS)

<table>
<tr>
<td>

STONINGTON PARTNERS, INC., a
Delaware Corporation, STONINGTON
CAPITAL APPRECIATION 1994 FUND
L.P., a Delaware Partnership and
STONINGTON HOLDINGS, L.L.C., a
Delaware limited liability company,

               Plaintiffs,

     v.

DEXIA, S.A. and DEXIA BANK BELGIUM
(formerly known as ARTESIA BANKING
CORP., S.A.)

            Defendants.

</td>
<td>

Civil Action No.: 04-10411 (PBS)

</td>
</tr>
</table>

## DEXIA'S MOTION SEEKING LEAVE TO FILE
## A REPLY MEMORANDUM IN SUPPORT OF ITS
## MOTION FOR JUDGMENT ON THE PLEADINGS

Dexia Bank Belgium ("Dexia") respectfully seeks leave to file a reply memorandum in

support of its Motion for Judgment on the Pleadings. Dexia seeks leave to file this reply,

attached hereto as Exhibit A, in order to respond to certain specific points raised by Plaintiffs in

their opposition papers that were not addressed in Dexia's original memorandum.

Dated: July 26, 2006

                                 Respectfully submitted,

                                 MINTZ LEVIN COHN FERRIS
                                 GLOVSKY & POPEO

                                 By:   /s/ Breton Leone-Quick
                                     Peter M. Saparoff (BBO#441740)
                                     Breton Leone-Quick (BBO#655571)

                                 One Financial Center
                                 Boston, MA 02111
                                 Tel:   (617) 542-6000
                                 Fax:   (617) 542-2241

James B. Weidner
Thomas Teige Carroll
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, NY 10019-6131
Tel:    (212) 878-8000
Fax:    (212) 878-8375

*Counsel for Dexia Bank Belgium*

## Local Rule 7.1(A)(2) Certification

Counsel for Dexia conferred with counsel for Plaintiffs who oppose this motion on the basis that it is too close to the hearing date of July 28, 2006.  If, however, the Court is inclined to grant Dexia leave to file a reply, Plaintiffs will seek leave to file a sur-reply, to which Dexia does not object.  Plaintiffs also propose that the hearing date may be moved if the Court agrees to this arrangement.

## Certificate of Service

I, Breton Leone-Quick, hereby certify that this document, along with its exhibit, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 26, 2006.

_____/s/  Breton Leone-Quick_____                        Dated:  July 26, 2006