# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., a Delaware limited liability company,<br>   Plaintiffs,<br>v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>   Defendants. | No.: 04-CV-10411 (PBS) |
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust,<br>   Plaintiffs,<br>v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>   Defendants. | No.: 04-CV-10477 (PBS) |
| JANET BAKER and JAMES BAKER, JKBAKER LLC and JMBAKER LLC,<br>   Plaintiffs,<br>v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>   Defendants. | No.: 04-CV-10501 (PBS) |

**PLAINTIFFS' MEMORANDUM IN OPPOSITION TO
DEXIA'S MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM OF LAW**

Plaintiffs in the above-captioned actions respectfully submit this memorandum in opposition to Dexia Bank Belgium's ("Dexia's") Motion for Leave to File a Reply Memorandum in further support of its Motion for Judgment on the Pleadings.

As this Court is aware, on June 22, 2006, Dexia moved for judgment on the pleadings with respect to the common-law claims asserted by Plaintiffs. On June 28, Plaintiffs moved for an extension of time to respond to that motion (Dkt. #125), and on June 29 this Court entered an Order which (1) granted Plaintiffs' motion and provided for Plaintiffs to file their papers in opposition to that motion on July 20, 2006; and (2) scheduled a hearing on Dexia's motion for July 28, 2006. At no time during the parties' discussion regarding a briefing schedule, or in response to the Court's Order, did Dexia request that it be allowed time to file a reply brief.

On the afternoon of July 25, only three days before the hearing, Dexia informed Plaintiffs for the first time that it intended to seek leave to file a reply brief. Dexia did not actually file that motion and memorandum until 6:00 p.m. on July 26. As set forth below, the Court should not allow Dexia to file a reply brief on the eve of the hearing, particularly where Dexia had ample opportunity to inform the parties and the Court that it wished to file a reply brief in support of its motion. As it stands, Plaintiffs' counsel will have little or no time to consider the arguments presented in Dexia's Memorandum in order to fully address those arguments for the Court at the hearing, let alone to submit a sur-reply.

Dexia's Motion for Leave to File a Reply Memorandum is clearly untimely and will prejudice Plaintiffs' ability to prepare for the hearing this Friday. Plaintiffs therefore respectfully submit that the Court should deny Dexia's Motion for Leave and should not consider the proposed Reply Memorandum that Dexia submitted therewith.

1

**CONCLUSION**

For all of the foregoing reasons, Dexia's Motion for Leave to File a Reply Memorandum should be denied.

Dated:   July 26, 2006

                            Respectfully submitted,

                            BERNSTEIN LITOWITZ BERGER &
                               GROSSMANN LLP
                             /s/ Avi Josefson
                            Max W. Berger
                            Steven B. Singer
                            Avi Josefson (avi@blbglaw.com)
                            1285 Avenue of the Americas
                            New York, NY 10019
                            Telephone: (212) 554-1400

                            LOONEY & GROSSMAN LLP
                            Richard J. Grahn, BBO #206620
                            Charles P. Kindregan, BBO #554947
                            101 Arch Street
                            Boston, MA 02110
                            Telephone: (617) 951-2800

                            **COUNSEL TO PLAINTIFFS STONINGTON PARTNERS, INC., STONINGTON CAPITAL APPRECIATION 1994 FUND L.P. AND STONINGTON HOLDINGS L.L.C.**

                            GREGORY P. JOSEPH LAW OFFICES LLC
                             /s/ Susan M. Davies
                            Gregory P. Joseph, N.Y. Atty Reg. #1645852
                            Susan M. Davies, N.Y. Atty Reg. #2413508
                            (sdavies@josephnyc.com)
                            805 Third Avenue, 31st Floor
                            New York, NY  10022
                            Telephone: (212) 407-1200

                            KOTIN, CRABTREE & STRONG
                            Amy C. Mainelli, BBO #657201
                            One Bowdoin Square
                            Boston, MA 02114
                            Telephone: (617) 227-7031

3

**COUNSEL TO PLAINTIFFS GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust**

PARTRIDGE, ANKNER & HORSTMAN LLP
 /s/ Terrence K. Ankner
Terrence K. Ankner, BBO #552469
(tka@anknerlaw.com)
200 Berkeley Street, 16th Floor
Boston, MA 02116
Telephone: (617) 859-9999

BOIES SCHILLER & FLEXNER
Karen C. Dyer
George R. Coe
225 South Orange Avenue, Suite 905
Orlando, Florida 32801
Telephone: (407) 425-7118

REED SMITH LLP
Alan K. Cotler
Joan A. Yue
Steven T. Voigt
2500 One Liberty Place 1650 Market Street
Philadelphia, PA 10103
Telephone: (215) 851-8100

**COUNSEL TO PLAINTIFFS JANET BAKER, JAMES BAKER, JKBAKER LLC and JMBAKER LLC,**

3