**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| HANS A. QUAAK, ATTILIO PO and KARL LEIBINGER, on behalf of themselves and those similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>    Defendants. | Civil Action No. 03-11566 (PBS) |
| STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., a Delaware limited liability company,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>    Defendants. | Civil Action No.: 04-10411 (PBS) |
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>    Defendants. | Civil Action No.: 04-10477 (PBS) |

| | |
|---|---|
| JANET BAKER and JAMES BAKER, JKBAKER LLC and JMBAKER LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>    Defendants. | Civil Action No.:  04-10501 (PBS) |

## NOTICE OF WRITTEN QUESTIONS OF DEXIA BANK BELGIUM
## TO BE APPENDED TO LETTERS ROGATORY

1.    Pursuant to the Electronic Order entered by Magistrate Judge Collings on July 15, 2006, Defendant Dexia Bank Belgium hereby submits sets of written questions for René Avonts, Geert Dauwe, Eric De Gyns, Patrick Faict, Jan Van Broeckhoven and Jan Van der Ven to be appended to the letters rogatory prepared by Plaintiffs.

2.    Such questions are attached hereto as Exhibits B-1 through G-1, which correspond to Exhibits B through G of the letters rogatory prepared by Plaintiffs.

Dated:  July 31, 2006

                                                  Respectfully submitted,

                                                  MINTZ LEVIN COHN FERRIS
                                                  GLOVSKY & POPEO

                                                  By:    /s/  Breton Leone-Quick
                                                        Peter M. Saparoff (BBO#441740)
                                                        Breton Leone-Quick (BBO#655571)

                                                  One Financial Center
                                                  Boston, MA 02111
                                                  Tel:    (617) 542-6000
                                                  Fax:   (617) 542-2241

>James B. Weidner
>Jeff E. Butler
>CLIFFORD CHANCE US LLP
>31 West 52nd Street
>New York, NY 10019-6131
>Tel:    (212) 878-8000
>Fax:   (212) 878-8375
>
>*Counsel for Dexia Bank Belgium*

### Certificate of Service

I, Breton Leone-Quick, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 31, 2006.

   /s/  Breton Leone-Quick                                                Dated:  July 31, 2006