**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., a Delaware limited liability company,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>　　　　Defendants. | No.: 04-CV-10411 (PBS) |

**CERTIFICATE OF SERVICE**

　　　　I, Avi Josefson, hereby certify that Plaintiffs' Response to the Notice of Written Questions of Dexia Bank Belgium to be Appended to Request for International Judicial Assistance (Letters Rogatory) has been filed through the ECF system, which filing will constitute service of the documents upon all registered ECF users as identified on the Notice of Electronic Filing (NEF). Paper copies of these documents have been mailed in accordance with FED. R. CIV. P. 5(b) to all those case participants not identified on the NEF as electronic recipients.


　　　　　　　　　　　　　　　　　　　　　　　　/s/ Avi Josefson