# BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
## ATTORNEYS AT LAW

### NEW YORK • CALIFORNIA • NEW JERSEY • LOUISIANA

STEVEN B. SINGER
steven@blbglaw.com
212-554-1413

August 16, 2006

**_Via FedEx and ECF Filed_**

The Honorable Patti B. Saris
United States District Court
  for the District of Massachusetts
United States Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

> **Re:** **_Stonington Partners et al. v. Dexia, S.A. et al._, No. 04-CV-10411-PBS**

Dear Judge Saris:

We represent Plaintiffs in the above-referenced action, and write to inform the Court of Stonington's intention to amend its Complaint in light of the Court's recent Order denying Dexia's motion to dismiss the Class Plaintiffs' Third Amended Complaint. We do so at this time because, as explained below, we believe that such amendment may impact the Court's consideration of Dexia's pending motion for judgment on the pleadings.

By way of background, in March 2006, shortly after the Court granted the Class Plaintiffs' motion for leave to file their Third Amended Complaint (the "TAC"), Plaintiffs notified Dexia of their intent to amend their Complaint to add certain claims similar to the claims that had been asserted by the Class Plaintiffs. However, rather than burden the Court at that time with additional motions for leave to amend, on March 29, 2006, Plaintiffs and Dexia entered into a stipulation which provided that, in the event the Court denied Dexia's motion to dismiss the TAC, Plaintiffs could amend their complaint to add certain claims similar to the allegations set forth in the TAC. A copy of that Stipulation is attached hereto as Exhibit A. On August 8, 2006, the Court entered a Memorandum & Order denying Dexia's motion to dismiss the TAC in its entirety. Accordingly, pursuant to the parties' stipulation, Stonington Plaintiffs are in the process of preparing an amended complaint, and we expect to file that amended complaint by September 15.

In light of this development, we have decided to include in that amended pleading additional allegations relating to Stonington's common law claims and, in particular,

1285 AVENUE OF THE AMERICAS • NEW YORK • NY 10019-6028
TELEPHONE: 212-554-1400 • www.blbglaw.com • FACSIMILE: 212-554-1444

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

The Honorable Patti B. Saris
- Page 2 -

Dexia's participation in, and knowledge of, L&H's acquisition of Dictaphone Corporation. These additional allegations will be based upon information obtained during discovery, and will include, but not necessarily be limited to, the facts which were discussed in Stonington Plaintiffs' memorandum in opposition to Dexia's Motion for Judgment on the Pleadings (Dkt. No. 143) and at the July 28 hearing on that motion.

While we believe for the reasons we have previously stated that Dexia's motion for judgment on the pleadings should be denied based on the allegations set forth in Stonington's Complaint, we wanted to inform the Court now of our intention to amend because we recognize that pleading could impact the Court's consideration of Dexia's motion.

We appreciate Your Honor's consideration of this letter.

Respectfully,

Steven B. Singer

SBS/lm
Enc.
cc:    All counsel of record

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., a Delaware limited liability company,<br><br>        Plaintiffs,<br><br>        v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>        Defendants. | No.: 04-CV-10411 (PBS) |
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust,<br><br>        Plaintiffs,<br><br>        v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>        Defendants. | No.: 04-CV-10477 (PBS) |
| JANET BAKER and JAMES BAKER, JKBAKER LLC and JMBAKER LLC,<br><br>        Plaintiffs,<br><br>        v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>        Defendants. | No.: 04-CV-10501 (PBS) |

**STIPULATION PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 15**

WHEREAS, on March 14, 2006, the United States District Court for the District of

Massachusetts (the "Court") granted plaintiffs' motion for leave to file a Third Amended

Complaint in the related action of *Quaak, et al. v. Dexia, S.A., et al.*, No. 03-CV-11566 (the

"Class Action"); and

WHEREAS, the Third Amended Complaint in the Class Action includes allegations that

Artesia Bank Belgium is liable as a "controlling person" under Section 20(a) of the Exchange

Act for violations of Section 10(b) of the Exchange Act committed by Artesia Securities

("Count II"); and

WHEREAS, Dexia Bank Belgium has indicated that it intends to move to dismiss the

Third Amended Complaint in the Class Action; and

WHEREAS, Plaintiffs in the above-captioned actions have informed Dexia Bank

Belgium that, in the event Dexia Bank Belgium's motion to dismiss Count II of the Third

Amended Complaint in the Class Action is denied, Plaintiffs intend to amend their respective

complaints to include allegations substantially equivalent to Count II; and

WHEREAS, the parties to this stipulation agree that, in the interests of judicial economy,

the Plaintiffs to the above-captioned actions should not amend their complaints at this time.

THEREFORE, the parties to the above-captioned actions, through their undersigned

counsel, hereby stipulate and agree pursuant to Federal Rule of Civil Procedure 15(a), that:

1.    In the event that the Court denies Dexia Bank Belgium's motion to dismiss

Count II, Plaintiffs in each of the above-captioned actions may amend their respective

complaints to include allegations substantially equivalent to Count II, and Dexia Bank Belgium

consents to such amendment pursuant to Rule 15.

2.    Dexia Bank Belgium reserves the right to move to dismiss any or all of the amended complaints filed pursuant to this stipulation but agrees, for purposes of any defense based on the passage of time (including, without limitation, the applicable statute of limitations), the amended complaints shall be deemed to have been filed and served on the date of this stipulation.

STIPULATED and AGREED March 29, 2006

CLIFFORD CHANCE US LLP

James B. Weidner
Jeff E. Butler
31 West 52nd Street
New York, NY 10019-6131

**COUNSEL TO DEFENDANT
DEXIA BANK BELGIUM**


BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP

Max W. Berger
Steven B. Singer
Avi Josefson
(avi@blbglaw.com)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 554-1400

LOONEY & GROSSMAN LLP
Richard J. Grahn, BBO #206620
Charles P. Kindregan, BBO #554947
101 Arch Street
Boston, MA 02110
Telephone: (617) 951-2800

**COUNSEL TO PLAINTIFFS STONINGTON
PARTNERS, INC., STONINGTON CAPITAL
APPRECIATION 1994 FUND L.P. AND
STONINGTON HOLDINGS L.L.C.**

2

GREGORY P. JOSEPH LAW OFFICES LLC

Gregory P. Joseph, N.Y. Atty Reg. #1645852
Susan M. Davies, N.Y. Atty Reg. #2413508
(sdavies@josephnyc.com)
805 Third Avenue, 31st Floor
New York, NY 10022
Telephone: (212) 407-1200

KOTIN, CRABTREE & STRONG
Amy C. Mainelli, BBO #657201
One Bowdoin Square
Boston, MA 02114
Telephone: (617) 227-7031

**COUNSEL TO PLAINTIFFS GARY B. FILLER
and LAWRENCE PERLMAN,**
**Trustees of the TRA Rights Trust**

PARTRIDGE, ANKNER & HORSTMAN LLP

Terence K. Ankner, BBO #552469
(tka@anknerlaw.com)
200 Berkeley Street, 16th Floor
Boston, MA 02116
Telephone: (617) 859-9999

BOIES SCHILLER & FLEXNER
Karen C. Dyer
George R. Coe
225 South Orange Avenue, Suite 905
Orlando, Florida 32801
Telephone: (407) 425-7118

REED SMITH LLP
Alan K. Cotler
Joan A. Yue
2500 One Liberty Place 1650 Market Street
Philadelphia, PA 10103
Telephone: (215) 851-8100

**COUNSEL TO PLAINTIFFS JANET BAKER, JAMES
BAKER, JKBAKER LLC and JMBAKER LLC,**

3