# EXHIBIT B

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HANS A. QUAAK, ATTILIO PO<br>and KARL LEIBINGER, on behalf of themselves<br>and those similarly situated,<br>    Plaintiffs,<br>       v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM<br>(formerly known as ARTESIA BANKING CORP., SA),<br>    Defendants. | No.: 03-CV-11566 (PBS) |
| STONINGTON PARTNERS, INC., a Delaware<br>Corporation, STONINGTON CAPITAL<br>APPRECIATION 1994 FUND L.P., a Delaware<br>Partnership and STONINGTON HOLDINGS, L.L.C., a<br>Delaware limited liability company,<br>    Plaintiffs,<br>       v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM<br>(formerly known as ARTESIA BANKING CORP., SA),<br>    Defendants. | No.: 04-CV-10411 (PBS) |
| GARY B. FILLER and LAWRENCE PERLMAN,<br>Trustees of the TRA Rights Trust,<br>    Plaintiffs,<br>       v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM<br>(formerly known as ARTESIA BANKING CORP., SA),<br>    Defendants. | No.: 04-CV-10477 (PBS) |
| JANET BAKER and JAMES BAKER, JKBAKER LLC<br>and JMBAKER LLC,<br>    Plaintiffs,<br>       v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM<br>(formerly known as ARTESIA BANKING CORP., SA),<br>    Defendants. | No.: 04-CV-10501 (PBS) |

**PLAINTIFFS' RESPONSE TO THE NOTICE OF WRITTEN QUESTIONS OF DEXIA BANK BELGIUM TO BE APPENDED TO REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTERS ROGATORY)**

On July 31, 2006, Dexia Bank Belgium ("Dexia"), filed and served its Notice of Written Questions, providing proposed cross-examination questions to be appended to Plaintiffs' Request for International Judicial Assistance (Letters Rogatory) ("Letters Rogatory"), which was filed on June 16, 2006.  Plaintiffs submit this short Response to state objections to certain of Dexia's questions and to submit limited proposed re-direct examination questions.

Attached hereto as **Exhibit 1** are Plaintiffs' Objections to the form of Dexia's proposed cross-examination questions to the Plaintiffs' Letters Rogatory questions.  The attached chart lists certain general objections, as well as specific objections to particular questions (e.g., improper leading question).  Plaintiffs submit these objections for the record to preserve their rights in the event that Plaintiffs are not permitted by the Belgian authorities to be present during the examination of the proposed witnesses.  Plaintiffs submit that it is not necessary for this Court to consider or rule upon these objections at this time, but rather may address them when or if Dexia later seeks to submit testimony obtained through the letters rogatory process.

Attached hereto as **Exhibit 2** is a series of re-direct questions prompted by Dexia's proposed cross-examination questions.

Dated:  August 14, 2006                    Respectfully submitted,


                                           **BERMAN DEVALERIO PEASE**
                                           **TABACCO BURT & PUCILLO**

                                           _____/s/ Allison K. Jones_____
                                           Glen DeValerio, BBO # 122010
                                           Patrick T. Egan, BBO # 637477
                                           (pegan@bermanesq.com)
                                           Allison K. Jones, BBO # 654804
                                           One Liberty Square
                                           Boston, MA 02109
                                           Telephone:  (617) 542-8300

**SHALOV STONE & BONNER LLP**
James P. Bonner
Patrick L. Rocco
485 Seventh Avenue, Suite 10000
New York, New York 10018
Telephone:  (212) 239-4340

**CAULEY BOWMAN CARNEY & WILLIAMS PLLC**
Allen Carney
11001 Executive Center Drive, Suite 200
Little Rock, Arkansas 72212
Telephone:  (501) 312-8500

*Co-lead Counsel to Class Plaintiffs*
*Hans A. Quaak, Karl Leibinger and Attilio Po*

**BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP**

/s/ Avi Josefson
Max W. Berger
Steven B. Singer
Avi Josefson
(avi@blbglaw.com)
1285 Avenue of the Americas
New York, NY 10019
Telephone:  (212) 554-1400

**LOONEY & GROSSMAN LLP**
Richard J. Grahn, BBO #206620
Charles P. Kindregan, BBO #554947
101 Arch Street
Boston, MA 02110
Telephone:  (617) 951-2800

*Counsel to Plaintiffs Stonington Partners, Inc.,*
*Stonington Capital Appreciation 1994 Fund L.P.*
*and Stonington Holdings L.L.C.*

**GREGORY P. JOSEPH LAW OFFICES LLC**

<u>      /s/ Susan M. Davies      </u>
Gregory P. Joseph, N.Y. Atty Reg. #1645852
Susan M. Davies, N.Y. Atty Reg. #2413508
(sdavies@josephnyc.com)
805 Third Avenue, 31st Floor
New York, NY 10022
Telephone: (212) 407-1200

**KOTIN, CRABTREE & STRONG**
Amy C. Mainelli, BBO #657201
One Bowdoin Square
Boston, MA 02114
Telephone: (617) 227-7031

*Counsel to Plaintiffs Gary B. Filler and Lawrence Perlman, Trustees of the TRA Rights Trust*

**PARTRIDGE, ANKNER & HORSTMAN LLP**

<u>      /s/ Terence K. Ankner      </u>
Terence K. Ankner, BBO #552469
(tka@anknerlaw.com)
200 Berkeley Street, 16th Floor
Boston, MA 02116
Telephone: (617) 859-9999

**BOIES SCHILLER & FLEXNER**
Karen C. Dyer
George R. Coe
225 South Orange Avenue, Suite 905
Orlando, Florida 32801
Telephone: (407) 425-7118

**REED SMITH LLP**
Alan K. Cotler
Joan A. Yue
2500 One Liberty Place 1650 Market Street
Philadelphia, PA 10103
Telephone: (215) 851-8100

*Counsel to Plaintiffs Janet Baker, James Baker, JKBaker LLC and JMBaker LLC.*

EXHIBIT 1

# Exhibit 1

Plaintiffs object generally to any and all proposed Letters Rogatory cross-examination questions to the extent they are not relevant to the current litigation and to the extent they, either individually or cumulatively, are beyond the scope of discovery permitted by the Federal Rules of Civil Procedure or the Local Rules of the United States District Court for the District of Massachusetts and/or purport to impose duties and obligation beyond those rules.  In addition to these general objections, Plaintiffs also state additional specific objections to the proposed Letters Rogatory cross-examination questions where appropriate.  By setting forth such specific objections, Plaintiffs do not intend to limit or restrict the stated general objections.

By providing objections to Defendant's Letters Rogatory cross-examination questions, Plaintiffs expressly preserve all rights to object on any ground to the use of the answers to these questions, or their subject matter, at the trial of this action, as well as in any subsequent proceeding, including, without limitation objections as to competency, relevancy, materiality, and admissibility.

**Objections to Dexia Bank Belgium's Cross-Examination of René Avonts at Exhibit B-1**

| Question | Objection |
| --- | --- |
| 342. | Vague and ambiguous; lack of foundation. |
| 344. | Lack of foundation; leading question; calls for speculation. |
| 345. | Lack of foundation; leading question; calls for speculation. |
| 346. | Lack of foundation; leading question; calls for speculation. |
| 347. | Lack of foundation; leading question; calls for speculation. |
| 348. | Lack of foundation; leading question; calls for speculation. |
| 351. | Lack of foundation. |
| 352. | Lack of foundation; leading question; calls for speculation. |
| 353. | Lack of foundation; leading question; calls for speculation. |
| 354. | Lack of foundation; leading question; calls for speculation. |
| 355. | Lack of foundation; leading question; calls for speculation. |
| 357. | Lack of foundation; leading question; calls for speculation. |
| 358. | Lack of foundation; leading question; calls for speculation. |
| 361. | Assumes facts not in evidence. |
| 361(a) (b) | Lack of foundation; calls for speculation. |
| 361(c) | Lack of foundation; leading question; calls for speculation. |
| 361 (d) | Lack of foundation; calls for speculation. |
| 362 | Lack of foundation; leading question; calls for speculation. |
| 363. | Lack of foundation; leading question; calls for speculation. |
| 364. | Lack of foundation; leading question; calls for speculation. |
| 365. | Lack of foundation; leading question; calls for speculation. |
| 366. | Lack of foundation; leading question; calls for speculation. |
| 367. | Assumes facts not in evidence; lack of foundation; leading question. |

| Question | Objection |
|---|---|
| 368. | Lack of foundation; leading question; calls for speculation. |
| 369. | Lack of foundation; leading question; calls for speculation. |
| 370. | Lack of foundation; leading question; calls for speculation. |
| 373. | Lack of foundation; leading question; calls for speculation. |
| 374. | Lack of foundation; leading question; calls for speculation. |
| 375. | Lack of foundation; leading question; calls for speculation. |
| 376. | Lack of foundation; leading question; calls for speculation. |
| 377. | Lack of foundation; leading question; calls for speculation. |
| 378. | Lack of foundation; leading question; calls for speculation. |
| 379. | Lack of foundation. |
| 381. | Lack of foundation. |
| 382. | Lack of foundation. |
| 383. | Lack of foundation; assumes facts not in evidence; leading question; calls for speculation. |
| 384. | Lack of foundation; assumes facts not in evidence; leading question; calls for speculation. |
| 385. | Lack of foundation; leading question; calls for speculation. |
| 386. | Lack of foundation; leading question; calls for speculation. |
| 387. | Lack of foundation; leading question; calls for speculation. |
| 388. | Repetitive; already asked; lack of foundation. |
| 389. | Repetitive; already asked; lack of foundation. |
| 390. | Repetitive; already asked; lack of foundation. |
| 391. | Lack of foundation. |
| 392. | Lack of foundation; assumes facts not in evidence; calls for speculation. |
| 393. | Lack of foundation; vague and ambiguous; assumes facts not in evidence; leading question; calls for speculation. |
| 394. | Lack of foundation; leading question; calls for speculation. |
| 395. | Lack of foundation; leading question; calls for speculation. |
| 396. | Lack of foundation; leading question; calls for speculation. |
| 397. | Lack of foundation; calls for speculation. |
| 398. | Lack of foundation; vague and ambiguous; calls for speculation. |
| 399. | Lack of foundation; leading question; calls for speculation. |
| 400. | Lack of foundation; leading question; calls for speculation. |
| 401. | Lack of foundation; leading question; calls for speculation. |
| 402. | Lack of foundation; leading question. |
| 403(a) | Leading question. |
| 406. | Lack of foundation. |
| 407. | Lack of foundation; leading question. |
| 408 (a). | Leading question. |
| 408 (b) and (c). | Lack of foundation; leading question. |
| 409. | Lack of foundation; leading question. |
| 410 | Lack of foundation; leading question. |
| 411 | Lack of foundation; leading question. |

**Objections to Dexia Bank Belgium's Cross-Examination of Geert Dauwe at Exhibit C-1**

| Question | Objection |
|---|---|
| 539. | Vague and ambiguous; lack of foundation. |
| 542. | Lack of foundation; leading question; calls for speculation. |
| 543. | Lack of foundation; leading question; calls for speculation. |
| 544. | Lack of foundation; leading question; calls for speculation. |
| 549. | Lack of foundation; leading question; calls for speculation. |
| 550. | Lack of foundation; leading question; calls for speculation. |
| 551. | Assumes facts not in evidence; |
| 551. (b) | Lack of foundation; calls for speculation. |
| 551. (c) (d) | Lack of foundation; calls for speculation. |
| 552. | Lack of foundation; calls for speculation. |
| 553. | Lack of foundation. |
| 554. | Lack of foundation. |
| 555. | Lack of foundation; leading question; calls for speculation. |
| 556. | Lack of foundation; leading question; calls for speculation. |
| 558. | Lack of foundation. |
| 559. | Lack of foundation. |
| 560. | Lack of foundation; leading question; calls for speculation. |
| 561. | Lack of foundation; leading question; calls for speculation. |
| 563. | Lack of foundation. |
| 564. | Lack of foundation; assumes facts not in evidence; leading question. |
| 566. | Lack of foundation; leading question; calls for speculation. |
| 567. | Lack of foundation; leading question; calls for speculation. |
| 568 (a) | Lack of foundation; leading question; calls for speculation. |
| 568 (b) | Lack of foundation; leading question; calls for speculation; vague and ambiguous. |
| 568 (c) | Lack of foundation; leading question; calls for speculation. |
| 569. | Lack of foundation. |
| 570. | Lack of foundation; vague and ambiguous. |
| 571. | Lack of foundation; leading question. |
| 572. | Lack of foundation; leading question; calls for speculation. |
| 573. | Lack of foundation; leading question; calls for speculation. |
| 574. | Lack of foundation; leading question; calls for speculation. |
| 575. | Lack of foundation; assumes facts not in evidence; leading question. |
| 576. | Lack of foundation; leading question; calls for speculation. |
| 577. | Lack of foundation; leading question; calls for speculation. |
| 578. | Lack of foundation; leading question; calls for speculation. |
| 579. | Lack of foundation. |
| 581. | Lack of foundation. |
| 582. | Lack of foundation |

| Question | Objection |
|---|---|
| 583. | Lack of foundation; assumes facts not in evidence; leading question; calls for speculation. |
| 584. | Lack of foundation; assumes facts not in evidence; leading question; calls for speculation. |
| 585. | Lack of foundation; leading question; calls for speculation. |
| 586. | Lack of foundation; leading question; calls for speculation. |
| 587. | Lack of foundation; leading question; calls for speculation. |
| 588(c) | Lack of foundation; leading question; calls for speculation. |
| 590. | Leading question. |
| 591. | Leading question. |
| 592. | Leading question. |
| 593. | Lack of foundation. |
| 594. | Lack of foundation. |
| 596. | Lack of foundation. |
| 597. | Lack of foundation. |
| 598. | Lack of foundation; assumes facts not in evidence; calls for speculation. |
| 599. | Lack of foundation; assumes facts not in evidence; calls for speculation. |
| 600. | Lack of foundation; leading question; calls for speculation. |
| 601. | Lack of foundation; leading question; calls for speculation. |
| 602. | Lack of foundation; leading question; calls for speculation. |
| 603. | Lack of foundation; calls for speculation. |
| 604. | Lack of foundation; vague and ambiguous; calls for speculation. |
| 605. | Lack of foundation; leading question; calls for speculation. |
| 606. | Lack of foundation; leading question; calls for speculation. |
| 607. | Lack of foundation; leading question; calls for speculation. |

**Plaintiffs' Objections to Dexia Bank Belgium's Cross-Examination of Eric De Gyns at Exhibit D-1**

| Question | Objection |
|---|---|
| 104. | Lack of foundation; vague and ambiguous. |
| 106(b) | Lack of foundation; vague and ambiguous. |
| 107. | Lack of foundation; leading question. |
| 108. | Lack of foundation; leading question; the document speaks for itself. |
| 109. | Lack of foundation. |
| 110. | Leading question; the document speaks for itself |
| 111. | Lack of foundation. |
| 112. | Leading question; the document speaks for itself. |
| 113. | Lack of foundation; leading question. |
| 114. | Assumes facts not in evidence; lack of foundation; leading |

4

| Question | Objection |
|----------|-----------|
|  | question. |
| 115. | The document speaks for itself. |
| 116. | Lack of foundation; assumes facts not in evidence. |

**Plaintiffs' Objections to Dexia Bank Belgium's Cross-Examination of Patrick Faict at Exhibit E-1**

| Question | Objection |
|----------|-----------|
| 70. | Lack of foundation; vague and ambiguous. |
| 72. | Lack of foundation; leading question; calls for speculation. |
| 73. | Lack of foundation; leading question; calls for speculation. |
| 74. | Lack of foundation; leading question; calls for speculation. |
| 77. | Lack of foundation; leading question; calls for speculation. |
| 78. | Lack of foundation; leading question; calls for speculation. |
| 79. | Assumes facts not in evidence. |
| 79 (b) | Lack of foundation; calls for speculation. |
| 79 (c) (d) | Lack of foundation; calls for speculation. |
| 80. | Lack of foundation. |
| 81. | Lack of foundation. |
| 82. | Lack of foundation; leading question; calls for speculation. |
| 83. | Lack of foundation; leading question; calls for speculation. |
| 86. | Lack of foundation. |
| 87. | Lack of foundation; leading question; calls for speculation. |
| 88. | Lack of foundation; leading question; calls for speculation. |
| 89. | Lack of foundation; leading question; calls for speculation. |
| 90. | Lack of foundation; leading question; calls for speculation. |
| 91. | Lack of foundation; leading question; calls for speculation. |
| 92. | Lack of foundation. |
| 93. | Lack of foundation. |
| 94. | Lack of foundation. |
| 96. | Lack of foundation; assumes facts not in evidence; leading question; calls for speculation. |
| 97. | Lack of foundation; assumes facts not in evidence; leading question; calls for speculation. |
| 98. | Lack of foundation; leading question; calls for speculation. |
| 99. | Lack of foundation; leading question; calls for speculation. |
| 100. | Lack of foundation; leading question; calls for speculation. |
| 104. | Leading question; the document speaks for itself. |
| 106. | Lack of foundation; vague and ambiguous. |
| 107. | Lack of foundation; vague and ambiguous. |

**Plaintiffs' Objections to Dexia Bank Belgium's Cross-Examination of Jan Van Broekhoven at Exhibit F-1**

| Question | Objection |
|---|---|
| 96. | Vague and ambiguous; lack of foundation. |
| 98. | Lack of foundation; leading question; calls for speculation. |
| 99. | Lack of foundation; leading question; calls for speculation. |
| 100. | Lack of foundation; leading question; calls for speculation. |
| 101. | Leading question. |
| 102. | Lack of foundation; leading question; calls for speculation. |
| 103. | Lack of foundation; leading question; calls for speculation. |
| 104. | Assumes facts not in evidence; |
| 104 (b) | Lack of foundation; calls for speculation. |
| 104 (c) (d) | Lack of foundation; calls for speculation. |
| 105. | Lack of foundation. |
| 106. | Lack of foundation. |
| 107. | Lack of foundation. |
| 108. | Lack of foundation; leading question; calls for speculation. |
| 109. | Lack of foundation; leading question; calls for speculation. |
| 110. | Lack of foundation; leading question; calls for speculation. |
| 111. | Lack of foundation; leading question; calls for speculation. |
| 112. | Lack of foundation; leading question; calls for speculation. |
| 113. | Lack of foundation; leading question; calls for speculation. |
| 114. | Lack of foundation; leading question; calls for speculation. |

**Plaintiffs' Objections to Dexia Bank Belgium's Cross-Examination of Jan Van Der Ven at Exhibit G-1**

| Question | Objection |
|---|---|
| 151. | Vague and ambiguous; lack of foundation. |
| 153. | Lack of foundation. |
| 155. | Lack of foundation. |
| 156. | Lack of foundation. |
| 157. | Lack of foundation; assumes facts not in evidence; leading question; calls for speculation. |
| 158. | Lack of foundation; assumes facts not in evidence; leading question; calls for speculation. |
| 159. | Lack of foundation; leading question; calls for speculation. |
| 160. | Lack of foundation; leading question; calls for speculation. |
| 161. | Lack of foundation; leading question; calls for speculation. |
| 162 (c) | Lack of foundation; leading question; calls for speculation. |
| 165. | Leading question. |
| 166. | Leading question. |

| Question | Objection |
|----------|-----------|
| .167. | Leading question. |
| 168. | Leading question. |
| 169. | Lack of foundation. |
| 170. | Lack of foundation. |
| 172. | Lack of foundation. |
| 173. | Lack of foundation. |
| 174. | Lack of foundation; assumes facts not in evidence; calls for speculation. |
| 175. | Lack of foundation; vague and ambiguous; assumes facts not in evidence; leading question; calls for speculation. |
| 176. | Lack of foundation; leading question; calls for speculation. |
| 177. | Lack of foundation; leading question; calls for speculation. |
| 178. | Lack of foundation; leading question; calls for speculation. |
| 179. | Lack of foundation; calls for speculation. |
| 180. | Lack of foundation; vague and ambiguous; calls for speculation. |
| 181. | Vague and ambiguous. |
| 182. | Assumes facts not in evidence; lack of foundation; leading question. |
| 183. | Vague and ambiguous. |
| 184. | Assumes facts not in evidence; lack of foundation; leading question. |
| 185. | Vague and ambiguous. |
| 186. | Lack of foundation; leading question; calls for speculation. |
| 187. | Lack of foundation; leading question; calls for speculation. |
| 188. | Lack of foundation; leading question; calls for speculation. |
| 189. | Lack of foundation; leading question. |
| 190. | Assumes facts not in evidence; lack of foundation; leading question. |
| 191. | Lack of foundation; leading question; calls for speculation. |
| 192. | Lack of foundation; leading question; calls for speculation. |
| 193. | Lack of foundation; leading question; calls for speculation. |
| 194. | Lack of foundation; leading question; calls for speculation. |
| 195. | Lack of foundation; leading question; calls for speculation. |
| 196. | Lack of foundation; leading question; calls for speculation. |
| 197. | Lack of foundation; leading question; calls for speculation. |

## EXHIBIT 2 – RE-DIRECT EXAMINATION

### Redirect Examination of René Avonts – Exhibit B-2

415.    Referring back to Question 344, do you recall considering whether L&H would use the Dictation Consortium transaction to violate GAAP?  If you testified in response to Question 344 that you had a belief, please state the basis for your belief at the time.  Has your belief changed? If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

416.    Referring back to Question 345, do you recall considering whether L&H would use the Dictation Consortium transaction to recognize revenue improperly?  If you testified in response to Question 345 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

417.    Referring back to Question 346, do you recall considering whether L&H would use the Dictation Consortium transaction to mislead investors in L&H securities?  If you testified in response to Question 346 that you had a belief, please state the basis for your belief at the time. Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

418.    Referring back to Question 364, do you recall considering whether L&H would use the BTG transaction to violate GAAP?  If you testified in response to Question 364 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

419.     Referring back to Question 365, do you recall considering whether L&H would use the BTG transaction to recognize revenue improperly?   If you testified in response to Question 365 that you had a belief, please state the basis for your belief at the time.  Has your belief changed? If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

420.     Referring back to Question 366, do you recall considering whether L&H would use the BTG transaction to mislead investors in L&H securities?  If you testified in response to Question 366 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

421.     Referring back to Question 368, do you recall considering whether L&H wanted to comply with US GAAP rules?  If you testified in response to Question 368 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

422.     Referring back to Questions 369-370 and your answers to those questions, please explain the basis for your answers.

423.     Referring back to Question 383, do you recall considering whether the LDCs funded by Radial were going to develop translation software?  If you testified in response to Question 383 that you had a belief, please state the basis for your belief at the time.  Has your belief changed? If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

424.     Referring back to Question 384, do you recall considering whether the LDCs funded by Radial needed a license from L&H before doing any development work?  If you testified in response to Question 384 that you had an understanding, please state the basis for your understanding at the time.  Has your understanding changed?  If so, please detail when and how your understanding changed, including all facts or circumstances that lead to your change in understanding.

425.     Referring back to Question 385, do you recall considering whether L&H would use the Radial transaction to violate GAAP?  If you testified in response to Question 385 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

426.     Referring back to Question 386, do you recall considering whether L&H would use the Radial transaction to recognize revenue improperly?  If you testified in response to Question 386 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

427.     Referring back to Question 387, do you recall considering whether L&H would use the Radial transaction to mislead investors in L&H securities? If you testified in response to Question 387 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

428.     Referring back to Question 392, do you recall considering whether the LDCs funded by LIC were going to develop translation software?  If you testified in response to Question 392 that

you had a belief, please state the basis for your belief at the time. Has your belief changed? If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

429. Referring back to Question 393, do you recall considering whether the LDCs funded by LIC needed a license from L&H before doing any development work? If you testified in response to Question 393 that you had an understanding, please state the basis for your understanding at the time. Has your understanding changed? If so, please detail when and how your understanding changed, including all facts or circumstances that lead to your change in understanding.

430. Referring back to Question 394, do you recall considering whether L&H would use the LIC transaction to violate GAAP? If you testified in response to Question 394 that you had a belief, please state the basis for your belief at the time. Has your belief changed? If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

431. Referring back to Question 395, do you recall considering whether L&H would use the LIC transaction to recognize revenue improperly? If you testified in response to Question 395 that you had a belief, please state the basis for your belief at the time. Has your belief changed? If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

432. Referring back to Question 396, do you recall considering whether L&H would use the LIC transaction to mislead investors in L&H securities? If you testified in response to Question 396 that you had a belief, please state the basis for your belief at the time. Has your belief

changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

433.    Referring back to Question 399, do you recall considering whether L&H would use the $20 Million Loan transaction to violate GAAP?  If you testified in response to Question 399 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

434.    Referring back to Question 400, do you recall considering whether L&H would use the $20 Million Loan transaction to recognize revenue improperly?  If you testified in response to Question 400 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

435.    Referring back to Question 401, do you recall considering whether L&H would use the $20 Million Loan transaction to mislead investors in L&H securities?  If you testified in response to Question 401 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

*Please turn your attention to Exhibit 21 and refer back to question 405 and your answer thereto:*

436.    If you answered yes to Question 405, please identify anyone from Artesia Securities involved in the draft of Exhibit 21.  Did Laurence Govaert work for Artesia Securities?  Did he report to you?  If no, to whom did he report? Did Marc Sauerman work for Artesia Securities? Did he report to you? If no, to whom did he report? Can you identify the handwriting on DBB 126053?

*Please turn your attention to Exhibit 26 and refer back to question 409 and your answer thereto:*

437.     Who is Michael Wand? Did he report to you?  If not, to whom did he report? Did Mr. Wand prepare analyst reports for all of Paribas as a whole entity (not just a branch office)?  Was it the custom or usual practice at Artesia Securities for an analyst of a branch office to prepare analyst reports for the firm as whole?  If not, why is this?  Was it Mr. Wand's duty and/or responsibility to prepare analyst reports for Paribas as a whole entity or just for the Paribas London office? Was Exhibit 26 disseminated to other Paribas offices for their use?  Was Exhibit 26 disseminated to the Paribas Belgium office for its use?

438.     Referring to back Question 367 and your answer to that question, please state the basis for you understanding, if any, of the purpose of the BTG project?

439.     Referring back to Question 373 and your answer to that question, do you recall considering whether Exhibit 8 indicated to you that L&H was seeking to violate US GAAP?   If you testified "no" to Question 373, please state the basis for your answer?

440.     Referring back to Question 374 and your answer to that question, do you recall considering whether Exhibit 8 indicated to you that L&H was seeking to violate US SEC regulations?   If you testified "no" to Question 374, please state the basis for your answer?

441.     Referring back to Question 375 and your answer to that question, do you recall considering whether Exhibit 9 indicated to you that L&H was seeking to violate US GAAP?   If you testified "no" to Question 375, please state the basis for your answer?

442.     Referring back to Question 376 and your answer to that question, do you recall considering whether Exhibit 9 indicated to you that L&H was seeking to violate US SEC regulations?   If you testified "no" to Question 376, please state the basis for your answer?

443.    Referring back to Question 377 and your answer to that question, do you recall considering whether Exhibit 10 indicated to you that L&H was seeking to violate US GAAP?   If you testified "no" to Question 377, please state the basis for your answer?

444.    Referring back to Question 378 and your answer to that question, do you recall considering whether Exhibit 10 indicated to you that L&H was seeking to violate US SEC regulations?   If you testified "no" to Question 378, please state the basis for your answer?

445.    Please provide the basis for your answers to Questions 379 to 382.

446.    Referring back to Question 403, please explain your own understanding of the word "control"?

447.    Referring back to Question 408 and your answer to that question, who, if anyone, at Artesia Bank or Artesia Securities was responsible for distributing Exhibit 23?

## Redirect Examination of Geert Dauwe – Exhibit C-2

608.    Referring back to Question 542, do you recall considering whether L&H would use the Dictation Consortium transaction to violate GAAP?  If you testified in response to Question 542 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

609.    Referring back to Question 543, do you recall considering whether L&H would use the Dictation Consortium transaction to recognize revenue improperly?  If you testified in response to Question 543 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

610.    Referring back to Question 544, do you recall considering whether L&H would use the Dictation Consortium transaction to mislead investors in L&H securities?  If you testified in response to Question 544 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

611.    Referring back to Questions 549-550 and your answers to those questions, please explain the basis for your answers.

612.    Referring back to Questions 570-71 and your answers to those questions, please explain the basis for your answers.

613.    Referring back to Question 572, do you recall considering whether L&H would use the BTG transaction to violate US GAAP?  If you testified in response to Question 572 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please

detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

614.    Referring back to Question 573, do you recall considering whether L&H would use the BTG transaction to recognize revenue improperly?  If you testified in response to Question 573 that you had a belief, please state the basis for your belief at the time.  Has your belief changed? If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

615.    Referring back to Question 574, do you recall considering whether L&H would use the BTG transaction to mislead investors in L&H securities?  If you testified in response to Question 574 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

616.    Referring back to Question 576, do you recall considering whether L&H wanted to comply with US GAAP rules in connection with the BTG transaction?  If you testified in response to Question 576 that you had a belief, please state the basis for your belief at the time. Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

617.    Referring back to Questions 577-78 and your answers to those questions, please explain the basis for your answers.

618.    Referring back to Question 583, do you recall considering whether the LDCs funded by Radial were going to develop translation software?  If you testified in response to Question 583 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?

If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

619.     Referring back to Question 584, do you recall considering whether the LDCs funded by Radial needed a license from L&H before doing any development work?  If you testified in response to Question 584 that you had a belief, please state the basis for your belief at the time. Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

620.     Referring back to Question 585, do you recall considering whether L&H would use the Radial transaction to violate US GAAP?  If you testified in response to Question 585 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

621.     Referring back to Question 586, do you recall considering whether L&H would use the Radial transaction to recognize revenue improperly?  If you testified in response to Question 586 that you had a belief, please state the basis for your belief at the time.  Has your belief changed? If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

622.     Referring back to Question 587, do you recall considering whether L&H would use the Radial transaction to mislead investors in L&H securities? If you testified in response to Question 587 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

623.     If you testified in response to Question 598 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

624.     If you testified in response to Question 599 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

625.     Referring back to Question 600, do you recall considering whether L&H would use the transaction to violate US GAAP?  If you testified in response to Question 600 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

626.     Referring back to Question 601, do you recall considering whether L&H would use the transaction to recognize revenue improperly?  If you testified in response to Question 601 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

627.     Referring back to Question 602, do you recall considering whether L&H would use the transaction to mislead investors in L&H securities?  If you testified in response to Question 602 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

628.     Referring back to Question 605, do you recall considering whether L&H would use the transaction to violate US GAAP?  If you testified in response to Question 605 that you had a

belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

629.    Referring back to Question 606, do you recall considering whether L&H would use the transaction to recognize revenue improperly?  If you testified in response to Question 606 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

630.    Referring back to Question 607, do you recall considering whether L&H would use the transaction to mislead investors in L&H securities?  If you testified in response to Question 607 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

**<u>Redirect of Patrick Faict – Exhibit E-2</u>**

110.     Referring back to Question 72 and 73, do you recall considering whether L&H would use the transaction to violate US GAAP and to recognize revenue improperly?  If you testified in response to Question 72 and 73 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

111.     Referring back to Question 74, do you recall considering whether L&H would use the transaction to mislead investors in L&H securities?  If you testified in response to Question 74 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

112.     Referring back to Questions 77-78 and your answers to those questions, please explain the basis for your answers.

113.     Referring back to Question 89, do you recall considering whether L&H would use the transaction to violate US GAAP?  If you testified in response to Question 89 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

114.     Referring back to Question 90, do you recall considering whether L&H would use the transaction to recognize revenue improperly?  If you testified in response to Question 90 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

115.    Referring back to Question 91, do you recall considering whether L&H would use the transaction to mislead investors in L&H securities?  If you testified in response to Question 91 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

116.    If you testified in response to Question 96 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

117.    If you testified in response to Question 97 that you had an understanding, please state the basis for your understanding at the time.  Has your understanding changed?  If so, please detail when and how your understanding changed, including all facts or circumstances that lead to your change in understanding.

118.    Referring back to Question 98, do you recall considering whether L&H would use the transaction to violate US GAAP?  If you testified in response to Question 98 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

119.    Referring back to Question 99, do you recall considering whether L&H would use the transaction to recognize revenue improperly?  If you testified in response to Question 99 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

120.    Referring back to Question 100, do you recall considering whether L&H would use the transaction to mislead investors in L&H securities?  If you testified in response to Question 100 that you had a belief, please state the basis for your belief at the time.  Has your belief changed? If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

**Redirect of Jan Van Broeckhoven – Exhibit F-2**

115.    Referring back to Question 98 and 99, do you recall considering whether L&H would use the transaction to violate US GAAP and to recognize revenue improperly?  If you testified in response to Question 98 and 99 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

116.    Referring back to Question 100, do you recall considering whether L&H would use the transaction to mislead investors in L&H securities?  If you testified in response to Question 100 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

117.    Referring back to Question 112, do you recall considering whether L&H would use the transaction to violate US GAAP?   If you testified in response to Question 112 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

118.    Referring back to Question 113, do you recall considering whether L&H would use the transaction to recognize revenue improperly?  If you testified in response to Question 113 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

119.    Referring back to Question 114, do you recall considering whether L&H would use the transaction to mislead investors in L&H securities?  If you testified in response to Question 114

16

that you had a belief, please state the basis for your belief at the time.  Has your belief changed?

If so, please detail when and how your belief changed, including all facts or circumstances that

lead to your change in belief.

120.    Referring back to Questions 102-103 and your answers to those questions, please explain

the basis for your answers.

**Redirect of Jan Van Der Ven – Exhibit G-2**

198.    If you testified in response to Question 157 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

199.    If you testified in response to Question 158 that you had an understanding, please state the basis for your understanding at the time.  Has your understanding changed?  If so, please detail when and how your understanding changed, including all facts or circumstances that lead to your change in understanding.

200.    Referring back to Question 159, do you recall considering whether L&H would use the transaction to violate US GAAP?  If you testified in response to Question 159 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

201.    (a)  Referring back to Question 160, do you recall considering whether L&H would use the transaction to recognize revenue improperly?  If you testified in response to Question 160 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

       (b)  Referring back to Question 161, do you recall considering whether L&H would use the transaction to mislead investors in L&H securities?  If you testified in response to Question 161 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

202.    If you testified in response to Question 174 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

203.    If you testified in response to Question 175 that you had an understanding, please state the basis for your understanding at the time.  Has your understanding changed?  If so, please detail when and how your understanding changed, including all facts or circumstances that lead to your change in understanding.

204.    Referring back to Question 176, do you recall considering whether L&H would use the transaction to violate US GAAP?  If you testified in response to Question 176 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

205.    Referring back to Question 177, do you recall considering whether L&H would use the transaction to recognize revenue improperly?  If you testified in response to Question 177 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

206.    Referring back to Question 178, do you recall considering whether L&H would use the transaction to mislead investors in L&H securities?  If you testified in response to Question 178 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

207.    Referring back to Question 186, do you recall considering whether L&H would use the
transaction to violate US GAAP?  If you testified in response to Question 186 that you had a
belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please
detail when and how your belief changed, including all facts or circumstances that lead to your
change in belief.

208.    Referring back to Question 187, do you recall considering whether L&H would use the
transaction to recognize revenue improperly? If you testified in response to Question 187 that
you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If
so, please detail when and how your belief changed, including all facts or circumstances that lead
to your change in belief.

209.    Referring back to Question 188, do you recall considering whether L&H would use the
transaction to mislead investors in L&H securities?  If you testified in response to Question 188
that you had a belief, please state the basis for your belief at the time.  Has your belief changed?
If so, please detail when and how your belief changed, including all facts or circumstances that
lead to your change in belief.

210.    If you testified in response to Question 190 that you had an understanding, please state
the basis for your understanding at the time.  Has your understanding changed?  If so, please
detail when and how your understanding changed, including all facts or circumstances that lead
to your change in understanding.

211.    Referring back to Question 191, do you recall considering whether L&H would use the
transaction to violate US GAAP?  If you testified in response to Question 191 that you had a
belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please

detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

212.    Referring back to Questions 192-93 and your answers to those questions, please explain the basis for your answers.