**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| HANS A. QUAAK, ATTILIO PO and KARL LEIBINGER, on behalf of themselves and those similarly situated,<br><br>     Plaintiffs,<br><br>     v.<br><br>DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>     Defendants. | Civil Action No.: 03-11566 (PBS) |
| STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., a Delaware limited liability company,<br><br>     Plaintiffs,<br><br>     v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>     Defendants. | Civil Action No.: 04-10411 (PBS) |
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust,<br><br>     Plaintiffs,<br><br>     v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>     Defendants. | Civil Action No.: 04-10477 (PBS) |

| | |
|---|---|
| JANET BAKER and JAMES BAKER, JKBAKER LLC and JMBAKER LLC,<br><br>       Plaintiffs,<br><br>       v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>       Defendants. | Civil Action No.:  04-10501 (PBS) |

### DEXIA BANK BELGIUM'S MOTION FOR A PROTECTIVE ORDER LIMITING THE DEPOSITIONS OF BART FERRAND AND PETER RABAEY TO TWO DAYS EACH

Defendant Dexia Bank Belgium, by and through its counsel, hereby moves pursuant to Rule 26(c) of the Federal Rules of Civil Procedure for a protective order limiting the depositions of Bart Ferrand and Peter Rabaey to two days each.

In support of this motion, Dexia Bank Belgium submits the accompanying Memorandum of Law and the Declaration of Jeff E. Butler.

WHEREFORE, Dexia Bank Belgium requests that this motion for a protective order be granted in full.

### CERTIFICATION

The undersigned counsel hereby certifies, pursuant to Local Rule 7.1(a)(2), that counsel for Dexia Bank Belgium and counsel for all Plaintiffs conferred in good faith regarding the length of the depositions in question and were unable to reach agreement.

Dated: September 13, 2006

                                        Respectfully submitted,

                                        MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO

                                        By:  */s/* Eóin P. Beirne
                                              Peter M. Saparoff (BBO#441740)
                                              Breton Leone-Quick (BBO#655571)
                                              Eóin P. Beirne (BBO#660885)

                                        One Financial Center
                                        Boston, MA 02111
                                        Tel:    (617) 542-6000
                                        Fax:   (617) 542-2241

                                        James B. Weidner
                                        Jeff E. Butler
                                        CLIFFORD CHANCE US LLP
                                        31 West 52nd Street
                                        New York, NY 10019-6131
                                        Tel:    (212) 878-8000
                                        Fax:   (212) 878-8375

                                        *Counsel for Dexia Bank Belgium*