UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., a Delaware limited liability company,<br>    Plaintiffs,<br>        v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>    Defendants. | No.: 04-CV-10411 (PBS) |

## DECLARATION OF AVI JOSEFSON IN SUPPORT OF STONINGTON PLAINTIFFS' MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

AVI JOSEFSON, declares as follows:

1.  I am an associate with the law firm of Bernstein Litowitz Berger & Grossmann LLP, counsel to plaintiffs Stonington Partners, Inc., Stonington Capital Appreciation 1994 Fund, L.P., and Stonington Holdings, L.L.C. (collectively "Plaintiffs") in the above-captioned matter. I am a member in good standing of the bars of the States of New York and Illinois, and have been admitted to practice before this Court *pro hac vice*. Unless otherwise indicated, I have personal knowledge of the matters addressed in this declaration. I am over the age of 18 and am fully competent to testify.

2.  I submit this declaration on behalf of Plaintiffs in the above-captioned action in support of Stonington Plaintiffs' Motion for Leave to File an Amended Complaint.

3.  Annexed hereto as **Exhibit A** is a true and correct copy of the Stipulation Pursuant to Federal Rule of Civil Procedure 15, dated March 29, 2006, by and between Dexia Bank Belgium and plaintiffs in the following related cases pending before the Court: 04-CV-10411-PBS (Stonington Partners, Inc., Stonington Capital Appreciation 1994 Fund L.P., and Stonington Holdings, L.L.C.); 04-CV-10477-PBS (Gary B. Filler and Lawrence Perlman,

2

Trustees of the TRA Rights Trust); and 04-CV-10501-PBS (Janet Baker, James Baker, JK Baker LLC and JM Baker LLC).

    4.    Annexed hereto as **Exhibit B** is a true and correct copy of the Court's Memorandum and Order, dated August 8, 2006, in *Quaak v. Dexia, S.A.*, Civil Action No. 03-11566-PBS (D. Mass.) (Dkt. No. 342).

    I declare under penalty of perjury that the foregoing is true and correct. Executed this 15th day of September 2006.

/s/ Avi Josefson
Avi Josefson