UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
:
STONINGTON PARTNERS, INC., a Delaware :
Corporation, STONINGTON CAPITAL : Civil Action No. 04-10411 (PBS)
APPRECIATION 1994 FUND L.P., a Delaware :
Partnership and STONINGTON HOLDINGS, :
L.L.C., a Delaware limited liability company, :
:
    Plaintiffs, :
:
    v. :
:
DEXIA, S.A. and DEXIA BANK BELGIUM :
(formerly known as ARTESIA BANKING CORP., :
 S.A.), :
:
    Defendants. :
_____:

**STONINGTON PLAINTIFFS' UNOPPOSED MOTION
FOR LEAVE TO FILE UNDER SEAL**

Plaintiffs Stonington Partners, Inc., Stonington Capital Appreciation 1994 Fund L.P., and Stonington Holdings, L.L.C. (collectively "Stonington Plaintiffs") hereby move, pursuant to Massachusetts Local Rule 7.2, for an order authorizing the filing under seal of Exhibit A to their Motion for Leave to File an Amended Complaint. Exhibit A is the Stonington Plaintiffs' proposed First Amended Complaint.

In support of this unopposed motion, Stonington Plaintiffs state as follows:

1.    Contemporaneously with the instant motion, Stonington Plaintiffs are filing a Motion for Leave to File an Amended Complaint (the "Motion"). Stonington Plaintiffs' proposed First Amended Complaint has been served on counsel for defendant Dexia Bank Belgium ("Dexia"), and a courtesy copy thereof will be delivered to Chambers. However, Stonington Plaintiffs' proposed First Amended Complaint is not annexed to the Motion because

it includes information obtained from Dexia in discovery that (a) Dexia has designated as "confidential" pursuant to the Order Governing the Treatment of Confidential Information entered in the above-captioned action on May 31, 2005 (the "Confidentiality Order"), and (b) has not previously been disclosed in a publicly filed document in this or any of the related actions against Dexia ("Dexia Confidential Information").

2. Stonington Plaintiffs do not believe that the Dexia Confidential Information in the proposed First Amended Complaint is entitled to protection under the Confidentiality Order or under Federal Rule of Civil Procedure 26(c). However, because Stonington Plaintiffs have not yet formally challenged Dexia's designation of the particular documents that are the sources of the Dexia Confidential Information, Stonington Plaintiffs are required to move to file the proposed First Amended Complaint under seal.

3. Stonington Plaintiffs respectfully submit that the instant motion should be decided consistently with this Court's February 17, 2006 and July 27, 2006 orders denying motions to seal papers that included Dexia Confidential Information (including the Third Amended Complaint in *Quaak v. Dexia, S.A.*, No. 03-CV-11566-PBS).

**CERTIFICATION UNDER LOCAL RULE 7.1(a)(2)**

Pursuant to Massachusetts Local Rules 7.1(a)(2), undersigned counsel hereby certify that they have conferred with counsel for Dexia and attempted in good faith to resolve or narrow the issue presented by the instant motion.

|  |  |
|---|---|
| Dated: September 15, 2006 | **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP** |

/s/ Avi Josefson
Steven B. Singer
Avi Josefson
1285 Avenue of the Americas
New York, NY 10019
(212) 554-1400 (phone)
(212) 554-1444 (fax)

- and -

**LOONEY & GROSSMAN, LLP**

Richard J. Grahn (BBO #206620)
Charles P. Kindregan (BBO # 554947)
101 Arch Street
Boston, Massachusetts 02110
(617) 951-2800 (phone)
(617) 951-2819 (fax)

*Attorneys for the Stonington Plaintiffs*