# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

———————————————————————

| | |
|---|---|
| STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., a Delaware limited liability company, | : : : : : : |
| Plaintiffs, | : : |
| v. | : : |
| DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., S.A.), | : : : |
| Defendants. | : : : |

Civil Action No. 04-10411 (PBS)

———————————————————————

## CERTIFICATE OF SERVICE

I hereby certify that the following documents will be filed through the ECF system, which filing will constitute service of the document upon all registered ECF users as identified on the Notice of Electronic Filing (NEF):

(1) **Stonington Plaintiffs' Motion for Leave to File an Amended Complaint (without Exhibit A thereto – the proposed First Amended Complaint);**

(2) **Declaration of Avi Josefson in Support of Stonington Plaintiffs' Motion for Leave to File an Amended Complaint;** and

(3) **Stonington Plaintiffs' Unopposed Motion for Leave to File Under Seal.**

A paper copy of Stonington Plaintiffs' Motion for Leave to File an Amended Complaint, including Exhibit A thereto, has been mailed to counsel for defendant Dexia Bank Belgium, Jeff E. Butler, Esq. of Clifford Chance US LLP, New York, New York.

Paper copies of the above-referenced documents have been mailed in accordance with FED. R. CIV. P. 5(b) to all those case participants not identified on the NEF as electronic recipients.

/s/ Avi Josefson _____