UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

STONINGTON PARTNERS, INC., a Delaware
Corporation, STONINGTON CAPITAL
APPRECIATION 1994 FUND L.P., a Delaware
Partnership and STONINGTON HOLDINGS,
L.L.C., a Delaware limited liability company,

    Plaintiffs,

    v.

DEXIA, S.A. and DEXIA BANK BELGIUM
(formerly known as ARTESIA BANKING CORP.,
S.A.),

    Defendants.
_____

Civil Action No. 04-10411 (PBS)

## CERTIFICATE OF SERVICE

I hereby certify that the following documents will be filed through the ECF system, which filing will constitute service of the document upon all registered ECF users as identified on the Notice of Electronic Filing (NEF):

(1) **Plaintiffs' Memorandum of Law in Opposition to Dexia's Motion for Protective Order Limiting the Duration of Depositions of Bart Ferrand and Peter Rabaey;** and

(2) **Declaration of Patrick T. Egan in Support of Plaintiffs' Opposition to Dexia's Motion for Protective Order Limiting the Duration of Depositions of Bart Ferrand and Peter Rabaey.**

Paper copies of the above-referenced documents have been mailed in accordance with FED. R. CIV. P. 5(b) to all those case participants not identified on the NEF as electronic recipients.

/s/ Avi Josefson