**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| HANS A. QUAAK, ATTILIO PO and KARL LEIBINGER, on behalf of themselves and those similarly situated,<br>          Plaintiffs,<br>     v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>          Defendants. | No.: 03-CV-11566 (PBS) |
| STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., a Delaware limited liability company,<br>          Plaintiffs,<br>     v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>          Defendants. | No.: 04-CV-10411 (PBS) |
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust,<br>          Plaintiffs,<br>     v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>          Defendants. | No.: 04-CV-10477 (PBS) |
| JANET BAKER and JAMES BAKER, JKBAKER LLC and JMBAKER LLC,<br>          Plaintiffs,<br>     v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>          Defendants. | No.: 04-CV-10501 (PBS) |

**UNOPPOSED MOTION FOR LEAVE TO FILE DECLARATION <u>UNDER SEAL</u>**

Pursuant to Massachusetts Local Rule 7.2, Plaintiffs in each of the above-

captioned actions hereby move for an order authorizing the filing <u>under seal</u> of the

Declaration of Susan M. Davies in Opposition to Dexia Bank Belgium's Motion for a

Protective Order Limiting the Duration of Depositions of Bart Ferrand and Peter Rabaey, together with exhibits thereto ("Davies Declaration").

In support of this motion, Plaintiffs state:

1. Contemporaneously with the instant motion, Plaintiffs are filing a Memorandum of Law in Opposition to Dexia Bank Belgium's ("Dexia's") Motion for a Protective Order Limiting the Depositions of Bart Ferrand and Peter Rabaey. Plaintiffs seek to submit the Davies Declaration in further support of their opposition to Dexia's motion. The Davies Declaration has not been filed with the Court because it contains, and annexes, information (a) that Dexia has designated "confidential" pursuant to the Order Governing the Treatment of Confidential Information entered in each of the above-captioned actions on May 31, 2005, and (b) that has not been disclosed previously in a publicly filed document in these actions.

2 The Davies Declaration has been served on counsel for Dexia, and a courtesy copy will be delivered to Chambers promptly.

WHEREFORE, Plaintiffs respectfully request that the Court enters orders:

(A) relieving Plaintiffs of the obligation under Local Rule 7.1(b)(1) to file a memorandum of law in support of the instant motion simultaneously herewith;

(B) authorizing the filing of the Davies Declaration under seal; and

C) for such other and further relief as the Court deems just and proper.

### Certification Under Local Rules 7.1(a)(2)

Pursuant to Local Rules 7.1(a)(2), undersigned counsel hereby certify that counsel for Dexia does not oppose the instant motion.

Dated: September 27, 2006          Respectfully submitted,

**BERMAN DEVALERIO PEASE  
TABACCO BURT & PUCILLO**

    /s/ Patrick T. Egan  
Glen DeValerio, BBO # 122010  
Patrick T. Egan, BBO # 637477  
(pegan@bermanesq.com)  
Allison K. Jones, BBO # 654804  
One Liberty Square  
Boston, MA 02109  
Telephone: (617) 542-8300

**SHALOV STONE & BONNER LLP**  
James P. Bonner  
Patrick L. Rocco  
485 Seventh Avenue, Suite 10000  
New York, New York 10018  
Telephone: (212) 239-4340

**CAULEY BOWMAN CARNEY  
& WILLIAMS PLLC**  
Allen Carney  
11001 Executive Center Drive, Suite 200  
Little Rock, Arkansas 72212  
Telephone: (501) 312-8500

*Co-lead Counsel to Class Plaintiffs  
Hans A. Quaak, Karl Leibinger and Attilio Po*

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

/s/ Avi Josefson
Max W. Berger
Steven B. Singer
Avi Josefson
(avi@blbglaw.com)
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 554-1400

**LOONEY & GROSSMAN LLP**
Richard J. Grahn, BBO #206620
Charles P. Kindregan, BBO #554947
101 Arch Street
Boston, MA 02110
Telephone: (617) 951-2800

*Counsel to Plaintiffs Stonington Partners, Inc., Stonington Capital Appreciation 1994 Fund L.P. and Stonington Holdings L.L.C.*

**GREGORY P. JOSEPH LAW OFFICES LLC**

/s/ Susan M. Davies
Gregory P. Joseph, N.Y. Atty Reg. #1645852
Susan M. Davies, N.Y. Atty Reg. #2413508
(sdavies@josephnyc.com)
805 Third Avenue, 31st Floor
New York, NY 10022
Telephone: (212) 407-1200

**KOTIN, CRABTREE & STRONG**
Amy C. Mainelli, BBO #657201
One Bowdoin Square
Boston, MA 02114
Telephone: (617) 227-7031

*Counsel to Plaintiffs Gary B. Filler and Lawrence Perlman, Trustees of the TRA Rights Trust*

**PARTRIDGE, ANKNER & HORSTMAN LLP**

    /s/ Terrence K. Ankner
Terrence K. Ankner, BBO #552469
(tka@anknerlaw.com)
200 Berkeley Street, 16th Floor
Boston, MA 02116
Telephone:  (617) 859-9999

**BOIES SCHILLER & FLEXNER**
Karen C. Dyer
George R. Coe
225 South Orange Avenue, Suite 905
Orlando, Florida  32801
Telephone:  (407) 425-7118

**REED SMITH LLP**
Alan K. Cotler
Joan A. Yue
2500 One Liberty Place 1650 Market Street
Philadelphia, PA 10103
Telephone:  (215) 851-8100

*Counsel to Plaintiffs Janet Baker, James Baker, JKBaker LLC and JMBaker LLC.*

### CERTIFICATE OF SERVICE

    I hereby certify that this document will be filed through the ECF system, which filing will constitute service of the document upon all registered ECF users as identified on the Notice of Electronic Filing (NEF).  A paper copy of this document has been mailed in accordance with FED. R. CIV. P. 5(b) to all those case participants not identified on the NEF as electronic recipients.

       /s/ Susan M. Davies
Susan M. Davies, N.Y. Atty Reg. #2413508