**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| HANS A. QUAAK, ATTILIO PO and KARL LEIBINGER, on behalf of themselves and those similarly situated,<br>    Plaintiffs,<br>    v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>    Defendants. | No.: 03-CV-11566 (PBS) |
| STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., a Delaware limited liability company,<br>    Plaintiffs,<br>    v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>    Defendants. | No.: 04-CV-10411 (PBS) |
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust,<br>    Plaintiffs,<br>    v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>    Defendants. | No.: 04-CV-10477 (PBS) |
| JANET BAKER and JAMES BAKER, JKBAKER LLC and JMBAKER LLC,<br>    Plaintiffs,<br>    v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>    Defendants. | No.: 04-CV-10501 (PBS) |

**CERTIFICATE OF SERVICE**

SUSAN M. DAVIES certifies that:

On September 27, 2006, I caused a true and correct copy of the Declaration of

Susan M. Davies in Opposition to Dexia Bank Belgium's Motion for a Protective Order

Limiting the Duration of Depositions of Bart Ferrand and Peter Rabaey, together with exhibits thereto to be served by electronic mail and U.S. mail upon the following counsel of record for defendant Dexia Bank Belgium:

> Jeff E. Butler, Esq. (Jeff.Butler@CliffordChance.com)
> Thomas Teige Carroll (Thomas.Carroll@CliffordChance.com)
> Clifford Chance US LLP
> 31 West 52nd Street
> New York, NY 10019

Dated:  September 27, 2006
        New York, New York

                                        /s/ Susan M. Davies
                                    Susan M. Davies
                                    N.Y. Attorney Reg. #1645852