UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| JANET BAKER AND JAMES BAKER, JKBAKER LLC and JMBAKER LLC, <br><br> Plaintiffs, <br><br> v. <br><br> DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., S.A.), <br><br> Defendants. | Civil Action No.: 04-10501 (PBS) |
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust, <br><br> Plaintiffs, <br><br> v. <br><br> DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., S.A.), <br><br> Defendants. | Civil Action No.: 04-10477 (PBS) |

BO1 15803423.1

```
─────────────────────────────────── x
STONINGTON PARTNERS, INC., a        :
Delaware Corporation, STONINGTON    :
CAPITAL APPRECIATION 1994 FUND      :
L.P., a Delaware Partnership and    :
STONINGTON HOLDINGS, L.L.C., a      :
Delaware limited liability company, :
                                    :  Civil Action No.: 04-10501 (PBS)
              Plaintiffs,           :
                                    :
       - against -                  :
                                    :
DEXIA, S.A. and DEXIA BANK BELGIUM  :
(formerly known as ARTESIA BANKING  :
CORP., S.A.),                       :
                                    :
              Defendants.           :
                                    :
─────────────────────────────────── x
```

### CERTIFICATE OF SHEILA VERA BARRETT
### IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

Sheila Vera Barrett, duly sworn on oath states as follows:

1.   I am an associate with the firm Davis Polk & Wardwell, which is located at 450 Lexington Avenue, New York, New York 10017.

2.   I have been admitted to practice before the following courts in the years indicated:

   State of New York (2002)

   Southern District of New York (2003)

   Eastern District of New York (2003)

3.   I am an attorney in good standing and eligible to practice in the above-referenced courts. I have not been suspended or disbarred in any jurisdiction, and no disciplinary actions are pending against me.

BO1 15803423.1

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 28th day of September, 2006.

*Sheila Vera Barrett*
Sheila Vera Barrett

BO1 15803423.1