UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
:
STONINGTON PARTNERS, INC., a Delaware :
Corporation, STONINGTON CAPITAL : Civil Action No. 04-10411 (PBS)
APPRECIATION 1994 FUND L.P., a Delaware :
Partnership and STONINGTON HOLDINGS, :
L.L.C., a Delaware limited liability company, :
:
    Plaintiffs, :
:
    v. :
:
DEXIA, S.A. and DEXIA BANK BELGIUM :
(formerly known as ARTESIA BANKING CORP., :
S.A.), :
:
    Defendants. :
_____:

**STONINGTON PLAINTIFFS' REPLY TO RESPONSE OF DEFENDANT
DEXIA BANK BELGIUM TO DRAGON AND STONINGTON PLAINTIFFS' MOTIONS
FOR LEAVE TO AMEND AND TO FILE UNDER SEAL**

    Plaintiffs Stonington Partners, Inc., Stonington Capital Appreciation 1994 Fund L.P., and Stonington Holdings, L.L.C. (collectively "Stonington Plaintiffs") hereby reply to the Response of Defendant Dexia Bank Belgium to Dragon and Stonington Plaintiffs' Motions for Leave to Amend and to File Under Seal (the "Response") (Dkt. No. 191).

    In the Response, Dexia states that it does not oppose Stonington Plaintiffs' Motion for Leave to File an Amended Complaint. (Response, at ¶5.) Dexia also states that it will not object to the public filing of Stonington Plaintiffs' First Amended Complaint if Stonington Plaintiffs agree to redact certain parts of paragraphs 20 and 160. (Response, at ¶¶6-7.) Dexia requests the redactions due to confidentiality and privacy concerns. (Response, at ¶6.) Stonington Plaintiffs have conferred with counsel for Dexia, and have agreed to redact those parts of paragraphs 20 and 160 which give rise to Dexia's concerns. Accordingly, pursuant to Federal Rule of Civil

2

Procedure 15(a), Stonington Plaintiffs will file their redacted First Amended Complaint shortly hereafter.

| | |
|---|---|
| Dated: October 3, 2006 | **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP** |

/s/ Avi Josefson
Steven B. Singer
Avi Josefson
1285 Avenue of the Americas
New York, NY 10019
(212) 554-1400 (phone)
(212) 554-1444 (fax)

- and -

**LOONEY & GROSSMAN, LLP**

Richard J. Grahn (BBO #206620)
Charles P. Kindregan (BBO # 554947)
101 Arch Street
Boston, Massachusetts 02110
(617) 951-2800 (phone)
(617) 951-2819 (fax)

*Attorneys for the Stonington Plaintiffs*

## **CERTIFICATE OF SERVICE**

  I hereby certify that this document will be filed through the ECF system, which filing will constitute service of the document upon all registered ECF users as identified on the Notice of Electronic Filing (NEF). A paper copy of this document has been mailed in accordance with F<small>ED</small>. R. C<small>IV</small>. P. 5(b) to all those case participants not identified on the NEF as electronic recipients.

                /s/ Avi Josefson