**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| HANS A. QUAAK, ATTILIO PO and KARL LEIBINGER, on behalf of themselves and those similarly situated<br>　　　Plaintiffs,<br>　　　　v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP S.A.)<br>　　　Defendants | No. 03-CV-11566 (PBS) |
| STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., a Delaware limited liability company,<br>　　　Plaintiffs,<br>　　　　v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>　　　Defendants. | No.: 04-CV-10411 (PBS) |
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust,<br>　　　Plaintiffs,<br>　　　　v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>　　　Defendants. | No.: 04-CV-10477 (PBS) |
| JANET BAKER and JAMES BAKER, JKBAKER LLC and JMBAKER LLC,<br>　　　Plaintiffs,<br>　　　　v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>　　　Defendants. | No.: 04-CV-10501 (PBS) |

**PLAINTIFFS' NOTICE OF SUBSTITUTION OF EXHIBITS TO MOTION TO COMPEL
DOCUMENTS WITHHELD OR REDACTED BY DEXIA UNDER
IMPROPER CLAIMS OF ATTORNEY-CLIENT PRIVILEGE AND
WORK PRODUCT PROTECTION**

All Plaintiffs in the above-captioned actions (collectively, "Plaintiffs") submit this notice of substitution of exhibits, which supplements their Motion to Compel the Production of Documents from Dexia Bank Belgium ("Dexia"). This motion is scheduled for hearing before this Honorable Court tomorrow, October 5, 2006 at 11:00 a.m.

## I. BACKGROUND

On June 16, 2006, Plaintiffs filed a Motion to Compel Dexia to produce documents that it withheld under improper claims of attorney-client privilege and work product ("the June 16, 2006 Motion to Compel"). Following discussions among counsel for Dexia and Plaintiffs, Dexia's revisions to its voluminous privilege logs, and Dexia's production and agreement to produce numerous documents that it initially withheld, Plaintiffs have been able to narrow their objections to Dexia's overbroad designations of attorney-client privilege and attorney work product protection. Attached hereto are charts that illustrate Plaintiffs' revised objections to Dexia's claims of privilege and protection. Plaintiffs ask the Court to substitute these exhibits for those attached to the June 16, 2006 Motion to Compel. At tomorrow's hearing on the June 16, 2006 Motion, Plaintiffs intend to assert the arguments in their June 16, 2006 Motion to Compel against the attached exhibits of privilege log entries, in lieu of those exhibits and entries attached to the June 16, 2006 Motion.

## II. THE SUPPLEMENTAL CHARTS

Attached hereto are Plaintiffs' revised charts containing Plaintiffs' current objections to Dexia's designations of attorney-client privilege and work-product protection. Plaintiffs request that the Court substitute the attached exhibits in place of the exhibits attached to the June 16, 2006 Motion to Compel.

1. **Revised Exhibit A – "Third Party Communications" –** (*See June 16, 2006 Motion to Compel, Section B.1*).

Voluntary disclosure of even privileged documents to third parties destroys any claim of privilege. See In re Grand Jury Subpoena, 925 F.Supp. 849, 855 (D. Mass. 1995) (Saris, J.) ("a voluntary disclosure of information which is inconsistent with the confidential nature of the attorney-client relationship waives the privilege") (citation omitted). The documents in "Revised Exhibit A" are communications to, from, or between one or more third parties outside of the attorney-client relationship.

2. **Revised Exhibit B – "Communications of Non-Attorney Employees" –** (*See June 16, 2006 Motion to Compel, Section B.2*).

The documents in "Revised Exhibit B" consist of communications exclusively between Dexia employees who are not attorneys and communications from non-attorneys where Dexia claims that those non-attorneys provided legal advice. None of these documents should have been withheld from production. See Pasteris v. Robillard, 217 F.R.D. 18, 20 (D. Mass. 1988); Pacamor Bearings, Inc. v. Mineber Co., Ltd., 918 F.Supp. 491, 511 (D. N.H. 1996); Sneider v. Kimberly-Clark Corp., 91 F.R.D. 1, 5 (N.D. Ill. 1980).

3. **Combined and Revised Exhibits G and I – "No Author Identified or No Recipient Identified"** (*See June 16, 2006 Motion to Compel, Section C*).

A party claiming privilege must, at a minimum, provide the author, recipient, and date of each document purportedly covered. Colonial Gas Co. v. Aetna Casualty & Surety Co., 144 F.R.D. 600, 610 (D. Mass. 1992). "Combined and Revised Exhibits G and I" reflects the documents that Dexia withheld for which it has failed to list an author or a recipient.

Accordingly, Plaintiffs respectfully request that the Court substitute the attached exhibits for the exhibits attached to the June 16, 2006 Motion to Compel.

Dated: October 4, 2006	Respectfully submitted,

BERMAN DEVALERIO PEASE
TABACCO BURT & PUCILLO
    /s/ Patrick T. Egan
Glen DeValerio, BBO # 122010
Jeffrey C. Block, BBO # 600747
Patrick T. Egan, BBO # 637477
(pegan@bernabesq.com)
Allison K. Jones, BBO # 654804
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300

SHALOV STONE & BONNER LLP
Lee S. Shalov
James P. Bonner
Patrick L. Rocco
485 Seventh Avenue, Suite 10000
New York, New York 10018
Telephone: (212) 239-4340

CAULEY BOWMAN CARNEY & WILLIAMS LLC
Allen Carney
11001 Executive Center Drive, Suite 200
P.O. Box 25438
Little Rock, Arkansas 72212
Telephone: (501) 312-8500
**CO-LEAD COUNSEL TO LEAD CLASS PLAINTIFFS HANS A. QUAAK, ATTILIO PO and KARL LEIBINGER**

BERNSTEIN LITOWITZ BERGER &
  GROSSMAN LLP
    /s/ Avi Josefson
Max W. Berger
Steven B. Singer
Avi Josefson
Javier Bleichmar
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 554-1400

LOONEY & GROSSMAN LLP
Richard J. Grahn, BBO # 206620
(rgrahn@lgllp.com)
Charles P. Kindregan, BBO # 554947
101 Arch Street
Boston, MA 02110
Telephone: (617) 951-2800
**COUNSEL TO PLAINTIFFS STONINGTON PARTNERS, INC., STONINGTON CAPITAL APPRECIATION 1994 FUND L.P. AND STONINGTON HOLDINGS L.L.C.**


GREGORY P. JOSEPH LAW OFFICES LLC
          /s/ Susan M. Davies
Gregory P. Joseph, N.Y. Atty Reg. # 1645852
Susan M. Davies, N.Y. Atty Reg. # 2413508
(sdavies@josephnyc.com)
Third Avenue, 31st Floor
New York, NY 10022
Telephone: (212) 407-1200



KOTIN, CRABTREE & STRONG
Amy C. Mainelli, BBO # 657201
One Bowdoin Square
Boston, MA 02114
Telephone: (617) 227-7031
**COUNSEL TO PLAINTIFFS GARY B. FILLER and LAWRENCE PERLMAN,
Trustees of the TRA Rights Trust**


PARTRIDGE, ANKNER & HORSTMAN LLP
          /s/ Terence K. Ankner
Terence K. Ankner, BBO #552469
200 Berkeley Street, 16th Floor
Boston, Massachusetts 02116
Telephone: (617) 859-9999

BOIES SCHILLER & FLEXNER
Karen C. Dyer
George R. Coe
255 South Orange Avenue, Suite 905
Orlando, Florida 32801
Telephone: (407) 425-7118

REED SMITH LLP
Alan K. Cotler
Joan A. Yue
Steven T. Voigt
2500 One Liberty Place 1650 Market Street
Philadelphia, PA 10103
Telephone: (215) 851-8100
**COUNSEL FOR JANET BAKER, JAMES BAKER, JKBAKER LLC AND JMBAKER LLC**

## **CERTIFICATE OF SERVICE**

Steven T. Voigt, certifies pursuant to 28 U.S.C. § 1746, as follows:

On October 4, 2006, I caused a true and correct copy of

**PLAINTIFFS' NOTICE OF SUBSTITUTION OF EXHIBITS TO MOTION TO COMPEL DOCUMENTS WITHHELD OR REDACTED BY DEXIA UNDER IMPROPER CLAIMS OF ATTORNEY-CLIENT PRIVILEGE AND WORK PRODUCT PROTECTION**

to be served by electronic delivery and overnight priority delivery upon the following counsel of record for Dexia Bank Belgium at the address indicated below:

>Jeff E. Butler, Esq.
>Clifford Chance US LLP
>31 West 52nd Street
>New York, NY 10019

I declare under penalty of perjury that the foregoing is true and correct. Executed this 4th day of October 2006.

>/s/ Steven T. Voigt
>Steven T. Voigt