## Revised Exhibit A

## Third Party Communications

| Begin Doc Number | End Doc Number | Language | Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege | Page # |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV001173 | DEXPRIV001173 | English | Email | 11/06/2000 | "Document Centre, NY" | S. Loosveld (TA) | D. Leclercq, L. Barrett, J. Sheng | Email providing legal advice re security agreement LHIC. | AC, WP | |
| DEXPRIV001848 | DEXPRIV001851 | English | Letter | | Paribas Bank Belgie NV, Banque Paribas SA | | | Draft engagement letter, reflecting the mental impressions of an attorney, re stock market listing. | AC, WP | |

**Key to Codes Next to Names**

**Indentified by Dexia by Letter Dated 6/26/06**
(DE) Dexia Non-Attorney Employee
(DEA) Dexia Employee and Attorney
(T) Third-Party Employee
(TA) Third-Party Employee and Attorney

**Indentified by Plaintiffs Through Depositions and Other Discovery**
(P-DE) Dexia Non-Attorney Employee
(P-DE-A) Dexia Employee and Attorney
(P-T) Third-Party Employee
(P-TA) Third-Party Employee and Attorney
(MA) Bernard Mommens worked in Dexia's Legal Department through the end of 1999
(M) Begining 01/01/00, Mommens served in the Private Banking Department and not in a legal capacity

| Begin Doc Number | End Doc Number | Language | Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege | Page # |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV002791 | DEXPRIV002792 | Dutch | Fax | 11/23/2000 | **J. Lemout (P-T)** | J. Blomkwist (DEA) M. Blackstone | | Fax transmitting information upon which legal advice is to be based re loan settlement. | AC, WP | |
| DEXPRIV003364 | DEXPRIV003366 | Dutch | Email | 11/03/2000 | **C. Mestdagh (P-T)** | P. Cordonnier (P-DE-A) | **T. Denys (P-T)**, M. Colle K. van Reit (P-DE-A) | Email transmitting legal advice re security agreement. | AC, WP | |
| DEXPRIV003367 | DEXPRIV003367 | Dutch | Email | 10/30/2000 | **T. Denys (P-T)** | P. Cordonnier (P-DE-A) | | Email providing legal advice re security agreement and re pledging agreement. | AC, WP | |