## Revised Exhibit B

## Communications Where Dexia Claims That Non-Attorneys Provided Legal Advice

| Begin Doc Number | End Doc Number | Language | Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege | Page # | Objection # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV004126 | DEXPRIV004127 | Dutch | Email | 11/23/2000 | P. Vermeiren (DE) | P. Vermeiren (DE) | P. van Tiggel (P-DE), | Email **providing legal advice** credit insurance | AC, WP | | |

Key to Codes Next to Names

Indentified by Dexia by Letter Dated 6/26/06
(DE) Dexia Non-Attorney Employee
(DEA) Dexia Employee and Attorney
(T) Third-Party Employee
(TA) Third-Party Employee and Attorney


Indentified by Plaintiffs Through Depositions and Other Discovery
(P-DE) Dexia Non-Attorney Employee
(P-DE-A) Dexia Employee and Attorney
(P-T) Third-Party Employee
(P-TA) Third-Party Employee and Attorney
(MA) Bernard Mommens worked in Dexia's Legal Department through the end of 1999
(M) Begining 01/01/00, Mommens served in the Private Banking Department and not in a legal capacity

| Begin Doc Number | End Doc Number | Language | Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege | Page # | Objection # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV004797 | DEXPRIV004798 | Dutch | Email | 02/23/2001 | **H. Huylebroeck (DE)** | **E. Lemineur (DE)** | G. Merckx, F. Dierckx | Email **providing legal advice** re criminal investigation | AC, WP | | |
| DEXPRIV004800 | DEXPRIV004800 | Dutch | Email | 02/23/2001 | **H. Huylebroeck (DE)** | **J. Vandenbosch (DE)** | | Email **providing legal advice** re criminal investigation | AC, WP | | |
| DEXPRIV004804 | DEXPRIV004804 | Dutch | Email | 02/21/2001 | **H. Huylebroeck (DE)** | **J. Vandenbosch (DE)** | | Email **providing legal advice** re criminal investigation | AC, WP | | |
| DEXPRIV004807 | DEXPRIV004807 | Dutch | Email | 03/04/2001 | **J. Vandenbosch (DE)** | E. Messely, **E. Lemineur (DE)**, E. de Gyns | | Email **providing legal advice** re criminal investigation | AC, WP | | |
| DEXPRIV004852 | DEXPRIV004853 | French | Email | 11/24/2000 | **B. Mommens (M)** | R. Greindl | | Email **providing legal advice** re security | AC, WP | | |
| DEXPRIV005729 | DEXPRIV005731 | French | Memo | 08/17/2001 | **X. Michel (DE)** | S. Decraena | | Memorandum **providing legal advice** re audit of related company. | AC, WP | | |
| DEXPRIV005733 | DEXPRIV005733 | French | Email | 01/18/2001 | **X. Michel (DE)** | G. Milants | | Email **providing legal advice** re Belgian compliance. | AC, WP | | |