## Combined and Revised Exhibits G and I
## No Author or Recipient Identified

| Begin Doc Number | End Doc Number | Language | Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege | Page # | Objection # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV000303 | DEXPRIV000303 | Dutch | Notes | 01/15/2001 | | | | Notes reflecting mental impressions of an attorney pertaining to legal issues re bankruptcy, restructuring of L&H financing, inventory and L&H litigation issues. | AC, WP | | |
| DEXPRIV003811 | DEXPRIV003811 | Dutch | Memo | | | | | Undated memorandum providing legal advice re L&H litigation | | | |

Key to Codes Next to Names

Indentified by Dexia by Letter Dated 6/26/06
(DE) Dexia Non-Attorney Employee
(DEA) Dexia Employee and Attorney
(T) Third-Party Employee
(TA) Third-Party Employee and Attorney


Indentified by Plaintiffs Through Depositions and Other Discovery
(P-DE) Dexia Non-Attorney Employee
(P-DE-A) Dexia Employee and Attorney
(P-T) Third-Party Employee
(P-TA) Third-Party Employee and Attorney
(MA) Bernard Mommens worked in Dexia's Legal Department through the end of 1999
(M) Begining 01/01/00, Mommens served in the Private Banking Department and not in a legal capacity

| Begin Doc Number | End Doc Number | Language | Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege | Page # | Objection # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV003829 | DEXPRIV003830 | Dutch | Chart | | | | | Undated spreadsheet following handwritten notes of a meeting with G. van Muylem, who researched information at the request of an attorney, reflecting the mental impressions of an attorney re L&H relationship, with marginalia reflecting the mental impressions of an attoreny re same. | AC, WP | | |
| DEXPRIV004079 | DEXPRIV004079 | Dutch | Note | | | | | Handwritten note reflecting the mental impression of an attorney re credit insurance | WP | | |
| DEXPRIV004212 | DEXPRIV004213 | Dutch | Hanwritten Notes | | | | | Undated handwritten note reflecting the mental impression of an attorney re sale of assests | | | |
| DEXPRIV004318 | DEXPRIV004318 | Dutch | Memo | 10/06/2003 | | | | Note attached to a memorandum from L. Nees to K van Riet dated "09.10.2002" providing information requested by an attorney for the purpose of basing legal advice upon re credit history, | | | |
| DEXPRIV004374 | DEXPRIV004347 | Dutch | Memo | | | | | Note attached to a memorandum to A. Miller providing guidelines of handling the bank's L&H account during the criminal investigation and re litigation strategy, sent by Deweirdt to A. de Roeck cc B. Lamiroy and others, requesting | | | |
| DEXPRIV005556 | DEXPRIV005556 | French | Statement | 06/10/2002 | Dexia | | | Account statement historic overview provided at the request of an attorney with marginalia reflecting the mental impressions | AC, WP | | |
| DEXPRIV005558 | DEXPRIV005558 | French | Statement | 06/07/2002 | Dexia | | | Account statement historic overview provided at the request of an attorney with marginalia reflecting the mental impressions of an attorney re the document. | AC, WP | | |

| Begin Doc Number | End Doc Number | Language | Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege | Page # | Objection # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV005562 | DEXPRIV005562 | Dutch | Chart | | | | | Undated chart sent per fax to K. van Riet to J. Verbist upon telephone conversation in which these documents were discussed, transmitted to outside counsel for the purpose of obtaining legal advice re loan settlement, with marginalia reflecting the mental | AC, WP | | |
| DEXPRIV005563 | DEXPRIV005563 | Dutch | Wire | | | | | Undated wire instruction sent per fax by K. van Riet to J. Verbist upon a telephone conversation in which these documents were discussed, transmitting to outside counsel for the purpose of obtaining legal advice re loan settlement, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP | | |
| DEXPRIV005581 | DEXPRIV005581 | Dutch | Chart | | | | | Undated chart attached to an email from B. Lamiroy to Y. Herinckx, S. Ryelandt, L. Legein, and "PV@lexnet.be" cc V. Sneyers and K. van Riet sent to outside counsel for the purpose of obtaining legal advice re L&H relationship. | AC, WP | | |
| DEXPRIV005636 | DEXPRIV005639 | Dutch | Chart | | | | | Chart prepared at the request of counsel re L&H relationship. | AC, WP | | |
| DEXPRIV005640 | DEXPRIV005643 | Dutch | Chart | | | | | Chart prepared at the request of counsel re L&H relationship. | AC, WP | | |
| DEXPRIV005656 | DEXPRIV005659 | Dutch | Chart | | | | | Chart prepared at the request of counsel re L&H relationship. | AC, WP | | |
| DEXPRIV005661 | DEXPRIV005662 | English | Chart | | | | | Chart prepared at the request of counsel re L&H relationship. | AC, WP | | |
| DEXPRIV005674 | DEXPRIV005674 | Dutch | Memo | | | | | Memorandum with marginalia reflecting the mental impressions of an attorney, providing legal advice re criminal investigation. | AC, WP | | |
| DEXPRIV005675 | DEXPRIV005676 | Dutch | Memo | 02/04/2002 | K. van Reit (P-DE-A) | | | Memorandum providing legal advice re Radial financing. | AC, WP | | |

| Begin Doc Number | End Doc Number | Language | Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege | Page # | Objection # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV005677 | DEXPRIV005678 | Dutch | Memo | 02/04/2002 | K. van Reit (P-DE-A) | | | Memorandum providing legal advice re LHIC financing. | AC, WP | | |
| DEXPRIV007243 | DEXPRIV007244 | Dutch | Chart | | | | | Chart, with marginalia reflecting the mental impressions of an attorney re LDC and L&H bankruptcy. | AC, WP | | |
| DEXPRIV007842 | DEXPRIV007863 | English | Agreement | | | | | Draft Promissory Note with marginalia reflecting the mental impressions of an attorney | AC, WP | | |
| DEXPRIV008115 | DEXPRIV008115 | Dutch | Handwritten notes | | | | | Undated handwritten notes reflecting the mental impressions of an attorney regarding loan | AC, WP | | |
| DEXPRIV008449 | DEXPRIV008450 | English | Memorandum | | | | | Partial memorandum without header information, with marginalia, providing legal advice | AC, WP | | |
| DEXPRIV008451 | DEXPRIV008452 | English | Memorandum | | | | | Partial memorandum providing legal advice re perfection of security and jurisdiction. | AC, WP | | |
| DEXPRIV008453 | DEXPRIV008453 | English | Memorandum | 11/16/2000 | | | | Addendum to partial memorandum providing legal advice re perfection of security | AC, WP | | |
| DEXPRIV008721 | DEXPRIV008722 | Dutch | Memorandum | | | | | Undated memorandum providing legal advice re loan settlement. | AC, WP | | |
| DEXPRIV009033 | DEXPRIV009033 | Dutch | Notes | | | | | Undated file notes reflecting the mental impressions of an attorney re LDC. | WP | | |
| DEXPRIV009034 | DEXPRIV009034 | Dutch | Handwritten notes | | | | | Handwritten notes dated "17/05" reflecting the mental impressions of an attorney re restructuring of L&H financing. | WP | | |