# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HANS A. QUAAK, ATTILIO PO and KARL LEIBINGER, on behalf of themselves and those similarly situated<br>　　　Plaintiffs,<br>　　　v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP S.A.)<br>　　　Defendants | No. 03-CV-11566 (PBS) |
| STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., a Delaware limited liability company,<br>　　　Plaintiffs,<br>　　　v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>　　　Defendants. | No.: 04-CV-10411 (PBS) |
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust,<br>　　　Plaintiffs,<br>　　　v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>　　　Defendants. | No.: 04-CV-10477 (PBS) |
| JANET BAKER and JAMES BAKER, JKBAKER LLC and JMBAKER LLC,<br>　　　Plaintiffs,<br>　　　v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>　　　Defendants. | No.: 04-CV-10501 (PBS) |

**JOINT STATUS REPORT OF PARTIES REGARDING MOTION TO**
**COMPEL DOCUMENTS THAT DEXIA CLAIMED AS PRIVILEGED**

　　　Pursuant to this Honorable Court's Order dated October 5, 2006, the parties have in good

faith conferred about the documents in Plaintiffs' October 4, 2006 narrowed set of objections to

Dexia's privilege log entries, and the parties have agreed to a resolution regarding those documents.

Accordingly, Plaintiffs and Defendants submit to the Court that they have together in good faith resolved the arguments and issues in Plaintiffs' June 16, 2006 Motion to Compel (*Quaak v. Dexia, S.A.,* No. 03-CV-11566-PBS, Docket No. 284; *Stonington Partners, Inc. v. Dexia, S.A.*, No. 04-CV-10411-PBS, Docket No. 109; *Baker v. Dexia, S.A.*, No. 04-CV-10501-PBS, Docket No. 113; *Filler v. Dexia, S.A.,* No. 04-CV-10477-PBS, Docket No. 133) and there is no need for a ruling or additional Court action on this particular motion.

Respectfully submitted,

| | |
|---|---|
| BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO | CLIFFORD CHANCE US LLP |
| /s/ Patrick T. Egan | /s/ Jeff E. Butler |
| Glen DeValerio, BBO # 122010 | Jeff E. Butler, Esquire |
| Jeffrey C. Block, BBO # 600747 | Kara Morrow, Esquire |
| Patrick T. Egan, BBO # 637477 | 31 West 52nd Street |
| (pegan@bernabesq.com) | New York, NY 10019 |
| Allison K. Jones, BBO # 654804 | |
| One Liberty Square | **COUNSEL TO DEFENDANTS** |
| Boston, MA 02109 | |
| Telephone: (617) 542-8300 | |

SHALOV STONE & BONNER LLP
Lee S. Shalov
James P. Bonner
Patrick L. Rocco
485 Seventh Avenue, Suite 10000
New York, New York 10018
Telephone: (212) 239-4340

CAULEY BOWMAN CARNEY & WILLIAMS LLC
Allen Carney
11001 Executive Center Drive, Suite 200
P.O. Box 25438
Little Rock, Arkansas 72212
Telephone: (501) 312-8500
**CO-LEAD COUNSEL TO LEAD CLASS**
**PLAINTIFFS HANS A. QUAAK, ATTILIO PO and KARL LEIBINGER**

BERNSTEIN LITOWITZ BERGER &
  GROSSMAN LLP
          /s/ Stephen Foytlin
Steven B. Singer
Avi Josefson
Stephen Foytlin
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 554-1400

LOONEY & GROSSMAN LLP
Richard J. Grahn, BBO # 206620
(rgrahn@lgllp.com)
Charles P. Kindregan, BBO # 554947
101 Arch Street
Boston, MA 02110
Telephone: (617) 951-2800
**COUNSEL TO PLAINTIFFS STONINGTON PARTNERS, INC., STONINGTON CAPITAL APPRECIATION 1994 FUND L.P. AND STONINGTON HOLDINGS L.L.C.**


GREGORY P. JOSEPH LAW OFFICES LLC
          /s/ Susan M. Davies
Gregory P. Joseph, N.Y. Atty Reg. # 1645852
Susan M. Davies, N.Y. Atty Reg. # 2413508
(sdavies@josephnyc.com)
Third Avenue, 31st Floor
New York, NY 10022
Telephone: (212) 407-1200


KOTIN, CRABTREE & STRONG
Amy C. Mainelli, BBO # 657201
One Bowdoin Square
Boston, MA 02114
Telephone: (617) 227-7031
**COUNSEL TO PLAINTIFFS GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust**

PARTRIDGE, ANKNER & HORSTMAN LLP
   /s/ Terence K. Ankner

Terence K. Ankner, BBO #552469
200 Berkeley Street, 16th Floor
Boston, Massachusetts  02116
Telephone:  (617) 859-9999

BOIES SCHILLER & FLEXNER
Karen C. Dyer
George R. Coe
255 South Orange Avenue, Suite 905
Orlando, Florida  32801
Telephone:  (407) 425-7118

REED SMITH LLP
Alan K. Cotler
Joan A. Yue
Steven T. Voigt
2500 One Liberty Place 1650 Market Street
Philadelphia, PA 10103
Telephone:  (215) 851-8100
**COUNSEL FOR JANET BAKER, JAMES BAKER, JKBAKER LLC AND JMBAKER LLC**