UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., a Delaware limited liability company,<br>    Plaintiffs,<br>    v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>    Defendants. | No.: 04-CV-10411 (PBS) |

**REQUEST TO ENTER DEFAULT OF DEFENDANT DEXIA BANK BELGIUM
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 55(a)**

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

Plaintiffs Stonington Partners, Inc., Stonington Capital Appreciation 1994 Fund L.P., and Stonington Holdings, L.L.C.) ("Stonington Plaintiffs"), request that the Clerk of this Court enter the default of Defendant Dexia Bank Belgium for failure to plead or otherwise defend in a timely manner, as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

This request is based on the Declaration of Avi Josefson, filed contemporaneously herewith, which shows that:

1.    The First Amended Complaint in this action was filed via the ECF system on October 4, 2006. (Josefson Decl. at ¶ 3.)

2.    Defendant Dexia Bank Belgium has not served or filed an answer or other response to the First Amended Complaint. (*Id.* at ¶ 4.)

3. The time within which Defendant Dexia Bank Belgium is permitted to plead or otherwise respond to the First Amended Complaint has expired. (*Id.* at ¶ 5.)

4. Counsel for Stonington Plaintiffs has met and conferred with counsel for Defendant Dexia Bank Belgium concerning this default, and has been unable to resolve this issue by agreement. (*Id.* at ¶ 6.)

WHEREFORE, Stonington Plaintiffs respectfully request the Clerk of Court to forthwith enter the default of Defendant Dexia Bank Belgium in the above-captioned action.

Dated:   November 9, 2006
         New York, New York

    Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

    /s/ Avi Josefson
Max W. Berger
Steven B. Singer
Avi Josefson (avi@blbglaw.com)
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 554-1400

LOONEY & GROSSMAN LLP
Richard J. Grahn, BBO #206620
Charles P. Kindregan, BBO #554947
101 Arch Street
Boston, MA 02110
Telephone: (617) 951-2800

**COUNSEL TO PLAINTIFFS STONINGTON PARTNERS, INC., STONINGTON CAPITAL APPRECIATION 1994 FUND L.P. AND STONINGTON HOLDINGS L.L.C.**

## CERTIFICATE OF SERVICE

    I hereby certify that this document will be filed through the ECF system, which filing will constitute service of the document upon all registered ECF users as identified on the Notice of Electronic Filing (NEF). A paper copy of this document has been mailed in accordance with FED. R. CIV. P. 5(b) to all those case participants not identified on the NEF as electronic recipients.

                                      /s/ Avi Josefson
                                        Avi Josefson