UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., a Delaware limited liability company,<br>    Plaintiffs,<br>        v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>    Defendants. | No.: 04-CV-10411 (PBS) |

### DECLARATION OF AVI JOSEFSON IN SUPPORT OF REQUEST TO ENTER DEFAULT OF DEFENDANT DEXIA BANK BELGIUM

AVI JOSEFSON, declares pursuant to 28 U.S.C. § 1746 that:

1. I am an associate with the law firm of Bernstein Litowitz Berger & Grossmann LLP, counsel to Stonington Partners, Inc., Stonington Capital Appreciation 1994 Fund L.P., and Stonington Holdings, L.L.C.) ("Stonington Plaintiffs") in the above-captioned action. I am a member in good standing of the bars of the States of New York and Illinois, and have been admitted to practice before this Court *pro hac vice*. Unless otherwise indicated, I have personal knowledge of the matters addressed in this declaration. I am over the age of 18 and am fully competent to testify.

2. I submit this declaration in support of Stonington Plaintiffs' request that the Clerk of Court enter the default of Defendant Dexia Bank Belgium ("Dexia") to Stonington Plaintiffs' First Amended Complaint.

3. On October 4, 2006, I filed the First Amended Complaint in the above-captioned action via the court's ECF system.

4. Dexia has not served or filed an answer or other response to the First Amended Complaint.

5. The time within which Dexia is permitted to plead or otherwise respond to the First Amended Complaint expired on October 23, 2006.

2

6.    I have met and conferred with Thomas Teige Carroll, Esq. of Clifford Chance US LLP concerning Dexia's failure to timely answer or respond to the First Amended Complaint. We were unable to reach agreement concerning a nunc pro tunc extension of Dexia's time to answer or respond.

I declare under penalty of perjury that the foregoing is true and correct. Executed in New York, New York this 9th day of November 2006.

/s/ Avi Josefson
Avi Josefson

**CERTIFICATE OF SERVICE**

I hereby certify that this document will be filed through the ECF system, which filing will constitute service of the document upon all registered ECF users as identified on the Notice of Electronic Filing (NEF). A paper copy of this document has been mailed in accordance with FED. R. CIV. P. 5(b) to all those case participants not identified on the NEF as electronic recipients.

/s/ Avi Josefson
Avi Josefson