UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., a Delaware limited liability company,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>    Defendants. | Civil Action No.: 04-10411 (PBS) |
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>    Defendants. | Civil Action No.: 04-10477 (PBS) |
| JANET BAKER and JAMES BAKER, JKBAKER LLC and JMBAKER LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>    Defendants. | Civil Action No.: 04-10501 (PBS) |

## DEFENDANT'S RESPONSE TO PLAINTIFFS'
## REQUEST TO ENTER DEFAULT

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

Defendant Dexia Bank Belgium ("Dexia") hereby responds to the Requests to Enter Default filed by plaintiffs ("Transactional Plaintiffs") in the above-captioned actions as follows:

1. As the ECF system reflects, Dexia has filed Motions for Extension of Time to December 1, 2006 to File Answers simultaneously with Transactional Plaintiffs' Requests for Notice of Default;

2. Dexia has been communicating with Transactional Plaintiffs since November 1, 2006 in an attempt to negotiate a reasonable extension for answering their Amended Complaints. Immediately after the parties failed to reach agreement, and with knowledge that Dexia would be seeking an extension from the Court, Transactional Plaintiffs filed their Requests for Notice of Default;

3. Dexia requests that this Response, and the above-described motions, be considered together with Transactional Plaintiffs' Requests to Enter Default;

WHEREFORE, Dexia respectfully requests that the Clerk of Court deny the Requests to Enter Default so that the Court can properly consider Dexia's motions for extension of time to answer.

Dated: November 9, 2006

                Respectfully submitted,

                MINTZ LEVIN COHN FERRIS
                GLOVSKY & POPEO

                By: /s/ Breton Leone-Quick
                Peter M. Saparoff, Esq. (BBO#441740)
                Breton Leone-Quick, Esq. (BBO#655571)
                Eoin Beirne, Esq. (BBO# 660885)

                One Financial Center
                Boston, MA 02111
                Tel:   (617) 542-6000
                Fax:  (617) 542-2241

                James B. Weidner, Esq.
                Thomas Teige Carroll, Esq.

                CLIFFORD CHANCE US LLP
                31 West 52nd Street
                New York, NY 10019-6131
                Tel:   (212) 878-8000
                Fax:  (212) 878-8375

                *Counsel for Dexia Bank Belgium*

**CERTIFICATE OF SERVICE**

    I, Breton Leone-Quick, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 9, 2006.

/s/ Breton Leone-Quick                               Dated: November 9, 2006