**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| HANS A. QUAAK, ATTILIO PO and KARL LEIBINGER, on behalf of themselves and those similarly situated,<br>　　Plaintiffs,<br>　　v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>　　Defendants. | No.: 03-CV-11566 (PBS) |
| STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., a Delaware limited liability company,<br>　　Plaintiffs,<br>　　v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>　　Defendants. | No.: 04-CV-10411 (PBS) |
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust,<br>　　Plaintiffs,<br>　　v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>　　Defendants. | No.: 04-CV-10477 (PBS) |
| JANET BAKER and JAMES BAKER, JKBAKER LLC and JMBAKER LLC,<br>　　Plaintiffs,<br>　　v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>　　Defendants. | No.: 04-CV-10501 (PBS) |

**DECLARATION OF PATRICK T. EGAN**

Patrick T. Egan declares that:

1. I am a partner at Berman DeValerio Pease Tabacco Burt & Pucillo, co-lead counsel for Class Plaintiffs in *Quaak v. Dexia*, 03-11566, listed above.

2. I submit this declaration on behalf of Plaintiffs in each of the above-captioned actions in connection with Plaintiffs' Statement Concerning The Need For 30(b)(6) Deposition(s) Of Dexia Bank Belgium.

4. Annexed hereto are true and accurate copies of the following:

**Exhibit A**: Excerpts from the transcript of the June 2, 2006 motions hearing before this Court;

**Exhibit B**: Excerpts from the transcript of the September 19, 2006 deposition of Joris Van Helleputte;

**Exhibit C**: Excerpts from the transcript of the September 21, 2006 deposition of Ivan De Coen;

**Exhibit D**: Excerpts from the transcript of the October 19, 2006 deposition of Bart Ferrand;

**Exhibit E**: Excerpts from the transcript of the October 24, 2006 deposition of Peter Rabaey (Volume I).

**Exhibit F**: Excerpts from the transcript of the October 25, 2006 deposition of Peter Rabaey (Volume II).

**Exhibit G**: Excerpts from the transcript of the October 26, 2006 deposition of Peter Rabaey (Volume III).

I declare under penalty of perjury that the foregoing is true and correct. Executed in Boston, Massachusetts this 14th day of November, 2006.

                                              /s/ Patrick T. Egan
                                              Patrick T. Egan