## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HANS A. QUAAK, ATTILIO PO and KARL LEIBINGER, on behalf of themselves and those similarly situated, <br>    Plaintiffs, <br>    v. <br> DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA), <br>    Defendants. | No.:  03-CV-11566 (PBS) |
| STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., a Delaware limited liability company, <br>    Plaintiffs, <br>    v. <br> DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA), <br>    Defendants. | No.:  04-CV-10411 (PBS) |
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust, <br>    Plaintiffs, <br>    v. <br> DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA), <br>    Defendants. | No.:  04-CV-10477 (PBS) |
| JANET BAKER and JAMES BAKER, JKBAKER LLC and JMBAKER LLC, <br>    Plaintiffs, <br>    v. <br> DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA), <br>    Defendants. | No.:  04-CV-10501 (PBS) |

### NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION FOR LEAVE TO CONDUCT RULE 30(B)(6) DEPOSITION OF DEFENDANT DEXIA BANK BELGIUM

WHEREAS, on May 22, 2006, Plaintiffs in the above-captioned actions filed a motion for

leave to conduct a Rule 30(b)(6) Deposition of Defendant Dexia Bank Belgium ("Dexia") (#246 in 03-

cv-11566, #93 in 04-cv-10411, #111 in 04-cv-10477, and # 95 in 04-cv-10501); and

WHEREAS, on December 28, 2006, the Court issued an order granting Plaintiffs' motion in part and instructing the parties to meet and confer to resolve their remaining disputes, and to report back to the Court on January 8, 2007 concerning the status of their negotiations; and

WHEREAS, on January 8, 2007, the parties filed a joint report advising the Court that they had resolved their disputes concerning the Rule 30(b)(6) deposition of Dexia except as to Topics 3 and 7 referenced in the Court's order; and

WHEREAS, the Court scheduled a hearing on January 17, 2007 at 11:30 a.m. to hear the parties' dispute concerning Topics 3 and 7; and

WHEREAS, on January 16, 2007, the parties resolved their remaining disputes concerning Topics 3 and 7;

THEREFORE, the Plaintiffs hereby withdraw without prejudice the portion of their May 22, 2006 motion to compel Dexia that was not resolved by the Court's December 26, 2006 order, and request that the hearing scheduled for this morning be cancelled.

Dated:  January 17, 2007                    Respectfully submitted,

**BERMAN DEVALERIO PEASE
TABACCO BURT & PUCILLO**

     /s/ Patrick T. Egan
Glen DeValerio, BBO # 122010
Patrick T. Egan, BBO # 637477
(pegan@bermanesq.com)
Allison K. Jones, BBO # 654804
One Liberty Square
Boston, MA 02109
Telephone:  (617) 542-8300

**SHALOV STONE & BONNER LLP**
James P. Bonner
Patrick L. Rocco
485 Seventh Avenue, Suite 10000
New York, New York 10018
Telephone:  (212) 239-4340

2

**CAULEY BOWMAN CARNEY & WILLIAMS PLLC**
Allen Carney
11001 Executive Center Drive, Suite 200
Little Rock, Arkansas 72212
Telephone:  (501) 312-8500

***Co-lead Counsel to Class Plaintiffs***
***Hans A. Quaak, Karl Leibinger and Attilio Po***


**BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP**

/s/ Avi Josefson
Max W. Berger
Steven B. Singer
Avi Josefson
(avi@blbglaw.com)
1285 Avenue of the Americas
New York, NY 10019
Telephone:  (212) 554-1400

**LOONEY & GROSSMAN LLP**
Richard J. Grahn, BBO #206620
Charles P. Kindregan, BBO #554947
101 Arch Street
Boston, MA 02110
Telephone:  (617) 951-2800

***Counsel to Plaintiffs Stonington Partners, Inc.,***
***Stonington Capital Appreciation 1994 Fund L.P.***
***and Stonington Holdings L.L.C.***


**GREGORY P. JOSEPH LAW OFFICES LLC**

/s/ Susan M. Davies
Gregory P. Joseph, N.Y. Atty Reg. #1645852
Susan M. Davies, N.Y. Atty Reg. #2413508
(sdavies@josephnyc.com)
805 Third Avenue, 31st Floor
New York, NY  10022
Telephone:  (212) 407-1200

**KOTIN, CRABTREE & STRONG**
Amy C. Mainelli, BBO #657201
One Bowdoin Square
Boston, MA 02114
Telephone:  (617) 227-7031

*Counsel to Plaintiffs Gary B. Filler and Lawrence*
*Perlman, Trustees of the TRA Rights Trust*


**PARTRIDGE, ANKNER & HORSTMAN LLP**


       /s/ Terence K. Ankner
Terence K. Ankner, BBO #552469
(tka@anknerlaw.com)
200 Berkeley Street, 16th Floor
Boston, MA 02116
Telephone:  (617) 859-9999

**BOIES SCHILLER & FLEXNER**
Karen C. Dyer
George R. Coe
225 South Orange Avenue, Suite 905
Orlando, Florida  32801
Telephone:  (407) 425-7118
**REED SMITH LLP**
Alan K. Cotler
Joan A. Yue
Steven T. Voigt
2500 One Liberty Place 1650 Market Street
Philadelphia, PA 10103
Telephone:  (215) 851-8100

*Counsel to Plaintiffs Janet Baker, James Baker,*
*JKBaker LLC and JMBaker LLC.*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document will be filed through the ECF system, which filing will constitute service of the document upon all registered ECF users as identified on the Notice of Electronic Filing (NEF).  A paper copy of this document has been mailed in accordance with FED. R. CIV. P. 5(b) to all those case participants not identified on the NEF as electronic recipients.

/s/ Susan M. Davies
Susan M. Davies
N.Y. Atty Reg. #2413508
