UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Stonington Partners, Inc., et al,<br>　　　　Plaintiffs,<br>　　　　v.<br>Dexia, S.A., et al,<br>　　　　Defendants. | Civil No. 04-10411-PBS |
| Gary B. Filler, et al,<br>　　　　Plaintiffs,<br>　　　　v.<br>Dexia, S.A., et al,<br>　　　　Defendants. | Civil No. 04-10477-PBS |
| Janet Baker, et al,<br>　　　　Plaintiffs,<br>　　　　v.<br>Dexia, S.A., et al,<br>　　　　Defendants. | Civil No. 04-10501-PBS |

## ORDER OF CONSOLIDATION

SARIS, D.J.                                                                 February 1, 2007

   The Court consolidates the three cases. All future pleadings are to be filed under the Stonington Partners, Inc. action, 04-CV-10411-PBS. Based on my experience with this litigation, most pleadings have been the same, and the co-existence of the three cases has created an unnecessary docketing and case management burden.

                                                        /s/ Patti B. Saris
                                                        Patti B. Saris
                                                        United States District Judge

Copies to: All Counsel via ECF