# PARTRIDGE, ANKNER & HORSTMANN, LLP

ATTORNEYS AT LAW
The Berkeley Building
200 Berkeley Street, 16th Floor
Boston, MA 02116

Telephone: (617) 859-9999
Facsimile: (617) 859-9998

February 12, 2007

**Via Hand Delivery**

The Honorable Patti B. Saris
United States District Court,
District of Massachusetts
John Joseph Moakley United States Courthouse
One Courthouse Way
Boston, MA 02210

      Re:  *Stonington Partners, Inc. v. Dexia, S.A.*, No. 04-CV-10411-PBS (consolidated)
           *Baker v. Dexia, S.A.*, No. 04-CV-10501-PBS
           *Filler v. Dexia, S.A.*, No. 04-CV-10477-PBS

Dear Judge Saris:

      On July 17, 2006 Magistrate Judge Collings granted the motion of the Plaintiffs in the three cases noted above (now consolidated as part of 04-CV-10411) and the Plaintiffs in the Class Action, 03-CV-11566 for issuance of request for international judicial assistance[1] (Letters Rogatory) and after subsequent motion practice defined the parameters of the letters rogatory in an Order dated October 5, 2006 instructing the Plaintiffs to work with the Clerk's Office to obtain the Letters Rogatory. The Letters Rogatory sought the testimony of six individuals in Belgium: Rene Avonts, Geert Dauwe, Eric De Gyns, Patrick Faict, Jan van Broeckhoven and Jan Ven der Ven. Counsel for the Baker Plaintiffs and the Filler Plaintiffs have recently been informed by the U.S. Department of State that the Belgian Minister of Justice ("Central Authority") has agreed to execute the Letters Rogatory against five of the individuals but not against Geert Dauwe because of a provision of Belgian Criminal Procedure Law that does not permit a suspect in a Belgian criminal case to testify under oath even if requested by a foreign government. For that reason the Central Authority has

---

[1] The docket numbers of the Plaintiffs' Motions are as follows: *Stonington Partners, Inc. v. Dexia, S.A.*, No. 04-CV-10411-PBS, docket number 116; *Baker v. Dexia, S.A.*, No. 04-CV-10501-PBS, docket number 122; *Filler v. Dexia, S.A.*, No. 04-CV-10477-PBS, docket number 137; *Quaak v. Dexia, S.A.*, 03-CV-11566-PBS, docket number 279.

PARTRIDGE, ANKNER & HORSTMANN, LLP

The Honorable Patti B. Saris
February 12, 2007
Page 2

requested that the Letters Rogatory be amended to exclude Geert Dauwe. For the purposes of complying the with the request of the Central Authority the Baker Plaintiffs and Filler Plaintiffs request that Your Honor sign the attached Amended Request for International Judicial Assistance (Letters Rogatory)("Amended Request"). This Amended Request will attach those written questions and exhibits that the parties previously filed with the Court on June 16, 2006, Dexia's questions and exhibits filed on July 31, 2006, the re-direct questions filed by the Class on August 14, 2006 (Quaak v. Dexia, S.A., No. 03-CV-11566-PBS Docket Nos. 280, 340, and 349)[1] with regard to each of the five witnesses Rene Avonts, Eric De Gyns, Patrick Faict, Jan van Broeckhoven and Jan Ven der Ven and will omit the questions and exhibits related to Geert Dauwe. The questions will also not include supplemental questions tendered by the Baker, Filler and Stonington Plaintiffs that were disallowed in the Magistrate Judge Collings' October 5, 2006 Order.

After the Court signs the Amended Request, undersigned Plaintiffs' counsel will work with Clerk's office to obtain the necessary certified copies of this document in order to provide those documents to the Overseas Citizens Services section of the Department of State to be provided to the Belgian Central Authority.

Baker Plaintiffs and Filler Plaintiffs notified counsel for Dexia this morning of our intention to submit the Amended Request to the Court to be so ordered.

Respectfully,

Terence K. Ankner

cc: All counsel of record

---

[2] Because these documents have been previously filed and due to the voluminous nature of the Letters Rogatory, Plaintiffs have not sought to include the questioning and exhibits to the Letters Rogatory, which in any event would have required a motion seeking leave to provide those exhibits under seal. If the Court wants a copy of the proposed questions and exhibits for the five witnesses, the Plaintiffs will provide those documents.