# EXHIBIT A

## EXHIBIT A

## LIST OF COUNSEL

| Party | Counsel |
|---|---|
| Plaintiffs<br><br>GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust, | Gregory P. Joseph, Esq.<br>Susan M. Davies, Esq.<br>**GREGORY P. JOSEPH LAW OFFICES, LLC**<br>805 Third Avenue<br>31st Floor<br>New York, NY  10022<br>(212) 407-1210 |
| Plaintiffs<br><br>JANET BAKER and JAMES BAKER, JKBAKER LLC and JMBAKER LLC, | Karen C. Dyer, Esq.<br>George R. Coe, Esq.<br>**BOIES, SCHILLER & FLEXNER LLP**<br>255 S. Orange Avenue<br>Suite 905<br>Orlando, FL 32801-3456<br>(407) 425-7118<br><br>Alan K. Cotler, Esq.<br>**REED SMITH LLP**<br>2500 One Liberty Place<br>1650 Market Street<br>Philadelphia, PA 10103-4301<br>(215) 851-8100 |
| Defendant<br>DEXIA BANK BELGIUM | James B. Weidner, Esq.<br>Jeff E. Butler, Esq.<br>**CLIFFORD CHANCE US LLP**<br>31 West 52nd Street<br>New York, NY 10019<br>(212) 878-8205<br><br>Peter M. Saparoff, Esq.<br>**MINTZ LEVIN COHN FERRIS<br>  GLOVSKY AND POPEO, PC**<br>One Financial Center<br>Boston, MA 02111<br>(617) 542-6000 |

1