**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., a Delaware limited liability company, | |
| Plaintiffs, | No. 04-CV-10411(PBS) |
| v. | |
| DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., S.A.) | |
| Defendants. | |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES THROUGH THEIR UNDERSIGNED ATTORNEYS, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, that all claims in the above-entitled action against Dexia, S.A. and Dexia Bank Belgium are hereby discontinued and dismissed, with prejudice, and without costs to either party as against the other.

Dated:  New York, New York
       March 27, 2007

STONINGTON PARTNERS, INC.,
STONINGTON CAPITAL
APPRECIATION 1994 FUND L.P., and
STONINGTON HOLDINGS, L.L.C.


By:_____/s/ Avi Josefson_____
Steven B. Singer
Avi Josefson
Bernstein Litowitz Berger &
  Grossmann LLP
1285 Avenue of the Americas
New York, New York 10019
212-554-1400



DEXIA, S.A. and DEXIA BANK
BELGIUM

By:_____/s/ James Weidner_____
James Weidner
Clifford Chance US LLP
31 West 52nd Street
New York, New York 10019
212-878-8000



**So Ordered**:


_____, 2007


_____
Patti B. Saris
United States District Judge